

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz Courtroom: 1903 |
| Defendants. | ) | |

### NOTICE OF MOTION

TO: Attorney Derrick Thompson      Attorney Janica Pierce Tucker
65 East State Street, Suite 1000
Columbus, Ohio 43215-4213

Please be advised on the 14th of November 2020 plaintiff filed his Motion to Deny Pro Hac Vice electronically with the court; and on Monday, November 23, 2020, at 9:30 am, plaintiff is requesting the Honorable Judge Jorge L. Alonso hears this motion via teleconferencing.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies on November 14, 2020 a copy of the foregoing Notice of Motion and Motion to Deny Pro Hac Vice was filed electronically with the court; and copies of the aforementioned documents is sent to Attorneys Derrick Thompson and Janica Pierce Tucker via email pursuant to the United States District Court for the Northern District of Illinois Eighth Amended General Order 20-0012 November 13, 2020 In Re: Coronavirus Covid-19 Public Emergency.

Respectfully submitted

/s/Fred L. Nance Jr.
Pro se Plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
(708) 921-1395
frednance@clickservices.org