# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Fred L Nance Jr

                              Plaintiff,

v.                                                     Case No.: 1:20–cv–06316

                                                                    Honorable Jorge L. Alonso

Department of Justice, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, November 20, 2020:

      MINUTE entry before the Honorable Jorge L. Alonso: Defendant's motion for leave to appear pro hac vice [8] is granted. Attorney Janica Pierce Tucker is given leave to file her appearance on behalf of Defendants EMAGES, Inc. and Hattie Wash. Plaintiff's motion to deny pro hac vice [9] is denied. Defendants Emages, Inc. and Hattie Wash's unopposed motion for extension of time [11] is granted to 12/23/20. Motion hearing date of 11/23/20 is stricken. Notice mailed by judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.