Exhibit 2

