# Nance v DOJ BJA OJP EMAGES Wash Bradley

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | tbacpa52@yahoo.com |
| Cc: | frednance@clickservices.org |
| Date: | Wednesday, October 28, 2020, 10:14 AM CDT |

Exhibit 4

Mr. Bradley:

Good morning. Due to not having a physical address in Chicago for you, I am sending the Federal complaint and Summons in a Civil Action to you via email. In addition, I sent the certified copy of the Summons and Federal complaint to you via Certified mail to the physical address of EMAGES, Inc. located at 7601 South Kostner, Chicago Illinois 60652. I sent the filed Federal Complaint to you via email on or about Saturday, October 24, 2020. This will be proof to the District court that I have diligently sought to serve notice on you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


10.26.20 Bradley Summons in a Civil Action 20 cv 06316.pdf
290.8kB


10.26.20 Nance v DOJ Filed in Federal Court on 10.23.20.pdf
6.5MB