# Fwd: 2018-CY-BX-0025 – Emages, Inc. - EPDR

| | |
|---|---|
| From: | Dr. Fred Nance Jr. (drfred.nancejr@gmail.com) |
| To: | tracey.willis@usdoj.gov |
| Cc: | drfred.nancejr@gmail.com; frednance@clickservices.org; michael.dever@usdoj.gov; andre.bethea@usdoj.gov |
| Date: | Wednesday, November 4, 2020, 01:05 PM CST |

Exhibit 5

Ms. Willis: Here is the message I received from Dr. Wash, which has a forwarded email from you reporting there is a meeting today, November 4, 2020, at 2:00 pm. I called you about not having a link for this meeting today. You stated you are not part of a meeting today, and possibly do not remember sending the email below about a meeting today, November 4, 2020, at 2:00 pm. Please respond to your portion of this email for clarity. Thank you.

---------- Forwarded message ---------
From: **Hattie Wash** <washhattie@gmail.com>
Date: Fri, Oct 30, 2020 at 10:32 AM
Subject: Fwd: 2018-CY-BX-0025 – Emages, Inc. - EPDR
To: THOMAS BRADLEY <tbacpa52@yahoo.com>, Sheila Chew <sacpoiple1@gmail.com>, Andrea Halyard <alhalyard@sbcglobal.net>, Jean Daniel <Daniel_Jean716@yahoo.com>, Dr. Karen Witherspoon <doctorwitherspoon@gmail.com>, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>, Willis, Tracey (OJP) <Tracey.Willis@usdoj.gov>


---------- Forwarded message ---------
From: **Willis, Tracey (OJP)** <Tracey.Willis@usdoj.gov>
Date: Thu, Oct 29, 2020 at 12:19 PM
Subject: 2018-CY-BX-0025 – Emages, Inc. - EPDR
To: Hattie Wash <washhattie@gmail.com>

Hello All:

The office of justice programs is performing a programatic review of EMAGES and the Second Chance Program. Sections evluated are included in this email. I am inviting all of you to our meeting on Wednesday November 4, 2020 at 2pm to develop a plan of action and assign tasks for completing the information that is being requested. Please review the email and be prepared to discuss on Wednesday. Call if you have any questions.
Thanks
Dr. Wash

(Please forward this meeting request to those involved programmatically with this award, so that they can be included in the EPDR)

Dr. Hattie Wash

President/CEO of Emages, Inc.

7601 Kostner Suite 500

Chicago, Illinois  60652-1100

2018-CY-BX-0025 – Emages, Inc.

Dear Dr. Wash,

This email is to confirm that the U.S. Department of Justice, Office of Justice Programs (OJP), BJA will conduct an Enhanced Programmatic Desk Review (EPDR) of Emages, Inc. scheduled for **Tuesday, December 1, 2020 beginning at 11:00 (EST)**.

The EPDR will include a review of the programmatic, financial, and administrative activities related to the awards listed above. This EPDR is part of OJP's federally mandated requirement (see Uniform Guidance 2 C.F.R. § 200) to conduct grant monitoring and oversight of the financial, administrative, and programmatic activities of grantees. The focus of the EPDR will be to assess and ensure compliance with the regulations, terms, and conditions for each grant under review, examine the programmatic progress of each grant, validate information that has been reported, and

provide technical assistance for grant management requirements.

Activities during the EPDR will include discussion of programmatic progress, as well as a review of the award file, grantee policies and procedures, expenditure documents, performance measurement data collection and validation, and other documentation. To assist with this effort, please ensure that all key personnel are available to answer any questions I may have during the EPDR.

OJP requires that grantees provide selected documentation in order to determine the organization's compliance with the terms and conditions of the grant(s). Some of this documentation must be provided in advance, to support planning for the EPDR.

- Please provide the following documents (as applicable) electronically via email to Tracey Willis (tracey.willis@ojp.usdoj.gov by November 13, 2020:

## FINANCIAL:

Will be completed by Mr. Jin C. Liu, OJP Staff Accountant on November 30, 2020.

## ADMINISTRATIVE:

- List of all key personnel as described in the grant application, including grant-funded personnel, consultants, and contractors (name, title, assigned projects, date of hire, current salary, and fringe benefit costs)

- Organization chart

- Written explanations for the following, as applicable (if not included in policies and procedures manual):

- Process to track and maintain property and equipment

- Process to apply payroll costs to the grant

- Overtime approval process

- Procurement process for vendors, contractors, and consultants including the process in place to ensure that contracts are not awarded to contractors or individuals on the Lists of Parties Excluded from Federal Procurement and Nonprocurement Programs (found on SAM.gov)

- Most recent inventory records

- List of all conferences held, the amount expended for each conference, approved conference request forms, and post reports submitted

- List of all sub recipients, the amount of funds disbursed to each sub recipient, as well as expenditures incurred by each sub recipient, as of

the most recent quarter ended

On the day of the EPDR, please make the following documents (as applicable) available for review and possible collection. Additional documents may be requested and collected as necessary.

## FINANCIAL:

Will be completed by Mr. Jin C. Liu, OJP Staff Accountant on November 30, 2020.

## ADMINISTRATIVE:

- Award file
- Policies and procedures manual to include, as applicable:
- Grant accounting to include procedures for financial management
- Cash management
- Procurement
- Travel
- Inventory controls
- Personnel/time and attendance
- Sub-recipient monitoring
- Sub-recipient award process
- Conference costs
- Voucher packages for major purchases
- Timesheets for grant-funded employees - one timesheet per person selected by the grant manager for the last three pay periods for employees
- Supporting documentation for costs and services of consultants

- Supporting documentation for sole source contracts

- Supporting documentation for sub recipient award process including pre-award, post award monitoring, and closeout

- Sub recipient monitoring plan

- Sub recipient EPDR and/or desk review reports

- Privacy certificates

- Institutional Review Board approval documentation

**PROGRAMMATIC:**

- Evidence that services/activities described in progress reports have been completed

- Evidence to support the performance measurement data reported to OJP

If you have any questions or concerns regarding the requested documentation or if there are issues or questions, you would like to address during the EPDR, please contact me at tracey.willis@ojp.usdoj.gov or (202) 305-1766.

Thank you in advance for your assistance. I look forward to meeting with you and your staff.

Sincerely,

Tracey Willis, State Policy Advisor

BJA, Office of Justice Programs

U.S. Department of Justice

-- Do not delete or change any of the following text. --

**When it's time, join your Webex meeting here.**

11/23/2020 Yahoo Mail - Fwd: 2nd Ck-In 10/23/20 meeting inc. PDF

Case: 1:20-cv-06316 Document #: 14-7 Filed: 11/23/20 Page 6 of 6 PageID #:101

Meeting number (access code): 171 627 9684
Meeting password: gkMapcnn283

[Join meeting]

**Tap to join from a mobile device (attendees only)**
+1-415-655-0003,,1716279684## US TOLL

**Join by phone**
+1-415-655-0003 US TOLL
Global call-in numbers

**Join from a video system or application**
Dial 1716279684@ojp.webex.com
You can also dial 173.243.2.68 and enter your meeting number.

**Join using Microsoft Lync or Microsoft Skype for Business**
Dial 1716279684.ojp@lync.webex.com

If you are a host, click here to view host information.

Need help? Go to http://help.webex.com

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

📅 invite.ics
   8.2kB

📅 Untitled
   8.1kB