## Summons for Case #20-cv-06316

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | tbacpa52@yahoo.com |
| Cc: | frednance@clickservices.org; dthompson@taftlaw.com; jpierce@taftlaw.com |
| Date: | Saturday, November 21, 2020, 08:43 AM CST |

**Exhibit 6**

Mr. Bradley:

Please be advised: I will appear in District Court on Monday, November 23, 2020, regarding my Motion to Deny Pro Hac Vice against EMAGES, Inc. While there I will present to the court your summons stating you have failed to file your appearance and avoiding service in this matter requesting Judge Alonso file a default order or provide a date for which I shall file a motion to default against you.

The only address I have for you is the EMAGES, Inc. address. On or about October 26, 2020, I sent certified mail to EMAGES with 3 copies of the complaint and 3 Summons; one for EMAGES, Inc.; one for Hattie Wash; and one for you, Thomas Bradley. The Summons reports everyone had 21 days to file their appearance. Attorney Derrick Thompson filed his timely appearance for EMAGES, Inc. and Hattie Wash on November 13, 2020. You have failed to file your appearance. In addition, On October 28, 2020 I sent you copies of the complaint and summons via email because I did not have your residential address.

Wherefore, you have been noticed. I am attaching the email for October 28, 2020 sent to you, along with all defendant summons and signed certified email receipts from EMAGES, Inc. and the Attorney General Office in Chicago.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


10.26.20 Summons for all defendants.pdf
2MB


Certified Mail Receipts for Summons.pdf
290.8kB


10.28.20 Bradley Complaint and Summons via Email.pdf
59.3kB