## Defendant Thomas Bradley Default Judgment

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: dthompson@taftlaw.com; jpierce@taftlaw.com

Cc: frednance@clickservices.org

Date: Monday, November 23, 2020, 12:19 PM CST

Exhibit 7

Good morning. On November 23, 2020 I am filing a Motion for Default Judgment against defendant Thomas Bradley who is the CPA Consultant for Grant #2018-CY-BX-0025. Defendant Bradley is an employee/consultant to EMAGES, Inc. and defendant Hattie Wash regarding this grant and the present litigation. Defendant Bradley is avoiding service. I am respectfully requesting defendant Bradley's physical address or abode, which defendant Hattie Wash has access. Thank you.

P.S. You guys will have access to the Motion for Default Judgment filed in this matter via the Northern District of Illinois' system.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.