Exhibit 3

**Receipt 1:**

SENDER: COMPLETE THIS SECTION
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
U.S. Atty Northern Dist
of Illinois Eastern Div.
219 So. Dearborn, 5th Fl
Chicago, IL 60604

9590 9402 5043 9092 6628 80

2. Article Number (Transfer from service label)
7018 3090 0001 9073 7382

COMPLETE THIS SECTION ON DELIVERY
A. Signature: Peter Heyd — Agent
B. Received by (Printed Name): Peter Heyd
C. Date of Delivery: NOV - 5 2020
D. Is delivery address different from item 1? No

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt

---

**Receipt 2:**

1. Article Addressed to:
EMAGES, INC.
7601 So. Kostner, Ste 500
Chicago IL 60652

9590 9402 5043 9092 6628 73

2. Article Number:
7018 3090 0001 9073 7399

3. Service Type: ☒ Certified Mail®

PS Form 3811, July 2015 PSN 7530-02-000-9053 Domestic Return Receipt