# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Fred L. Nance Jr. ) | |
| ) | Case No. 20 CV 06316 |
| Plaintiff, ) | |
| ) | Honorable Judge: Jorge L. Alonso |
| vs. ) | |
| ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice ) | |
| Assistance, Office of Justice Programs, ) | Beth W. Jantz |
| EMAGES, Inc., Hattie Wash, Thomas ) | |
| Bradley, et al. ) | Courtroom: 1903 |
| ) | |
| Defendants. ) | |

## Motion for Default against Defendants Department of Justice, Bureau of Justice Assistance, Office of Justice Programs

NOW COMES, pro se plaintiff Fred L. Nance Jr., respectfully requesting default against Defendants Department of Justice, Bureau of Justice Assistance, Office of Justice Programs pursuant to service of process specified in Rule 4 et seq. of the Federal Rules of Civil Procedure.

Pursuant to *Khan v. Presence St. Mary and St. Elizabeth Hospitals*, Case No. 20 C 3819, 2020 WL 6750535, The Court may consider affidavits, other documentary evidence, depositions, and oral testimony when considering whether summons was properly served. *Dumas v. Decker*, 10 C 7684, 2012 WL 1755674, *2 (N.D. Ill. May 16, 2012) (citing *Falconer v. Gibsons Rest. Grp., LLC*, 2011 WL 43023, at *1 (N.D. Ill. Jan.6, 2011 WL 43023); 5B Wright & Miller, Federal Practice and Procedure § 1353, at 344-45 (3d ed. 2004).

In federal court, a Declaration under penalty of perjury pursuant to 28 U.S.C. § 1746 may be used in lieu of a notarized Affidavit. A Declaration under penalty of perjury has the same force and effect as a notarized Affidavit. Plaintiff submits a Declaration in support of his Motion for Default against defendant Thomas Bradley.

Respectfully submitted,


/s/Fred L. Nance Jr., Ph.D.
Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org