**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) | Beth W. Jantz |
| | ) | |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**DECLARATION IN SUPPORT OF MOTION FOR DEFAULT JUDGMENT AGAINST DEPARTMENT OF JUSTICE, BUREAU OF JUSTICE ASSISTANCE, OFFICE OF JUSTICE PROGRAMS**

In lieu of an affidavit sworn under oath, federal law allows an "unsworn declaration, certificate, verification, or statement, in writing, of a person which is subscribed by him, as true under penalty of perjury, and dated to have the same enforcement and effect as an affidavit or other sworn statement. Pursuant to 28 U.S.C. §1746, Plaintiff submits the following:

1. On October 23, 2020 plaintiff filed a Federal complaint #20-cv-06316 with the Northern District of Illinois.

2. Plaintiff filed a Summons in a Civil Action with the Northern District of Illinois, Eastern Division, against defendants Department of Justice, Bureau of Justice Assistance, Office of Justice Programs (hereinafter, "DOJ") on October 26, 2020. (Exhibit 1)

3. On October 26, 2020 plaintiff sent a copy of the Federal complaint and Summons to defendants DOJ via Certified Mail to 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604 pursuant to Rule 4(i)(1)(A)(i)(ii). (Exhibit 2)

4. On or about November 5, 2020 plaintiff received a signed returned copy of the Certified Mail receipt from the United States Postal Service in the U.S. mail. (Exhibit 2)

5. As of the date of this motion, December 6, 2020, the U.S. Attorney for the Northern District of Illinois, Eastern District has not filed their appearance or responded to plaintiff's complaint.

WHEREFORE, plaintiff states he has complied with Rule 4 in issuing a complaint and summons on defendants U.S. Attorney for the Northern District of Illinois, Eastern District at 219 South Dearborn Street, 5th Floor, Chicago, Illinois 60604; and that said attorney(s) for defendants DOJ, BJA, OJP have not filed their appearance nor responded to plaintiff's complaint. Plaintiff respectfully request this court find defendants DOJ, BJA, OJP in default.

Respectfully submitted,

/s/Fred L. Nance Jr., Ph.D.
Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org

Pursuant to 28 U.S.C. § 1746, I declare, certify, verify, and state under penalty of perjury, under the laws of the United States of America that the foregoing is true and correct.

Executed on December 6, 2020

Fred L. Nance Jr., Pro se Plaintiff