UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED NANCE, Jr., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20 C 6316 |
| v. ) | |
| ) | Judge Alonso |
| DEPARMENT OF JUSTICE ET AL., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ATTORNEY DESIGNATION

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case with respect to the United States. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. See LR 83.16(b).

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney

By: s/ Kurt Lindland
    KURT LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    kurt.lindland@usdoj.gov