Re: Grant #2018-CY-BX-0025     Exhibit 2

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: tracey.willis@usdoj.gov; jin.liu@usdoj.gov; michael.dever@usdoj.gov

Cc: andre.bethea@usdoj.gov; washhattie@gmail.com; dthompson@taftlaw.com; jpierce@taftlaw.com

Date: Tuesday, December 1, 2020, 10:24 AM CST

Mr. Dever:

Thank you Sir. Someone should have contacted me. I canceled other meetings to attend this one. Have a blessed and wonderful day.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

> On Tuesday, December 1, 2020, 10:18:03 AM CST, Dever, Michael (OJP) <michael.dever@usdoj.gov> wrote:
>
> Good Morning Dr. Nance,
>
> Tracey contacted Dr. Wash several weeks ago to say that she will need to re-schedule the in-depth monitoring review of the award until early January.  I don't believe a specific date has been set yet.
>
> Michael
>
> **From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
> **Sent:** Tuesday, December 1, 2020 11:13 AM
> **To:** Willis, Tracey (OJP) <Tracey.Willis@ojp.usdoj.gov>; Liu, Jin (OJP) <Jin.Liu@ojp.usdoj.gov>
> **Cc:** Fred Nance Jr. <frednance@clickservices.org>; Bethea, Andre (OJP) <Andre.Bethea@ojp.usdoj.gov>; Dever, Michael (OJP) <Michael.Dever@ojp.usdoj.gov>
> **Subject:** Grant #2018-CY-BX-0025
>
> Ms. Willis:
>
> When does the meeting start? I have joined pursuant to your email at 10:00 am (CST). Please respond. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

Exhibit 2

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.