Case #20-cv-06316: 1st Attempt to Settle Issues          Exhibit 3

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: tracey.willis@usdoj.gov

Cc: frednance@clickservices.org; andre.bethea@usdoj.gov; michael.dever@usdoj.gov; tumia.romero@mail.house.gov; josie.ware@mail.house.gov; tumia@dannykdavis.com; jwilliams@air.org; dthompson@taftlaw.com; jpierce@taftlaw.com

Date: Wednesday, December 2, 2020, 01:49 PM CST

Good afternoon. As I was going through my materials for this matter, I came across a document that should have been used in determining the issues of giving the grant back. I am attaching the document. In support of the document attached, I sent an email to you guys in which Dr. Wash informed me she was giving the grant back and that I could take it over. This document could have been used to facilitate this transfer of ownership of the grant.

In addition, the abstract (1st sentence) and proposal (pp. 2, 5, 10, 11, 13, 16, & 18) reports and establishes I was a partner (C.L.I.C.K. Services, NFP) with EMAGES, Inc. I worked for C.L.I.C.K. as verbally agreed between Dr. Wash and I upon entering into this partnership and initially writing the abstract and proposal.

I need to remind you guys, I sat on Congressman Davis' Second Chance Act Advisory Committee in 2007 assisting in the development of the language used in the Bill signed by President Bush and enacted on April 10, 2008. I have been a peer reviewer since 2009, reviewing over 100 proposals for Second Chance Act grants.

The language in the Second Chance Act Bill was not amended but may have been supplemented adding language to define what was already defined as partnerships in a Second Chance Act grant. Language is important, and can be manipulated to be ambiguous. Nevertheless, I collaborated, partnered, created, and developed the language in the abstract and proposal with Dr. Wash that was submitted and funded in Grant #2018-CY-BX-0025. We all know, or should know, the language in the Abstract and Proposal of a funded grant supersedes, or partners with, all other secondary language for the operation of a Second Chance Act grant. The October 1, 2018 states in the 2nd sentence, "EMAGES has subawards." Who do you think I was describing in this written document. Dr. Wash and I created this document, and it was approved by Ms. Willis and her team of professionals. Remember what I said in one of my Whistleblower complaints. I wrote our abstract, proposal, and the language in the October 1, 2018 to assure Dr. Wash did not do to me what she did to me with the 2010-2012 grant; that I wrote the abstract and proposal for this grant without any input from Dr. Wash. Dr. Wash and I achieved these 2 grants because of what I know about the SCA Bill of 2008 and knowledge of being a peer reviewer.

Therefore, this is a way out for all of us, without further disturbances in our lifestyles, if we want to take it. Please respond. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

# Exhibit 3

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


Project Abstract.pdf
11.2kB


Project Narrative.pdf
96.4kB


11.30.20 Sub Award Conditions Office of Justice Programs.pdf
388.6kB


10.1.18 EMAGES Subaward Monitoring Policy.pdf
111.7kB