Second Chance Act Grant Case #20 cv 06316    Exhibit 6

From:  Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To:  tracey.willis@usdoj.gov

Cc:  frednance@clickservices.org; tumia.romero@mail.house.gov; andre.bethea@usdoj.gov; josie.ware@mail.house.gov; michael.dever@usdoj.gov; tumia@dannykdavis.com; jin.liu@usdoj.gov; jwilliams@air.org; dthompson@taftlaw.com; jpierce@taftlaw.com; kurt.lindland@usdoj.gov

Date:  Saturday, December 19, 2020, 02:15 PM CST

Good afternoon. Please be advised:

On December 19, 2020 I called EMAGES, Inc.'s teleconference number 978-990-5000, access code 581625, to hear clinical supervisor Daniel Jean and Gerri Taylor facilitating a group of clients who were participants in this grant. I entered the group call at 10:02 am (CST) and left the call at 10:11 am (CST). Daniel Jean and Gerri Taylor talked to the clients/participants about 2 new clients entering the group today. Daniel Jean reported the 2 new individuals had not entered the call at this time. Gerri Taylor talked about re-scheduling their Saturday groups for the next 2 weekends because of Christmas and New Years, which Gerri reported Dr. Wash agreed too the re-scheduling. Gerri Taylor informed the group to call in to her Monday group or the Monday group facilitated by Valerie and Jamie for the next 2 weeks. Valerie and Jamie were consultants of this grant until Dr. Wash gave the grant back to DOJ, BJA, OJP. Gerri informed the individuals who chose the Monday group with Valerie and Jamie to call 978-990-5000, access number 480001#.

In the email on September 21, 2020 from Dr. Wash she reported on October 1, 2020 she would suspend all services to these clients/participants and would return the SCA grant because of Covid 19 and the non-payment of fees from the clients/participants; and the State of Illinois. This was a lie as it relates to the Second Chance Act grant. The participants of our grant were not subject to fees and any payment from the State of Illinois. The participants of this grant attended our groups free of charge.

Nevertheless, Dr. Wash has continued to provide services to the participants of the SCA grant. At all times during our grant, all clients/participants were enrolled in EMAGES, Inc.'s sex offender groups and in our SCA grant project. As of October 1, 2020 Dr. Wash has never stopped serving this population as she stated in her email and on our zoom call to consultants and me. Dr. Wash returned the SCA grant under false pretense and Mr. Dever, Mr. Bethea, and Ms. Willis accepted Dr. Wash's statement/reason for giving the SCA grant back retaliating against me for filing my Whistleblower complaints and Mr. Dever, Mr. Bethea, and Ms. Willis working in concert with Dr. Wash causing my termination, violating the Whistleblower Act of 2013. I do not expect to be ostracized, criticized, or further retaliated against regarding my appointments for peer review or any and all other SCA grant.

Attached here, in this email, are emails sent to some of you regarding the continued services EMAGES, Inc. has been conducting after telling you she was suspending services due to the Coronavirus and lack of funding from the State of Illinois, which the State of Illinois funding has nothing to do with the SCA grant funding coming from DOJ, BJA, OJP. In addition, I have been posting this case on my social media pages, Twitter and Facebook, since October 23, 2020 after

Exhibit 6

filing my complaint in this matter. The only writing or material I will not post on social media is the discovery processes in this litigation, which have confidential material attached to it.

I have a Ph.D. Therefore, I publish all my writings; in addition to having a 1st Amendment right of Free Speech. I do not believe anyone here wants another claim added to this litigation addressing my 1st Amendment rights. The World needs to know how our government operates. Notwithstanding, I have been publishing my writings about the nonsense of the Trump administration since 2015 when he came down the elevator with his discriminatory thoughts and practices.

This is personal to me. This is business. This is about the people coming behind me. I am advocate for the socially disadvantaged and disenfranchised. The issues in my brief are not about isolated events. These events permeate throughout governments, believing the powerful overwhelm the weak, which is a false sense of power. I speak truth to power. This discriminatory and disenfranchising practice is worthy of my examination.

As you know, I am and have been an active member of the Honorable Congressman Danny K. Davis' Second Chance Act Advisory Committee since 2007. I am engaging the Honorable Congressman Danny K. Davis requesting an audience testifying on the Second Chance and Whistleblower Act of 2013. The 117th Congress will convene in January 2021. Amendments will be attached to the Second Chance Act in 2021. Policies have been distorted by a few that affect the many. None of us are above the law. I will use the issues presented in my federal complaint as a backdrop to how policies and processes are ignored and disregarded. Feel free to comment.

Merry Christmas and Happy New Year!!

This is my current posting on Twitter in this matter.

@JoeBiden #1994CrimeBill #PresidentBiden introduced Second Chance Act Bill in 2007 as Senator. #CongressmanDavis sits on @WaysMeansCmte the original author of the Second Chance Act support #WhistleblowerAct
11.23.20 Grant #2018-CY-BX-0025 Misappropriation of Funds Fraud redacted.pdf
10.23.20 Nance v DOJ Filed in Federal Court redacted.pdf



**10.23.20 Nance v DOJ Filed in Federal Court redacted.pdf**



**11.23.20 Grant #2018-CY-BX-0025**
**Misappropriation of Funds Fraud redacted...**

Exhibit 6

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

 12.18.20 Emails RE EMAGES Continued Services.pdf
257.9kB

 December 2020 Tweet Activity analytics for clickforjustice.pdf
406.2kB