# Fw: Changes to your JustGrants account

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | dthompson@taftlaw.com; jpierce@taftlaw.com |
| Cc: | frednance@clickservices.org |
| Date: | Wednesday, December 23, 2020, 10:51 AM CST |

**Exhibit 9**

Good morning. I received this information this morning. Dr. Wash has changed my status with Grant #2018-CY-BX-0025. I was the Grant Administrator. Dr. Wash has changed my status to Alternate Grant Administrator. I do not know why she changed my title. Since I am not being noticed about changes to this grant and Dr. Wash did not tell me about the cancellation of the audit for December 1, 2020 to sometime in January 2021, I think from this point on we should communicate via the litigation in court.

Regretfully, disregard our previous agreement for the extension of your motion due in December 2020. I will respond when you file it. Let's jump thru the hoops to the Appellate Court. I am not playing Dr. Wash's games.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this mes. sage is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

----- Forwarded Message -----
**From:** Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>
**To:** Dr. Fred Nance Jr. <frednance@clickservices.org>
**Sent:** Wednesday, December 23, 2020, 10:28:18 AM CST
**Subject:** Fwd: Changes to your JustGrants account

---------- Forwarded message ---------
From: <DIAMD-NoReply@usdoj.gov>
Date: Wed, Dec 23, 2020 at 10:12 AM
Subject: Changes to your JustGrants account
To: <drfred.nancejr@gmail.com>

Exhibit 9

Fred Nance,

Your Department of Justice (DOJ) JustGrants account has been modified. The summary of transactions are below:

**Roles added:**
- Role-GLM-AlternateGrantAwardAdministrator

**Roles removed:**
- Role-GLM-GrantAwardAdministrator

To view these changes, please log on to [JusticeGrantsSystem](JusticeGrantsSystem) or contact your Entity Administrator with questions: [HATTIE WASH](HATTIE WASH)

*This is an automatically generated email. Please do not reply to this email.*

**Department of Justice (DOJ)**

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395