

Exhibit 1

65 East State Street, Suite 1000
Columbus, OH 43215-4213
Tel: 614.221.2838 | Fax: 614.221.2007
taftlaw.com

**JANICA PIERCE TUCKER**
614.334.6182
jpierce@taftlaw.com

November 11, 2020

**VIA EMAIL (drfred.nancejr@gmail.com)**
Dr. Fred Nance, Jr.

  Re: *Fred L. Nance, Jr. v. Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, Emages, Inc., Hattie Wash, Thomas Bradley, et al.*
    U.S. District Court, Northern District of Illinois Case No. 1:20-cv-06316

Dear Dr. Nance:

  My co-counsel Derrick Thompson and I of Taft Stettinius & Hollister have been retained to represent Emages, Inc. in the above-referenced complaint. It is our understanding that you are no longer employed with Emages. During the course of your employment, based upon your role and responsibilities, you received a laptop. You have failed to respond to numerous attempts from Emages to contact you. This laptop must be returned to Emages immediately. Emages will make arrangements to pick up the laptop from your personal residence. At the time of pickup, please write any password(s) required to access the computer, and place such password(s) in a sealed envelope. Failure to return the company property will result in Emages taking legal action.

  It is also our understanding that you have the following in your possession and Emages demands return immediately:

- Evaluation documents from Office of Justice Program ("OJP");
- Client files including, but not limited to, questionnaires and evaluation instruments;
- Keys to file cabinets; and
- Trauma and Mentoring Informed Modules.

None of the items referenced in this letter are your personal property and all must be returned.

  Please preserve any and all documents. Pending further notification, all documents relating to this matter should be unaltered and retained. Document retention guidelines otherwise authorizing the periodic destruction of such documents are suspended.

  Please contact me upon receipt of this correspondence. If Emages has not received the requested property on or before Friday, November 13, 2020, Emages will take legal action.

                Sincerely,

                */s/ Janica Pierce Tucker*

                Janica Pierce Tucker

JPT/smk

28208664v3