UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FRED L. NANCE, Jr., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20 C 6316 |
| v. | ) | |
| | ) | Judge Alonso |
| U.S. DEPARTMENT OF JUSTICE, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFENDANT'S MOTION TO DISMISS
## OR ALTERNATIVELY FOR SUMMARY JUDGMENT

Defendant, U.S. Department of Justice, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby moves to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(6), or alternatively under Rule 56 for summary judgment in favor of the defendants because there are no genuine issues of material fact, and because defendants are entitled to judgment as a matter of law. In support, defendant submits a memorandum of law, defendant's Local Rule 56.1 Statement of Material Facts, and a notice to pro se litigants, herewith.

Respectfully submitted,

JOHN R. LAUSCH, Jr.
United States Attorney
By: s/ Kurt N. Lindland
    KURT N. LINDLAND
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4163
    kurt.lindland@usdoj.gov