🇺🇸 An official website of the United States government, Department of Justice.
Here's how you know



Home / Funding & Awards

# BJA FY 18 Second Chance Act Comprehensive Community–Based Adult Reentry Program

**Opportunity ID:** BJA-2018-13634
**Solicitation Status:** Closed
**Fiscal Year:** 2018
**Closing Date:** May 1, 2018
**Posting Date:** March 9, 2018

## Download

*PDF, 360.48 KB*

## Description

Support community- and faith-based organizations in developing and implementing comprehensive and collaborative programs that support people who are reentering communities from incarceration who are at medium- to high-risk of reoffending, reduces recidivism, and improves public safety. Develop comprehensive case management plans that directly address criminogenic risks and needs as identified by validated criminogenic risk assessments and include delivery or facilitation of services in a manner consistent with participants' learning styles and abilities. Demonstrate increased collaboration between community- and faith-based organizations and corrections, community supervision, law enforcement, and other local reentry stakeholders.

Top

# Awards

**Number of Awards:** 26
**Total Amount Awarded:** $20,545,044

Next ›

## AGAPE Program Reentry Services Grant

2018-CY-BX-0018
Open
**Funding First Awarded:** 2018
$500,000

## Beyond Violence Program

2018-CY-BX-0014
Open
**Funding First Awarded:** 2018
$992,224

## Bright Beginnings

2018-CY-BX-0022
Open
**Funding First Awarded:** 2018
$412,359

## Center For Self-Sufficiency's Unlocking Networks

2018-CY-BX-0011
Open
**Funding First Awarded:** 2018
$999,256



Top

Case: 1:20-cv-06316 Document #: 33-3 Filed: 02/03/21 Page 3 of 8 PageID #:228

# Comprehensive Community-based Adult Reentry Program

2018-CY-BX-0009

Open

**Funding First Awarded:** 2018

$500,000

---

# Detroit Rescue Mission Ministries Second Chance Prisoner Re-Entry

2018-CY-BX-0028

Open

**Funding First Awarded:** 2018

$990,990

---

# Emages SCA Comprehensive Community-based Adult Reentry Program

2018-CY-BX-0025

Open

**Funding First Awarded:** 2018

$500,000

---

# Freedom Life Reentry Intensive Program

2018-CY-BX-0026

Open

**Funding First Awarded:** 2018

$500,000

---

# In-Reach and Reintegration Program

2018-CY-BX-0036



Top

Open

**Funding First Awarded:** 2018

$995,421

---

## Male Empowerment Now (MEN)

2018-CY-BX-0015

Open

**Funding First Awarded:** 2018

$1,000,000

---

## Northeastern KY Adult Community Reentry Program

2018-CY-BX-0013

Open

**Funding First Awarded:** 2018

$1,000,000

---

## Pinellas REACH (Reentering Employee Access to Careers and Hiring) Program.

2018-CY-BX-0122

Open

**Funding First Awarded:** 2018

$1,000,000

---

## Port Gamble S'Klallam Tribe Reentry Program

2018-CY-BX-0031

Open

**Funding First Awarded:** 2018

$995,680

---

Top

# Project Blue Community Reentry Initiative

2018-CY-BX-0012

Open

**Funding First Awarded:** 2018

$1,000,000

---

# Project FORM (Facing Obstacles Using Rehabilitative Measures)

2018-CY-BX-0124

Open

**Funding First Awarded:** 2018

$991,865

---

# Project Ready---Providing intensive case management to connect inmates to services they need to succeed post-release.

2018-CY-BX-0019

Open

**Funding First Awarded:** 2018

$475,953

---

# Project Renew

2018-CY-BX-0020

Open

**Funding First Awarded:** 2018

$499,893

---

# Rhode Island Reentry Collaborative

2018-CY-BX-0010

Open

**Funding First Awarded:** 2018

$1,000,000

Top

# Second Chance Act Employment Program

2018-CY-BX-0021
Open
**Funding First Awarded:** 2018
$947,693

# Second Chance Reentry Program

2018-CY-BX-0033
Open
**Funding First Awarded:** 2018
$1,000,000

# Southern Nevada Adult Reentry Program

2018-CY-BX-0035
Open
**Funding First Awarded:** 2018
$999,848

# Technology, Empowerment and Community Help (TECH)

2018-CY-BX-0027
Open
**Funding First Awarded:** 2018
$999,984

# The Changing Lanes Project

2018-CY-BX-0023
Open
**Funding First Awarded:** 2018

Top

1/25/2021    BJA FY 18 Second Chance Act Comprehensive Community Based Adult Reentry Program | Bureau of Justice Assistance

Case: 1:20-cv-06316 Document #: 33-3 Filed: 02/03/21 Page 7 of 8 PageID #:232

$500,000

---

## The Star Project: Rural Reentry

2018-CY-BX-0016

Open

**Funding First Awarded:** 2018

$447,202

---

## Tomorrow's Vision Today: Shaping Second Chances

2018-CY-BX-0017

Open

**Funding First Awarded:** 2018

$497,830

---

Next ›

*Date Created: March 9, 2018*

## Similar Opportunities

FY 2020 Correctional Adult Reentry Education, Employment, and Recidivism Reduction Strategies (CAREERRS) Program

BJA FY 18 Edward Byrne Memorial Justice Assistance Grant (JAG) Program - State Solicitation

BJA FY 18 Body-Worn Camera Policy and Implementation Program

Top

Case: 1:20-cv-06316 Document #: 33-3 Filed: 02/03/21 Page 8 of 8 PageID #:233



**U.S. DEPARTMENT OF JUSTICE**
OFFICE OF JUSTICE PROGRAMS



Top