**Information Regarding a Change to the Second Chance Act Comprehensive Community-based Adult Reentry Program FY 2018 Competitive Grant Solicitation**

March 14, 2018

All five references to, and hyperlinks from, "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2017 Awards" (https://ojp.gov/funding/Explore/SolicitationRequirements/index.htm) have been updated to "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2018 Awards" (https://ojp.gov/funding/Explore/LegalOverview/index.htm).

Thank you for your attention to this change.

Exhibit D

OMB No. 1121-0329
Approval Expires 11/30/2020

**U.S. Department of Justice**
Office of Justice Programs
*Bureau of Justice Assistance*



The U.S. Department of Justice (DOJ), Office of Justice Programs (OJP) Bureau of Justice Assistance (BJA) is seeking applications for funding under the Second Chance Act to provide grants to nonprofit organizations and Indian tribes to provide reentry services and programs. This program furthers the Department's mission to reduce recidivism and combat violence by facilitating the successful reintegration of former offenders or individuals returning from incarceration.

# Second Chance Act Comprehensive Community-based Adult Reentry Program
## Applications Due: May 1, 2018

## Eligibility

Eligible applicants are limited to nonprofit organizations (including tribal nonprofit organizations) with a documented history of providing comprehensive, evidence-based reentry services, and federally recognized Indian tribes (as determined by the Secretary of the Interior).

All recipients and subrecipients (including any for-profit organization) must forgo any profit or management fee.

BJA welcomes applications under which two or more entities would carry out the federal award; however, only one entity may be the applicant. Any others must be proposed as subrecipients (subgrantees).[1] The applicant must be the entity that would have primary responsibility for carrying out the award, including administering the funding and managing the entire program. Under this solicitation, only one application by any particular applicant entity will be considered. An entity may, however, be proposed as a subrecipient (subgrantee) in more than one application.

BJA may elect to fund applications submitted under this FY 2018 solicitation in future fiscal years, dependent on, among other considerations, the merit of the applications and on the availability of appropriations.

For information on eligibility, see Section C. Eligibility Information.

---

[1] For additional information on subawards, see "Budget and Associated Documentation" under Section D. Application and Submission Information.

# Deadline

Applicants must register with Grants.gov at https://www.grants.gov/web/grants/register.html prior to submitting an application. All applications are due by 11:59 p.m. eastern time on May 1, 2018.

To be considered timely, an application must be submitted by the application deadline using Grants.gov, and the applicant must have received a validation message from Grants.gov that indicates successful and timely submission. OJP urges applicants to submit applications at least 72 hours prior to the application due date, to allow time for the applicant to receive validation messages or rejection notifications from Grants.gov, and to correct in a timely fashion any problems that may have caused a rejection notification.

OJP encourages all applicants to read this Important Notice: Applying for Grants in Grants.gov.

For additional information, see How To Apply in Section in Section D. Application and Submission Information.

# Contact Information

For technical assistance with submitting an application, contact the Grants.gov Customer Support Hotline at 800–518–4726, 606–545–5035, at https://www.grants.gov/web/grants/support.html, or at support@grants.gov. The Grants.gov Support Hotline operates 24 hours a day, 7 days a week, except on federal holidays.

An applicant that experiences unforeseen Grants.gov technical issues beyond its control that prevent it from submitting its application by the deadline must email the contact identified below **within 24 hours after the application deadline** to request approval to submit its application after the deadline. Additional information on reporting technical issues appears under "Experiencing Unforeseen Grants.gov Technical Issues" in the How To Apply section.

For assistance with any unforeseen Grants.gov technical issues beyond an applicant's control that prevent it from submitting its application by the deadline, or any other requirement of this solicitation, contact the National Criminal Justice Reference Service (NCJRS) Response Center: toll-free at 800–851–3420; via TTY at 301–240–6310 (hearing impaired only); email grants@ncjrs.gov; fax to 301–240–5830; or web chat at https://webcontact.ncjrs.gov/ncjchat/chat.jsp. The NCJRS Response Center hours of operation are 10:00 a.m. to 6:00 p.m. eastern time, Monday through Friday, and 10:00 a.m. to 8:00 p.m. eastern time on the solicitation close date.

Grants.gov number assigned to this solicitation: BJA-2018-13634

Release date: March 13, 2018

# Contents

A. Program Description ................................................................................................4

    Overview ....................................................................................................................4

    Program-specific Information ....................................................................................4

    Goal, Objectives, and Deliverables .........................................................................5

    Evidence-based Programs or Practices...................................................................12

    Information Regarding Potential Evaluation of Programs and Activities ................13

B. Federal Award Information ......................................................................................13

    Type of Award ..........................................................................................................13

    Financial Management and System of Internal Controls .........................................14

    Budget Information....................................................................................................15

    Cost Sharing or Matching Requirement ..................................................................15

    Pre-agreement Costs (also known as Pre-award Costs) .........................................15

    Limitation on Use of Award Funds for Employee Compensation; Waiver...............16

    Prior Approval, Planning, and Reporting of Conference/Meeting/Training Costs ...16

    Costs Associated with Language Assistance (if applicable) ...................................16

C. Eligibility Information ..............................................................................................17

D. Application and Submission Information ................................................................17

    What an Application Should Include .........................................................................17

    How To Apply............................................................................................................29

E. Application Review Information ..............................................................................33

    Review Criteria.........................................................................................................33

    Review Process ........................................................................................................35

F. Federal Award Administration Information ..............................................................37

    Federal Award Notices.............................................................................................37

    Administrative, National Policy, and Other Legal Requirements.............................37

    General Information about Post-Federal Award Reporting Requirements................38

G. Federal Awarding Agency Contact(s) ....................................................................38

H. Other Information ....................................................................................................38

    Freedom of Information Act and Privacy Act (5 U.S.C. 552 and 5 U.S.C. 552a) ...38

    Provide Feedback to OJP .........................................................................................39

    Appendix A: Application Checklist ...........................................................................40

    Appendix B: References and Resources .................................................................42

# Second Chance Act Comprehensive Community-based Adult Reentry Program
# CFDA # 16.812

## A. Program Description

**Overview**

Over 2.1 million individuals are incarcerated in federal and state prisons, and millions of people cycle through jails every year. Ninety-five percent of all incarcerated individuals today will eventually be released and will return to communities. The Second Chance Act of 2007 (Pub. L. 110-199) provides a comprehensive response to ensure that the transition individuals make from prison, jail, or juvenile residential facilities to the community is successful and promotes public safety.

Second Chance Act grant funding is designed to help communities develop and implement comprehensive and collaborative strategies that address the challenges posed by reentry and recidivism reduction. "Reentry" is not a specific program, but rather a process that starts when an individual is initially incarcerated and ends when he or she has been successfully reintegrated in the community as a law-abiding citizen.

**Statutory Authority:** Section 211 of the Second Chance Act, codified at 34 U.S.C. § 60531, authorizes grants to nonprofit organizations and federally recognized Indian tribes that may be used for services to promote the safe and successful community reintegration of adults who have been incarcerated. Additional authority for awards made under this solicitation may be provided by a full-year appropriations act for FY 2018. As of the writing of this solicitation, the Department of Justice is operating under a short-term "Continuing Resolution"; no full-year appropriation for the Department has been enacted for FY 2018.

**Program-specific Information**

The Second Chance Act Comprehensive Community-based Adult Reentry Program supports organizations or tribes providing comprehensive reentry services to program participants throughout the transition from jail or prison to the community. Under this solicitation, BJA is seeking applications to implement or expand on reentry programs that demonstrate strong partnerships with corrections, parole, probation, law enforcement, and other reentry service providers. These partnerships should enhance efforts to meet the needs of individuals at medium- to high-risk to reoffend, as determined by validated criminogenic risk assessments. This includes ensuring cognitive behavioral programming is in place pre-release, whether by the lead applicant or a partnering agency.

Participants are expected to be screened, assessed, and identified for program participation pre-release. During the post-release phase of the reentry program, participants will receive case management services and be connected to evidence-based programming designed to ensure that the transition from prison or jail to the community is safe and successful. Where feasible, case management services and evidence-based programming should begin during the pre-release phase.

Proposed programs should document plans to evaluate the impact of their collaborations and the services provided. Applicants are encouraged to explore outcomes such as program engagement, family reunification and stability, financial literacy/economic stability, housing stability, and other outcomes in addition to recidivism reduction.

Community- and faith-based organizations are well situated to respond to the needs of the reentry population because they are often located in the communities to which these men and women are returning; they hire staff from the local community; and they are well connected to networks of other service providers that address the individualized needs of people leaving incarceration.

Community- and faith-based organizations are also well positioned to engage with people who have been incarcerated, spent time on probation/parole, and/or participated in reentry programming, including eliciting and providing insight on how reentry programs can be developed and implemented to support successful reintegration. Community- and faith-based organizations can also work with the formerly incarcerated population in other important ways, either as peer mentors and/or employed program staff, because they may be viewed as role models with whom participants can identify, as compared with other professional staff who may be viewed as authority figures.[2]

In FY 2018, there are two categories of grants supported under this solicitation. Eligible applicants are limited to nonprofit organizations(including tribal nonprofit organizations) with a documented history of providing comprehensive, evidence-based reentry services, and federally recognized Indian tribes (as determined by the Secretary of the Interior).

- **Category 1 – Community-based Adult Reentry. Competition ID: BJA-2018-13992**
  - Target Population: The proposed program must commit to serving a minimum of 150 people that meet the target population requirements of this grant.
  - Award Amount: Awardees will receive up to $1,000,000 each.

- **Category 2 – Community-based Adult Reentry with Small and Rural Organizations. Competition ID: BJA-2018-13993**
  - Applicants must demonstrate an annual operating budget of $1,000,000 or less and not be a chapter or affiliate of a national organization, as defined by having a licensing or other agreement where the national entity provides financial and/or operational support. Special consideration will be given to those organizations operating in and serving a rural area of the country.
  - Target Population: The proposed program must commit to serving a minimum of 75 people that meet the target population requirements of this grant.
  - Award Amount: Awardees will receive up to $500,000 each.

**Goal, Objectives, and Deliverables**

**Goal**
The goal of the Community-based Adult Reentry Program is to support community- and faith-based organizations in developing and implementing comprehensive and collaborative programs that reduce recidivism of people who are reentering communities from

---

[2] Fletcher, Del Roy and Elaine Batty, 2012. Offender Peer Interventions: What Do We Know? Sheffield, UK: Sheffield Hallam University Centre for Regional Economic and Social Research, 2012.

incarceration who are at medium to high risk of reoffending. Recidivism reduction is a cornerstone of a crime reduction strategy and this program supports the Department of Justice's priority of reducing violent crime and increasing public safety.

**Objectives**
- Develop comprehensive case management plans that directly address criminogenic risks and needs, as identified by validated criminogenic risk assessments, and include delivery or facilitation of services in a manner consistent with participants' learning styles and abilities.
- Demonstrate increased collaboration between community- and faith-based organizations and corrections, community supervision, law enforcement, and other local reentry stakeholders.

**Deliverables**
Applicants will be required to address the following mandatory requirements in their proposal. All grantees will be expected to submit a Planning and Implementation Guide at the end of their planning phase and a final evaluation report at the end of the program.

- **Mandatory Requirements**
  1. **Planning Phase.** Include in the proposal a timeline and plan for a planning phase of up to 12 months. Grantees will be expected to complete a planning phase, prior to implementing services, which requires working with BJA's technical assistance provider and approval from BJA before activity may begin toward the full implementation of their programs. During the planning phase, applicants will build upon and strengthen compliance with the mandatory requirements as well as clarify and enhance program operations and service delivery.
     a. Grantees will receive intensive technical assistance and will be allowed to access a portion of the total grant award ($200,000 for Category 1 and $100,000 for Category 2) in order to complete and submit a required Planning and Implementation Guide provided by the BJA technical assistance provider—the National Reentry Resource Center (NRRC)—which will guide each grantee in developing a strategic plan that incorporates evidence-based programs, policies, and practices. Program budget approval and coordination with a technical assistance coordinator is required to complete and submit a planning and implementation guide.
     b. Once Planning and Implementation Guides are submitted and approved by BJA, and a special condition to release the funds has been approved, grantees will move into the Implementation Phase of their project and gain access to the remainder of their grant funds.

  2. **Correctional Partner Memorandum of Agreement**. Include as an attachment a Memorandum of Agreement or Understanding (MOA or MOU), or other documentation more binding than a letter of support, that clearly demonstrates an established collaborative relationship between the applicant and the correctional agencies that: 1) oversee the specific facility or facilities from which the applicant proposes to recruit the target reentering population; and 2) oversee community corrections (probation and/or parole) for the target population. The MOAs/MOUs must include the following information:
     a. The roles and responsibilities for staff from both agencies involved in the program.

6

    **b.** Terms of access to the correctional facility or facilities for program staff. (If applicants are unable to conduct in-reach into correctional facilities, the application should explain the reason(s) why such access is not practicable.)

    **c.** Information on pre-release programming and interventions provided by the correctional agency to each participant.

    **d.** The data elements and performance measures that the partnering agencies will provide—or assist the grantee in obtaining—for the purpose of measuring the impact of grant activities. In particular, the MOAs/MOUs should account for how the applicant will receive information related to court and criminal justice system involvement such as re-arrest, reconviction, revocation, and reincarceration, as required by this solicitation's performance measures.

    **e.** A strong history of collaboration. The extent to which the applicant is able to demonstrate a collaborative partnership with institutional and/or community corrections agencies, access to participants within facilities prior to release , and the ability and willingness of institutional and/or community corrections agencies to share data for performance measurement purposes will be key factors in assessing the strength of applications.

**Resource Note**: Community-based Organizations and Corrections Agencies: Relationship Building Questionnaire. This questionnaire is designed to highlight topic areas that are important for community-based organizations to discuss with their potential corrections partner(s) prior to formalizing a partnership.

**3.** **Law Enforcement Memorandum of Agreement (MOA)**. Include as an attachment a MOA or Memorandum of Understanding (MOU), or other documentation more binding than a letter of support, which clearly demonstrates an established collaborative relationship between the applicant and the local law enforcement agency. The grantee may provide multiple MOAs/MOUs, as necessary, if providing services in multiple or overlapping jurisdictions (e.g., municipal police department and county sheriff's office). The MOAs/MOUs should specify how the applicant will coordinate with law enforcement to address the complex issues of those returning from incarceration. Applicants are strongly encouraged to coordinate and consult with law enforcement in an advisory capacity and may consider utilizing them to provide training to staff and volunteers on the perspective and role of law enforcement.

**Resource Note**: Exploring the Role of the Police in Prisoner Reentry.

**4.** **Integration of Risk and Needs Assessment**. Applicants must use, or collaborate with a corrections agency to use, information gathered from an empirically validated assessment tool(s) to determine the risk level and identify the criminogenic needs of the individuals to be referred to the program. Case plans/reentry plans should be directly informed by the information gathered from the risk and needs assessment. Applicants are expected to describe the proposed assessment process in the Program Narrative (see Review Criteria at page 33).

**5.** **Cognitive-based Programming.** Clearly document the evidence-based, cognitive-based programming that will be used to address criminogenic risk and needs pre- and post-release. If the program's pre-release interactions are limited to screening, assessment, and identification for the program, document what existing cognitive-

based services the population will receive while incarcerated (either from the corrections agency or other service providers) and how the program will build on or complement that programming.

6. **Target Population**. The Program Narrative must include an estimate of the **total number of individuals** the proposed program plans to serve[3] during the project period (see Review Criteria at page 33). The number of individuals to be served must be at least 150 for Category 1 grantees and 75 for Category 2 grantees. Provide data to demonstrate that the number of individuals in the target population, which the application proposes to serve, is based on a reasonable estimate.[4] The target population for the program must be a specific subset of:

   - Medium- to high-risk individuals, as identified using a validated criminogenic risk assessment tool
   - Aged 18 or older and convicted as an adult
   - Incarcerated in a state, local, or tribal prison or jail at the time of enrollment in the program. For federally recognized Indian tribes, the individuals may be housed in a tribal, regional, county, or local jail pursuant to state or tribal law.

   "Risk" is defined as the likelihood that a person will re-offend upon release from a facility. Applicants must identify the validated criminogenic risk assessment tool used to determine risk level and the risk levels eligible for participation (either high-risk or medium- and high-risk).

   Applicants must identify and define the subset of individuals, or combination of subsets, that are proposed to be the target population of their program. For example, applicants may choose to specifically target individuals who, in addition to meeting the above criteria:
   - Represent a specific demographic or set of demographics (age, gender, etc.);
   - Are returning to a specific community, neighborhood, or zip code; and/or
   - Are housed in the same facility.

7. **Collaboration with an Evaluation Partner.** Provide documentation that clearly demonstrates a partnership with an evaluator or researcher and a plan to coordinate on: developing outcomes; collecting and analyzing data; the development of a definition of recidivism that aligns to the identified baseline recidivism rate; the development of clear and quantitative definitions for key terms including "enrolled" and "completed"; monitoring and evaluating program performance; quality assurance of program services and operations; and conducting final analysis and completing a report.

8. **Baseline Recidivism Rate**. The Program Narrative should include a baseline

---

[3] For the purposes of this grant, "serve" entails enrolling and providing at least one of the proposed program's services to an eligible individual.

[4] If the applicant is requesting funds for a program that is currently operational, the applicant must state how many people the program has served (who meet the stated target population characteristics) over the past 6 months. If the applicant is proposing to implement a "new program," the applicant must state how many people met the target population characteristics within the past 6 months. Those served or eligible over the past 6 months will provide the foundation for determining the total number of people the proposed program plans to serve. BJA will measure the applicant against this target number, if the applicant is selected to receive an award.

8

recidivism rate for the proposed target population, specifying the definition used (e.g., arrest, conviction, reincarceration) and including documentation to support the development of the rate.

9. **Plan to Measure Outcomes.** Articulate a clear plan to track program participant outcomes for at least 12 months following release. This plan must describe the process for obtaining information about recidivism from the relevant law enforcement, correctional and/or community corrections agencies. As described in the Performance Measures section below, grantees will also be required to provide the number of program participants who are re-incarcerated within the 12-month period following their initial release.

10. **Strong Partnerships.** Articulate a clear plan to maintain regular communication with program partners including, at a minimum, quarterly meetings with formal partners including corrections, community corrections, and the evaluator to ensure information is being shared effectively, challenges are being troubleshot, and efforts to improve the program are developed in collaboration with stakeholders.

**Priority Consideration**

Priority consideration will be given to applicants who:

1. Propose programs that target high-risk individuals who are currently convicted of a violent offense or have a history of violent offense convictions. When determining what qualifies as a violent offense, programs should consult with local law enforcement and use the definition that aligns with the definition used by the program's local jurisdiction.

2. Provide for an independent evaluation of the project that includes, to the maximum extent feasible, random assignment of individuals to program delivery and control groups, as per the Second Chance Act, Section 211(c). Applicants may refer to this Research Partner Q&A document to learn answers to common questions about research partnerships, including how to identify a well-qualified research partner. If no existing research partnership is in place, inquiring with a sociology or criminology department at a local college or university is often a good place to start.

3. Incorporate feedback and involvement of victims of crime and their families, law enforcement, individuals who have been incarcerated, and families of incarcerated individual.

4. Programs that plan to develop or have an existing relationship with their local reentry council or task force and document efforts to collaborate and coordinate on reentry services.

5. Operate out of a rural area of the country and serve a population returning to a rural community. **This consideration applies to Category 2 grant applicants.**

**Allowable Uses of Funds**

Although each of the Mandatory Requirements must be included in the application, additional uses for the funds may be proposed to ensure a robust, evidence-informed reentry program appropriate for the target population and jurisdiction.

1. **Using Criminogenic Risk and Needs Information to Reduce Recidivism.** Applicants can use grant funding to conduct assessments using reliable, locally validated risk and needs tools to match individuals with appropriate treatment and reentry services (Desmarais and Singh 2013). Alternatively, applicants may receive assessment information from their correctional and/or community corrections partner, in which case the MOA or MOU must detail the process for sharing that data.

2. **Providing Sustained Case Planning/Management in the Community.** Reentry programs should ideally begin when the individual is first incarcerated and continue when the individual is released to the community. Individuals, post-incarceration, are at the highest risk of re-arrest during the first few months after release, and therefore services should be most intensive during that period. Applicants are strongly urged, and may use grant funding, to provide pre- and post-release case management that is sustained over a period of at least 6 months post-release.

3. **Supporting a Comprehensive Range of Services.** Although individuals reentering the community have a variety of needs, applicants are encouraged to structure programs to address criminogenic needs—the characteristics most closely associated with the likelihood for future offending behavior—which can be identified through an assessment.[5] Applicants are strongly urged to provide treatment interventions that target criminal thinking, especially for higher risk individuals, and provide training for staff in utilizing cognitive-behavioral interventions and strategies. Based on an individual's risk/needs assessment, applicants may use grant funding to make available a comprehensive range of programs and a process for addressing the needs of each individual returning from incarceration including the following:

   - Treatment services that employ the cognitive, behavioral, and social learning techniques of modeling, role playing, reinforcement, resource provision, and cognitive restructuring.
   - Substance abuse treatment (including alcohol abuse).
   - Educational, literacy, and vocational training; job readiness; and job placement services.
   - Housing and homelessness support services, including permanent supportive housing.
   - Medical and mental health care services, including facilitating enrollment in health care plans.
   - Facilitating obtaining locally issued identification cards and other proof of identity.
   - Veteran-specific services, as applicable.
   - Culturally-based programming.
   - Programs that encourage safe, healthy, and responsible family and parent-child relationships and enhance family reunification, as appropriate.
   - Gender-responsive and trauma-informed services.

   Applicants may choose to focus their reentry program around one or more of these areas based on their competencies and expertise, while partnering with other agencies or programs to address other identified needs.

---

[5] Criminogenic need factors include a history of anti-social behavior; anti-social personality pattern; anti-social cognition; anti-social associates; family/marital; school/work; leisure/recreation; and substance abuse.

4. **Providing Pre- and/or Post-release Mentoring.** Mentoring can provide pro-social benefits that are perhaps most evident with peer mentoring, in which participants are paired with individuals with similar experiences in the criminal justice system. Trained mentors can support the individuals' preparations for release and help link them to programs and services in the community that address their identified needs. In addition, mentors provide emotional support and encouragement to individuals returning from incarceration, hold them accountable throughout the treatment process, and play active roles in promoting positive behavioral changes. If mentoring is a component of the proposed program, applicants should:

- Describe a standardized plan for recruiting, training, monitoring, supporting, and retaining mentors.
- Include the eligibility requirements for mentors, the number of mentors who will be recruited, a timeline for recruiting mentors, how the program will cultivate a diverse pool of mentors for the target population, and list the community partners the applicant will engage in recruiting mentors.
- Define the roles of mentors in relation to the rest of the reentry program staff (case managers, coaches, etc.), including the timeframe for the mentoring relationship.
- Describe the mentoring model, including whether mentor matches are one-on-one, group mentoring (one mentor to a group of participants), team mentoring (multiple mentors to a limited number of participants), or a combination of models.
- Describe how mentors and participants will be matched.
- Explain how peer mentors will be incorporated.
- Specify if and how mentors will be compensated (either as employees or through stipends).
- Describe the initial and ongoing training mentors will receive to better equip them to support the target population.

Additionally, if incorporating mentoring, programs should consider measuring how mentoring impacts engagement in other reentry services and improves reentry outcomes such as family engagement and employment.

**Resource Note**: *Mentoring as a Component of Reentry: Practical Considerations from the Field*. This resource offers five broad, field-based practical considerations for incorporating mentoring into reentry programs for adults.

5. **Supporting Job Readiness and Employability**. Funds can be used to support strategies and programs designed to improve the employability of individuals returning to the community by facilitating placement in wage-paid work, job readiness and skills training, and supportive services to help individuals facing barriers to employment succeed in the workforce. Please note subsidizing or paying the wages of participants is not an allowable use.

**Resource Note**: *Integrated Reentry and Employment Strategies: Reducing Recidivism and Promoting Job Readiness*. This resource was developed to assist policymakers, system administrators, and practitioners collaboratively determine whether resources are focused on the right people, with the right interventions, at the right time. It provides guidance on integrating reentry and employment strategies using a resource-allocation and service matching tool.

6. **Increasing Access to Health Benefits**. Develop and implement strategies to identify and enroll eligible, uninsured program participants in Medicaid, Social Security, Veterans Benefits or other insurance, and to connect them to treatment providers, as appropriate. Plan and strategize for how expanded options for access to healthcare can enhance outcomes for individuals returning home from incarceration.

7. **Providing Staff Training, Coaching, and Performance Evaluations on Adopted Evidence-based Practices and Working with Reentry Populations.** Implemented reentry programs should provide adequate staff training and coaching to appropriately use cognitive-behavioral interventions and strategies on the utilization of evidence-based programs and practices. Staff performance evaluations should contain items that reflect an expectation of fidelity to an evidence-based practice. Additionally, staff should be trained and evaluated on their competency to serve diverse populations and understand reentry barriers

8. **Resources to Support Civil Legal Aid.**
   It is allowable to use funds under this program to provide assistance and coordination to support successful reintegration through limited legal advice and referral. Such guidance and coordination may include the following areas: securing a driver's license; expunging or limiting access to criminal records; creating and/or modifying child support orders; family services that help stabilize individuals and families; finding and maintaining adequate housing; finding and maintaining employment; and corrections to reports that fall under the Fair Credit Reporting Act. Please note, direct representation in litigation, through court filings or through other litigation services, is not an allowable cost under FY 2018 funding.

9. **Develop or Enhance an Existing Data System.**
   A data system should capture information that assists with tracking key indicators of staff, program, and individual progress. This data should be used to identify successes and areas of improvement to address barriers to staff, program, or individual progress.

The Goal, Objectives, and Deliverables are directly related to the performance measures that demonstrate the results of the work completed, as discussed in Section D. Application and Submission Information, under Program Narrative.

**Evidence-based Programs or Practices**
OJP strongly emphasizes the use of data and evidence in policy making and program development in criminal justice, juvenile justice, and crime victim services. OJP is committed to:

- Improving the quantity and quality of evidence OJP generates.
- Integrating evidence into program, practice, and policy decisions within OJP and the field.
- Improving the translation of evidence into practice.

OJP considers programs and practices to be evidence-based when their effectiveness has been demonstrated by causal evidence, generally obtained through one or more outcome evaluations. Causal evidence documents a relationship between an activity or intervention (including technology) and its intended outcome, including measuring the direction and size of a change, and the extent to which a change may be attributed to the activity or intervention. Causal evidence depends on the use of scientific methods to rule out, to the extent

possible, alternative explanations for the documented change. The strength of causal evidence, based on the factors described above, will influence the degree to which OJP considers a program or practice to be evidence-based.

The OJP CrimeSolutions.gov website at https://www.crimesolutions.gov is one resource that applicants may use to find information about evidence-based programs in criminal justice, juvenile justice, and crime victim services.

**Information Regarding Potential Evaluation of Programs and Activities**
The Department of Justice has prioritized the use of evidence-based programming and deems it critical to continue to build and expand the evidence informing criminal and juvenile justice programs to reach the highest level of rigor possible. Therefore, applicants should note that the Office of Justice Programs may conduct or support an evaluation of the programs and activities funded under this solicitation. Recipients and sub-recipients will be expected to cooperate with program-related assessments or evaluation efforts, including through the collection and provision of information or data requested by OJP (or its designee) for the assessment or evaluation of any activities and/or outcomes of those activities funded under this solicitation. The information or data requested may be in addition to any other financial or performance data already required under this program.

# B. Federal Award Information

BJA expects to make awards in two categories for the following amounts and periods of performance:

- **Category 1**: up to eight awards of up to $1,000,000 each, with an estimated total amount awarded of up to $8,000,000. BJA expects to make awards for a 36-month period of performance to begin on or about October 1, 2018.

- **Category 2**: up to four awards of up to $500,000 each, with an estimated total amount awarded of up to $2,000,000. BJA expects to make awards for a 36-month period of performance to begin on or about October 1, 2018.

BJA may, in certain cases, provide additional funding in future years to awards made under this solicitation, through continuation awards. In making decisions regarding continuation awards, OJP will consider, among other factors, the availability of appropriations, when the program or project was last competed, OJP's strategic priorities, and OJP's assessment of both the management of the award (for example, timeliness and quality of progress reports), and the progress of the work funded under the award.

All awards are subject to the availability of appropriated funds and to any modifications or additional requirements that may be imposed by law.

**Type of Award**
BJA expects to make any award under this solicitation in the form of a grant. See Administrative, National Policy, and Other Legal Requirements, under Section F. Federal Award Administration Information, for a brief discussion of important statutes, regulations, and award conditions that apply to many (or in some cases, all) OJP grants.

**Financial Management and System of Internal Controls**

Award recipients and subrecipients (including recipients or subrecipients that are pass-through entities[6]) must, as described in the Part 200 Uniform Requirements[7] as set out at 2 C.F.R. 200.303:

(a) Establish and maintain effective internal control over the Federal award that provides reasonable assurance that [the recipient (and any subrecipient)] is managing the Federal award in compliance with Federal statutes, regulations, and the terms and conditions of the Federal award. These internal controls should be in compliance with guidance in "Standards for Internal Control in the Federal Government" issued by the Comptroller General of the United States and the "Internal Control Integrated Framework", issued by the Committee of Sponsoring Organizations of the Treadway Commission (COSO).

(b) Comply with Federal statutes, regulations, and the terms and conditions of the Federal awards.

(c) Evaluate and monitor [the recipient's (and any subrecipient's)] compliance with statutes, regulations, and the terms and conditions of Federal awards.

(d) Take prompt action when instances of noncompliance are identified including noncompliance identified in audit findings.

(e) Take reasonable measures to safeguard protected personally identifiable information and other information the Federal awarding agency or pass-through entity designates as sensitive or [the recipient (or any subrecipient)] considers sensitive consistent with applicable Federal, state, local, and tribal laws regarding privacy and obligations of confidentiality.

To help ensure that applicants understand the applicable administrative requirements and cost principles, OJP encourages prospective applicants to enroll, at no charge, in the DOJ Grants Financial Management Online Training, available at https://ojpfgm.webfirst.com/. (This training is required for all OJP award recipients.)

Also, applicants should be aware that OJP collects information from applicants on their financial management and systems of internal controls (among other information) which is used to make award decisions. Under Section D. Application and Submission Information, applicants may access and review a questionnaire—the OJP Financial Management and System of Internal Controls Questionnaire—that OJP requires **all** applicants (other than an individual applying in his/her personal capacity) to download, complete, and submit as part of the application.

---

[6] For purposes of this solicitation, the phrase "pass-through entity" includes any recipient or subrecipient that provides a subaward ("subgrant") to a subrecipient (subgrantee) to carry out part of the funded award or program. Additional information on proposed subawards is listed under What an Application Should Include, Section 4c of this solicitation.

[7] The "Part 200 Uniform Requirements" means the DOJ regulation at 2 C.F.R Part 2800, which adopts (with certain modifications) the provisions of 2 C.F.R. Part 200.

**Budget Information**
Applicants must budget funding to travel to DOJ-sponsored trainings. Applicants should estimate the costs of travel and accommodations for teams of three to attend two trainings for two days each in Washington, D.C.

**Unallowable Uses for Award Funds**
In addition to the unallowable costs identified in the DOJ Grants Financial Guide, award funds may not be used for the following:

- Prizes/rewards/entertainment/trinkets (or any type of monetary incentive)
- Client stipends
- Gift cards
- Vehicles
- Food and beverage

For questions pertaining to budget and examples of allowable and unallowable costs, see the DOJ Grants Financial Guide.

**Cost Sharing or Matching Requirement**
This solicitation does not require a match. However, if a successful application proposes a voluntary match amount, and OJP approves the budget, the total match amount incorporated into the approved budget becomes mandatory and subject to audit.

**Award Special Condition – Withholding of Funds for BJA Action Plan**
Once awarded, each grant award will have in place a special condition withholding all but $200,000 for category 1 and $100,000 for category 2, which will allow grantees to complete the Planning and Implementation Guide within 180 days of receiving final approval of the project's budget from the Office of the Chief Financial Officer (OCFO). The recipient will not be authorized to obligate, expend, or draw down funds in excess of these amounts until BJA has reviewed and approved the action plan and a Grant Adjustment Notice has been issued and approved to remove the special condition.

For additional information on cost sharing and match, see the DOJ Grants Financial Guide at https://ojp.gov/financialguide/DOJ/PostawardRequirements/chapter3.3b.htm.

**Pre-agreement Costs (also known as Pre-award Costs)**
Pre-agreement costs are costs incurred by the applicant prior to the start date of the period of performance of the federal award.

OJP does **not** typically approve pre-agreement costs; an applicant must request and obtain the prior written approval of OJP for all such costs. All such costs incurred prior to award and prior to approval of the costs are incurred at the sole risk of the applicant. (Generally, no applicant should incur project costs *before* submitting an application requesting federal funding for those costs.) Should there be extenuating circumstances that make it appropriate for OJP to consider approving pre-agreement costs, the applicant may contact the point of contact listed on the title page of this solicitation for the requirements concerning written requests for approval. If approved in advance by OJP, award funds may be used for pre-agreement costs, consistent with the recipient's approved budget and applicable cost principles. See the section on Costs Requiring Prior Approval in the DOJ Grants Financial Guide at https://ojp.gov/financialguide/DOJ/index.htm for more information.

**Limitation on Use of Award Funds for Employee Compensation; Waiver**

With respect to any award of more than $250,000 made under this solicitation, a recipient may not use federal funds to pay total cash compensation (salary plus cash bonuses) to any employee of the recipient at a rate that exceeds 110 percent of the maximum annual salary payable to a member of the federal government's Senior Executive Service (SES) at an agency with a Certified SES Performance Appraisal System for that year.[8] The 2018 salary table for SES employees is available on the Office of Personnel Management website at https://www.opm.gov/policy-data-oversight/pay-leave/salaries-wages/salary-tables/18Tables/exec/html/ES.aspx. Note: A recipient may compensate an employee at a greater rate, provided the amount in excess of this compensation limitation is paid with non-federal funds. (Non-federal funds used for any such additional compensation will not be considered matching funds, where match requirements apply.) If only a portion of an employee's time is charged to an OJP award, the maximum allowable compensation is equal to the percentage of time worked times the maximum salary limitation.

The Assistant Attorney General for OJP may exercise discretion to waive, on an individual basis, this limitation on compensation rates under an award. An applicant that requests a waiver should include a detailed justification in the Budget Narrative of its application. An applicant that does not submit a waiver request and justification with its application should anticipate that OJP will require the applicant to adjust and resubmit the budget.

The justification should address, in the context of the work the individual would do under the award, the particular qualifications and expertise of the individual, the uniqueness of a service the individual will provide, the individual's specific knowledge of the proposed program or project, and a statement that explains whether and how the individual's salary under the award would be commensurate with the regular and customary rate for an individual with his/her qualifications and expertise, and for the work he/she would do under the award.

**Prior Approval, Planning, and Reporting of Conference/Meeting/Training Costs**

OJP strongly encourages every applicant that proposes to use award funds for any conference-, meeting-, or training-related activity (or similar event) to review carefully—before submitting an application—the OJP and DOJ policy and guidance on approval, planning, and reporting of such events, available at https://www.ojp.gov/financialguide/DOJ/PostawardRequirements/chapter3.10a.htm. OJP policy and guidance (1) encourage minimization of conference, meeting, and training costs; (2) require prior written approval (which may affect project timelines) of most conference, meeting, and training costs for cooperative agreement recipients, as well as some conference, meeting, and training costs for grant recipients; and (3) set cost limits, which include a general prohibition of all food and beverage costs.

**Costs Associated with Language Assistance (if applicable)**

If an applicant proposes a program or activity that would deliver services or benefits to individuals, the costs of taking reasonable steps to provide meaningful access to those services or benefits for individuals with limited English proficiency may be allowable. Reasonable steps

---

[8] OJP does not apply this limitation on the use of award funds to the nonprofit organizations listed in Appendix VIII to 2 C.F.R. Part 200.

to provide meaningful access to services or benefits may include interpretation or translation services, where appropriate.

For additional information, see the "Civil Rights Compliance" section under "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2018 Awards" in the OJP Funding Resource Center at https://ojp.gov/funding/index.htm.

## C. Eligibility Information

Applicants are limited to nonprofit organizations (including tribal nonprofit organizations) with a documented history of providing comprehensive, evidence-based reentry services, and federally recognized Indian tribes (as determined by the Secretary of the Interior).

- **Category 1 – Community-based Adult Reentry**
  - o Target Population: The proposed program must commit to serving a minimum of 150 people that meet the target population requirements of this grant.
  - o Award Amount: Awardees will receive up to $1,000,000 each.

- **Category 2 – Community-based Adult Reentry with Small and Rural Organizations**
  - o Applicants must demonstrate an annual operating budget of $1,000,000 or less and not be a chapter or affiliate of a national organization as defined by having a licensing or other agreement where the national entity provides financial and/or operational support. Special consideration will be given to those organizations operating in and serving a rural area of the country.
  - o Target Population: The proposed program must commit to serving a minimum of 75 people that meet the target population requirements of this grant.
  - o Award Amount: Awardees will receive up to $500,000 each.

For information on cost sharing or match requirements, see Section B. Federal Award Information.

## D. Application and Submission Information

**What an Application Should Include**

This section describes in detail what an application should include. An applicant should anticipate that if it fails to submit an application that contains all of the specified elements, it may negatively affect the review of its application; and, should a decision be made to make an award, it may result in the inclusion of award conditions that preclude the recipient from accessing or using award funds until the recipient satisfies the conditions and OJP makes the funds available.

Moreover, an applicant should anticipate that an application that OJP determines is nonresponsive to the scope of the solicitation, or that OJP determines does not include the application elements that BJA has designated to be critical, will neither proceed to peer review, nor receive further consideration. For this solicitation, BJA has designated the following application elements as critical: Abstract, Program Narrative, Budget Detail Worksheet and Budget Narrative, and Memoranda of Agreement or Understanding (MOA or MOU) with both the correctional partner and law enforcement.

**NOTE:** OJP has combined the Budget Detail Worksheet and Budget Narrative in a single document collectively referred to as the Budget Detail Worksheet. See "Budget Information and Associated Documentation" below for more information about the Budget Detail Worksheet and where it can be accessed.

*OJP strongly recommends that applicants use appropriately descriptive file names (e.g., "Program Narrative," "Budget Detail Worksheet," "Timelines," "Memoranda of Understanding," "Résumés") for all attachments. Also, OJP recommends that applicants include résumés in a single file.*

Please review the "Note on File Names and File Types" under How To Apply to be sure applications are submitted in permitted formats.

1. **Information to Complete the Application for Federal Assistance (SF-424)**

   The SF-424 is a required standard form used as a cover sheet for submission of pre-applications, applications, and related information. Grants.gov and the OJP Grants Management System (GMS) take information from the applicant's profile to populate the fields on this form. When selecting "type of applicant," if the applicant is a for-profit entity, select "For-Profit Organization" or "Small Business" (as applicable).

   To avoid processing delays, an applicant must include an accurate legal name on its SF-424. On the SF-424, current OJP award recipients, when completing the field for "Legal Name" (box 8a), should use the same legal name that appears on the prior year award document (which is also the legal name stored in OJP's financial system.) Also, these recipients should enter the Employer Identification Number (EIN) in box 8c exactly as it appears on the prior year award document. An applicant with a current, active award(s) must ensure that its GMS profile is current. If the profile is not current, the applicant should submit a Grant Adjustment Notice updating the information on its GMS profile prior to applying under this solicitation.

   A new applicant entity should enter its official legal name in box 8a, its address in box 8d, its EIN in box 8b, and its Data Universal Numbering System (DUNS) number in box 8c of the SF-424. A new applicant entity should attach official legal documents to its application (e.g., articles of incorporation, 501(c)(3) status documentation, organizational letterhead, etc.) to confirm the legal name, address, and EIN entered in the SF-424. OJP will use the System for Award Management (SAM) to confirm the legal name and DUNS number entered in the SF-424; therefore, an applicant should ensure that the information entered in the SF-424 matches its current registration in SAM. See the How To Apply section for more information on SAM and DUNS numbers.

   **Intergovernmental Review:** This solicitation ("funding opportunity") **is not** subject to Executive Order 12372. (In completing the SF-424, an applicant is to answer question 19 by selecting the response that the "Program is not covered by E.O. 12372.")

2. **Project Abstract**

   Applications should include a high quality project abstract that summarizes the proposed project in 400 words or less. Project abstracts should be:

   - Written for a general public audience.

- Submitted as a separate attachment with "Project Abstract" as part of its file name.
- Single-spaced, using a standard 12-point font (such as Times New Roman) with 1-inch margins.

The abstract should provide an overall summary of the project and **should include the following clearly labeled and delineated information:**

- Legal name of the grant recipient and the title of the project
- Geographic location
- Whether the correctional partner agency/ facility is a state, local, or tribal entity
- Project's purposes, goals, and deliverables
- Description of training and other supports provided to staff
- Indication which, if any, priority considerations have been met

As a separate attachment, the project abstract will **not** count against the page limit for the program narrative.

3. **Program Narrative**

The Program Narrative must respond to the solicitation and the Review Criteria (a-d) in the order given. The Program Narrative must be double-spaced, using a standard 12-point font (Times New Roman is preferred) with no less than 1-inch margins, and must not exceed 20 pages. Number pages "1 of 20," "2 of 20," etc. If the program narrative fails to comply with these length-related restrictions, BJA may consider such noncompliance in peer review and in final award decisions.

The following sections should be included as part of the program narrative[9]:

a. Description of the Issue

b. Project Design and Implementation

c. Capabilities and Competencies

d. Plan for Collecting the Data Required for this Solicitation's Performance Measures

OJP will require each successful applicant to submit regular performance data that demonstrate the results of the work carried out under the award (see "General Information about Post-Federal Award Reporting Requirements" in Section F. Federal Award Administration Information). The performance data directly relate to the goals, objectives, and deliverables identified under "Goals, Objectives, and Deliverables" in Section A. Program Description.

Applicants should visit OJP's performance measurement page at www.ojp.gov/performance to view the specific reporting requirements for this grant program.

---

[9] For information on subawards (including the details on proposed subawards that should be included in the application), see "Budget and Associated Documentation" under Section D. Application and Submission Information.

The application should demonstrate the applicant's understanding of the performance data reporting requirements for this grant program and detail how the applicant will gather the required data should it receive funding.

Please note that applicants are **not** required to submit performance data with the application. Performance measures information is included as an alert that successful applicants will be required to submit performance data as part of the reporting requirements under an award.

Award recipients will be required to provide the relevant data by submitting quarterly performance metrics through BJA's online Performance Measurement Tool (PMT), located at https://bjapmt.ojp.gov/. Applicants should review the complete list of the performance measures at: https://bjapmt.ojp.gov/help/scareentryquestionnaire.pdf.

**Note on Project Evaluations**

An applicant that proposes to use award funds through this solicitation to conduct project evaluations should be aware that certain project evaluations (such as systematic investigations designed to develop or contribute to generalizable knowledge) may constitute "research" for purposes of applicable DOJ human subjects protection regulations. However, project evaluations that are intended only to generate internal improvements to a program or service, or are conducted only to meet OJP's performance measure data reporting requirements, likely do not constitute "research." Each applicant should provide sufficient information for OJP to determine whether the particular project it proposes would either intentionally or unintentionally collect and/or use information in such a way that it meets the DOJ definition of research that appears at 28 C.F.R. Part 46 ("Protection of Human Subjects").

"Research," for purposes of human subjects protection for OJP-funded programs, is defined as "a systematic investigation, including research development, testing and evaluation, designed to develop or contribute to generalizable knowledge." 28 C.F.R. 46.102(d).

For additional information on determining whether a proposed activity would constitute research for purposes of human subjects protection, applicants should consult the decision tree in the "Research and the protection of human subjects" section of the "Requirements related to Research" webpage of the "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2018 Awards," available through the OJP Funding Resource Center at https://ojp.gov/funding/Explore/SolicitationRequirements/index.htm. Every prospective applicant whose application may propose a research or statistical component also should review the "Data Privacy and Confidentiality Requirements" section on that webpage.

**4. Budget and Associated Documentation**

The Budget Detail Worksheet and the Budget Narrative are now combined in a single document collectively referred to as the Budget Detail Worksheet. The Budget Detail Worksheet is a user-friendly, fillable, Microsoft Excel-based document designed to calculate totals. Additionally, the Excel workbook contains worksheets for multiple budget years that can be completed as necessary. **All applicants should use the Excel version when completing the proposed budget in an application, except in cases where the applicant does not have access to Microsoft Excel or experiences technical difficulties.** If an applicant does not have access to Microsoft Excel or experiences technical difficulties with the Excel version, then the applicant should use the 508-compliant accessible Adobe Portable Document Format (PDF) version.

Both versions of the Budget Detail Worksheet can be accessed at
https://ojp.gov/funding/Apply/Forms/BudgetDetailWorksheet.htm.

### a. Budget Detail Worksheet

The Budget Detail Worksheet should provide the detailed computation for each budget
line item, listing the total cost of each and showing how it was calculated by the
applicant. For example, costs for personnel should show the annual salary rate and the
percentage of time devoted to the project for each employee paid with grant funds. The
Budget Detail Worksheet should present a complete itemization of all proposed costs.

For questions pertaining to budget and examples of allowable and unallowable costs,
see the DOJ Grants Financial Guide at https://ojp.gov/financialguide/DOJ/index.htm.

### b. Budget Narrative

The Budget Narrative should thoroughly and clearly describe **every** category of expense
listed in the Budget Detail Worksheet. OJP expects proposed budgets to be complete,
cost effective, and allowable (e.g., reasonable, allocable, and necessary for project
activities).

An applicant should demonstrate in its budget narrative how it will maximize cost
effectiveness of award expenditures. Budget narratives should generally describe cost
effectiveness in relation to potential alternatives and the goals of the project. For
example, a budget narrative should detail why planned in-person meetings are
necessary, or how technology and collaboration with outside organizations could be
used to reduce costs, without compromising quality.

The Budget Narrative should be mathematically sound and correspond clearly with the
information and figures provided in the Budget Detail Worksheet. The narrative should
explain how the applicant estimated and calculated **all** costs, and how those costs are
necessary to the completion of the proposed project. The narrative may include tables
for clarification purposes, but need not be in a spreadsheet format. As with the Budget
Detail Worksheet, the Budget Narrative should describe costs by year.

### c. Information on Proposed Subawards (if any), as well as on Proposed Procurement Contracts (if any)

Applicants for OJP awards typically may propose to make *subawards.* Applicants also
may propose to enter into procurement *contracts* under the award.

Whether an action—for federal grants administrative purposes—is a subaward or
procurement contract is a critical distinction as significantly different rules apply to
subawards and procurement contracts. If a recipient enters into an agreement that is a
subaward of an OJP award, specific rules apply—many of which are set by federal
statutes and DOJ regulations; others by award conditions. These rules place particular
responsibilities on an OJP recipient for any subawards the OJP recipient may make. The
rules determine much of what the written subaward agreement itself must require or
provide. The rules also determine much of what an OJP recipient must do both before
and after it makes a subaward. If a recipient enters into an agreement that is a
procurement contract under an OJP award, a substantially different set of federal rules
applies.

OJP has developed the following guidance documents to help clarify the differences between subawards and procurement contracts under an OJP award and outline the compliance and reporting requirements for each. This information can be accessed online at https://ojp.gov/training/training.htm.

- Subawards under OJP Awards and Procurement Contracts under Awards: A Toolkit for OJP Recipients.
- Checklist to Determine Subrecipient or Contractor Classification.
- Sole Source Justification Fact Sheet and Sole Source Review Checklist.

In general, the central question is the relationship between what the third-party will do under its agreement with the recipient and what the recipient has committed (to OJP) to do under its award to further a public purpose (e.g., services the recipient will provide, products it will develop or modify, research or evaluation it will conduct). If a third party will provide some of the services the recipient has committed (to OJP) to provide, will develop or modify all or part of a product the recipient has committed (to OJP) to develop or modify, or will conduct part of the research or evaluation the recipient has committed (to OJP) to conduct, OJP will consider the agreement with the third party a *subaward* for purposes of federal grants administrative requirements.

This will be true **even if** the recipient, for internal or other non-federal purposes, labels or treats its agreement as a procurement, a contract, or a procurement contract. Neither the title nor the structure of an agreement determines whether the agreement—for purposes of federal grants administrative requirements—is a *subaward* or is instead a procurement *contract* under an award. The substance of the relationship should be given greater consideration than the form of agreement between the recipient and the outside entity.

### 1. Information on proposed subawards

A recipient of an OJP award may not make subawards ("subgrants") unless the recipient has specific federal authorization to do so. Unless an applicable statute or DOJ regulation specifically authorizes (or requires) subawards, a recipient must have authorization from OJP before it may make a subaward.

A particular subaward may be authorized by OJP because the recipient included a sufficiently-detailed description and justification of the proposed subaward in Program Narrative, Budget Detail Worksheet, and Budget Narrative as approved by OJP. If, however, a particular subaward is not authorized by federal statute or regulation, and is not approved by OJP, the recipient will be required, post-award, to request and obtain written authorization from OJP before it may make the subaward.

If an applicant proposes to make one or more subawards to carry out the federal award and program, the applicant should: (1) identify (if known) the proposed subrecipient(s), (2) describe in detail what each subrecipient will do to carry out the federal award and federal program, and (3) provide a justification for the subaward(s), with details on pertinent matters such as special qualifications and areas of expertise. Pertinent information on subawards should appear not only in the Program Narrative, but also in the Budget Detail Worksheet and Budget Narrative.

BJA-2018-13634

**2. Information on proposed procurement contracts (with specific justification for proposed noncompetitive contracts over $150,000)**

Unlike a recipient contemplating a subaward, a recipient of an OJP award generally does not need specific prior federal authorization to enter into an agreement that—for purposes of federal grants administrative requirements—is considered a procurement contract, **provided that** (1) the recipient uses its own documented procurement procedures and (2) those procedures conform to applicable federal law, including the Procurement Standards of the (DOJ) Part 200 Uniform Requirements (as set out at 2 C.F.R. 200.317 - 200.326). The Budget Detail Worksheet and Budget Narrative should identify proposed procurement contracts. (As discussed above, subawards must be identified and described separately from procurement contracts.)

The Procurement Standards in the Part 200 Uniform Requirements, however, reflect a general expectation that agreements that (for purposes of federal grants administrative requirements) constitute procurement "contracts" under awards will be entered into on the basis of full and open competition. All noncompetitive (sole source) procurement contracts must meet the OJP requirements outlined at https://ojp.gov/training/subawards-procurement.htm. If a proposed procurement contract would exceed the simplified acquisition threshold—currently, $150,000—a recipient of an OJP award may not proceed without competition unless and until the recipient receives specific advance authorization from OJP to use a non-competitive approach for the procurement. An applicant that (at the time of its application) intends—without competition—to enter into a procurement contract that would exceed $150,000 should include a detailed justification that explains to OJP why, in the particular circumstances, it is appropriate to proceed without competition.

If the applicant receives an award, sole source procurements that do not exceed the Simplified Acquisition Threshold (currently $150,000) must have written justification for the noncompetitive procurement action maintained in the procurement file. If a procurement file does not have the documentation that meets the criteria outlined in 2 C.F.R. 200, the procurement expenditures may not be allowable. Sole source procurement over the $150,000 Simplified Acquisition Threshold must have prior approval from OJP using a Sole Source Grant Adjustment Notice (GAN). Written documentation justifying the noncompetitive procurement must be submitted with the GAN and maintained in the procurement file.

**d. Pre-Agreement Costs**

For information on pre-agreement costs, see Section B. Federal Award Information.

**5. Indirect Cost Rate Agreement (if applicable)**

Indirect costs may be charged to an award only if:

(a) The recipient has a current (unexpired), federally approved indirect cost rate; or
(b) The recipient is eligible to use, and elects to use, the "de minimis" indirect cost rate described in the Part 200 Uniform Requirements, as set out at 2 C.F.R. 200.414(f).

An applicant with a current (unexpired) federally approved indirect cost rate is to attach a copy of the indirect cost rate agreement to the application. An applicant that does not have a current federally approved rate may request one through its cognizant federal agency, which will review all documentation and approve a rate for the applicant entity, or, if the applicant's

23

accounting system permits, applicants may propose to allocate costs in the direct cost categories.

For assistance with identifying the appropriate cognizant federal agency for indirect costs, please contact the Office of the Chief Financial Officer (OCFO) Customer Service Center at 1–800–458–0786 or at ask.ocfo@usdoj.gov. If DOJ is the cognizant federal agency, applicants may obtain information needed to submit an indirect cost rate proposal at https://www.ojp.gov/funding/Apply/Resources/IndirectCosts.pdf.

Certain OJP recipients have the option of electing to use the "de minimis" indirect cost rate. An applicant that is eligible to use the "de minimis" rate that wishes to use the "de minimis" rate should attach written documentation to the application that advises OJP of both—(1) the applicant's eligibility to use the "de minimis" rate, and (2) its election to do so. If an eligible applicant elects the "de minimis" rate, costs must be consistently charged as either indirect or direct costs, but may not be double charged or inconsistently charged as both. The "de minimis" rate may no longer be used once an approved federally negotiated indirect cost rate is in place. (No entity that ever has had a federally approved negotiated indirect cost rate is eligible to use the "de minimis" rate.) For additional eligibility requirements, please see Part 200 Uniform Requirements, as set out at https://www.ecfr.gov/cgi-bin/text-idx?node=se2.1.200_1414&rgn=div8.

6. **Tribal Authorizing Resolution (if applicable)**
A tribe, tribal organization, or third party that proposes to provide direct services or assistance to residents on tribal lands should include in its application a resolution, letter, affidavit, or other documentation, as appropriate, that demonstrates (as a legal matter) that the applicant has the requisite authorization from the tribe(s) to implement the proposed project on tribal lands. In those instances when an organization or consortium of tribes applies for an award on behalf of a tribe or multiple specific tribes, the application should include appropriate legal documentation, as described above, from all tribes that would receive services or assistance under the award. A consortium of tribes for which existing consortium bylaws allow action without support from all tribes in the consortium (i.e., without an authorizing resolution or comparable legal documentation from each tribal governing body) may submit, instead, a copy of its consortium bylaws with the application.

An applicant unable to submit an application that includes a fully executed (i.e., signed) copy of legal appropriate documentation, as described above, consistent with the applicable tribe's governance structure, should, at a minimum, submit an unsigned, draft version of such legal documentation as part of its application (except for cases in which, with respect to a tribal consortium applicant, consortium bylaws allow action without the support of all consortium member tribes). If selected for funding, OJP will make use of and access to award funds contingent on receipt of the fully executed legal documentation.

7. **Financial Management and System of Internal Controls Questionnaire (including applicant disclosure of high risk status)**
Every OJP applicant (other than an individual applying in his or her personal capacity) is required to download, complete, and submit the OJP Financial Management and System of Internal Controls Questionnaire (Questionnaire) at https://ojp.gov/funding/Apply/Resources/FinancialCapability.pdf as part of its application. The Questionnaire helps OJP assess the financial management and internal control

systems, and the associated potential risks of an applicant as part of the pre-award risk assessment process.

The Questionnaire should only be completed by financial staff most familiar with the applicant's systems, policies, and procedures in order to ensure that the correct responses are recorded and submitted to OJP. The responses on the Questionnaire directly impact the pre-award risk assessment and should accurately reflect the applicant's financial management and internal control system at the time of the application. The pre-award risk assessment is only one of multiple factors and criteria used in determining funding. However, a pre-award risk assessment that indicates that an applicant poses a higher risk to OJP may affect the funding decision and/or result in additional reporting requirements, monitoring, special conditions, withholding of award funds, or other additional award requirements.

Among other things, the form requires each applicant to disclose whether it currently is designated "high risk" by a federal grant-making agency outside of DOJ. For purposes of this disclosure, high risk includes any status under which a federal awarding agency provides additional oversight due to the applicant's past performance, or other programmatic or financial concerns with the applicant. If an applicant is designated high risk by another federal awarding agency, the applicant must provide the following information:

- The federal awarding agency that currently designates the applicant high risk
- The date the applicant was designated high risk
- The high risk point of contact at that federal awarding agency (name, phone number, and email address)
- The reasons for the high risk status, as set out by the federal awarding agency

OJP seeks this information to help ensure appropriate federal oversight of OJP awards. An applicant that is considered "high risk" by another federal awarding agency is not automatically disqualified from receiving an OJP award. OJP may, however, consider the information in award decisions, and may impose additional OJP oversight of any award under this solicitation (including through the conditions that accompany the award document).

8. **Disclosure of Lobbying Activities**
   Each applicant must complete and submit this information. An applicant that expends any funds for lobbying activities is to provide all of the information requested on the form Disclosure of Lobbying Activities (SF-LLL) posted at https://ojp.gov/funding/Apply/Resources/Disclosure.pdf. An applicant that does not expend any funds for lobbying activities is to enter "N/A" in the text boxes for item 10 ("a. Name and Address of Lobbying Registrant" and "b. Individuals Performing Services").

9. **Additional Attachments**

   a. **Memorandum of Agreement or Understanding (MOA or MOU)** with correctional partners as described in the Mandatory Requirements section on page 6.

   b. **Memorandum of Agreement or Understanding (MOA or MOU)** with law enforcement agency as described in the Mandatory Requirements on page 7.

c. **Timeline/Project Plan** with each project goal, related objective, activity, expected completion date, and responsible person or organization.

d. **Position Descriptions** for key positions and résumés for personnel in those positions, including research partner position(s), if applicable. Position descriptions should relate to the role on the proposed project, not the person's role within the applicant organization, and describe critical competencies and expectations regarding project responsibilities.

e. **Letters of Support** from key partners (other than correctional agency partners AND law enforcement agency, for which MOAs/MOUs are required), detailing the commitment to work with the applicant to promote the mission of the project.

f. **Letter From Research Partner** demonstrating commitment to the project.

g. **Applicant Disclosure of Pending Applications**
Each applicant is to disclose whether it has (or is proposed as a subrecipient under) any pending applications for federally funded grants or cooperative agreements that (1) include requests for funding to support the same project being proposed in the application under this solicitation, **and** (2) would cover any identical cost items outlined in the budget submitted to OJP as part of the application under this solicitation. The applicant is to disclose applications made directly to federal awarding agencies, and also applications for subawards of federal funds (e.g., applications to state agencies that will subaward ("subgrant") federal funds).

OJP seeks this information to help avoid inappropriate duplication of funding. Leveraging multiple funding sources in a complementary manner to implement comprehensive programs or projects is encouraged and is not seen as inappropriate duplication.

Each applicant that has one or more pending applications as described above is to provide the following information about pending applications submitted within the last 12 months:
- The federal or state funding agency
- The solicitation name/project name
- The point of contact information at the applicable federal or state funding agency

| Federal or State Funding Agency | Solicitation Name/Project Name | Name/Phone/Email for Point of Contact at Federal or State Funding Agency |
|---|---|---|
| DOJ/Office of Community Oriented Policing Services (COPS) | COPS Hiring Program | Jane Doe, 202/000-0000; jane.doe@usdoj.gov |
| Health and Human Services/Substance Abuse and Mental Health Services Administration | Drug-Free Communities Mentoring Program/ North County Youth Mentoring Program | John Doe, 202/000-0000; john.doe@hhs.gov |

26

Each applicant should include the table as a separate attachment to its application. The file should be named "Disclosure of Pending Applications." The applicant's Legal Name on the application must match the entity named on the disclosure of pending applications statement.

Any applicant that does not have any pending applications as described above is to submit, as a separate attachment, a statement to this effect: "[Applicant Name on SF-424] does not have (and is not proposed as a subrecipient under) any pending applications submitted within the last 12 months for federally funded grants or cooperative agreements (or for subawards under federal grants or cooperative agreements) that request funding to support the same project being proposed in this application to OJP and that would cover any identical cost items outlined in the budget submitted as part of this application."

### h. Research and Evaluation Independence and Integrity

If an application proposes research (including research and development) and/or evaluation, the applicant must demonstrate research/evaluation independence and integrity, including appropriate safeguards, before it may receive award funds. The applicant must demonstrate independence and integrity regarding both this proposed research and/or evaluation, and any current or prior related projects.

Each application should include an attachment that addresses **both** i. and ii. below:

i.  For purposes of this solicitation, each applicant is to document research and evaluation independence and integrity by including one of the following two items:

   a.  A specific assurance that the applicant has reviewed its application to identify any actual or potential apparent conflicts of interest (including through review of pertinent information on the principal investigator, any co-principal investigators, and any subrecipients), and that the applicant has identified no such conflicts of interest—whether personal or financial or organizational (including on the part of the applicant entity or on the part of staff, investigators, or subrecipients)—that could affect the independence or integrity of the research, including the design, conduct, and reporting of the research.

OR

   b.  A specific description of actual or potential apparent conflicts of interest that the applicant has identified—including through review of pertinent information on the principal investigator, any co-principal investigators, and any subrecipients—that could affect the independence or integrity of the research, including the design, conduct, or reporting of the research. These conflicts may be personal (e.g., on the part of investigators or other staff), financial, or organizational (related to the applicant or any subrecipient entity). Some examples of potential investigator (or other personal) conflict situations are those in which an investigator would be in a position to evaluate a spouse's work product (actual conflict), or an investigator would be in a position to evaluate the work of a former or current colleague (potential apparent conflict). With regard to potential organizational conflicts of interest, as one

example, generally an organization would not be given an award to evaluate a project, if that organization had itself provided substantial prior technical assistance to that specific project or a location implementing the project (whether funded by OJP or other sources), because the organization in such an instance might appear to be evaluating the effectiveness of its own prior work. The key is whether a reasonable person understanding all of the facts would be able to have confidence that the results of any research or evaluation project are objective and reliable. Any outside personal or financial interest that casts doubt on that objectivity and reliability of an evaluation or research product is a problem and must be disclosed.

ii. In addition, for purposes of this solicitation, each applicant is to address possible mitigation of research integrity concerns by including, at a minimum, one of the following two items:

a. If an applicant reasonably believes that no actual or potential apparent conflicts of interest (personal, financial, or organizational) exist, then the applicant should provide a brief narrative explanation of how and why it reached that conclusion. The applicant also is to include an explanation of the specific processes and procedures that the applicant has in place, or will put in place, to identify and prevent (or, at the very least, mitigate) any such conflicts of interest pertinent to the funded project during the period of performance. Documentation that may be helpful in this regard may include organizational codes of ethics/conduct and policies regarding organizational, personal, and financial conflicts of interest. There is no guarantee that the plan, if any, will be accepted as proposed.

OR

b. If the applicant has identified actual or potential apparent conflicts of interest (personal, financial, or organizational) that could affect the independence and integrity of the research, including the design, conduct, or reporting of the research, the applicant is to provide a specific and robust mitigation plan to address each of those conflicts. At a minimum, the applicant is expected to explain the specific processes and procedures that the applicant has in place, or will put in place, to identify and eliminate (or, at the very least, mitigate) any such conflicts of interest pertinent to the funded project during the period of performance. Documentation that may be helpful in this regard may include organizational codes of ethics/conduct and policies regarding organizational, personal, and financial conflicts of interest. There is no guarantee that the plan, if any, will be accepted as proposed.

OJP will assess research and evaluation independence and integrity based on considerations such as the adequacy of the applicant's efforts to identify factors that could affect the objectivity or integrity of the proposed staff and/or the applicant entity (and any subrecipients) in carrying out the research, development, or evaluation activity; and the adequacy of the applicant's existing or proposed remedies to control any such factors.

28

**How To Apply**

Applicants must register in and submit applications through Grants.gov, a primary source to find federal funding opportunities and apply for funding. Find complete instructions on how to register and submit an application at https://www.grants.gov/web/grants/support.html. Applicants that experience technical difficulties during this process should call the Grants.gov Customer Support Hotline at **800–518–4726** or **606–545–5035**, which operates 24 hours a day, 7 days a week, except on federal holidays.

**Important Grants.gov update.** Grants.gov has updated its application tool. The legacy PDF application package has been phased out and was retired on December 31, 2017. Grants.gov Workspace is now the standard application method for applying for grants. OJP applicants should familiarize themselves with the Workspace option now. For complete information and instructions on using Workspace (and other changes), go to the Workspace Overview page at https://www.grants.gov/web/grants/applicants/workspace-overview.html.

Registering with Grants.gov is a one-time process; however, **processing delays may occur, and it can take several weeks** for first-time registrants to receive confirmation of registration and a user password. OJP encourages applicants to **register several weeks before** the application submission deadline. In addition, OJP urges applicants to submit applications at least 72 hours prior to the application due date, in order to allow time for the applicant to receive validation messages or rejection notifications from Grants.gov, and to correct in a timely fashion any problems that may have caused a rejection notification.

OJP strongly encourages all prospective applicants to sign up for Grants.gov email notifications regarding this solicitation at https://www.grants.gov/web/grants/manage-subscriptions.html. If this solicitation is cancelled or modified, individuals who sign up with Grants.gov for updates will be automatically notified.

**Browser Information:** Grants.gov was built to be compatible with Internet Explorer. For technical assistance with Google Chrome, or another browser, contact Grants.gov Customer Support.

**Note on Attachments:** Grants.gov has two categories of files for attachments: "mandatory" and "optional." OJP receives all files attached in both categories. Attachments are also labeled to describe the file being attached (e.g., Project Narrative, Budget Narrative, Other, etc.) Please ensure that all required documents are attached in the correct Grants.gov category and are labeled correctly. Do not embed "mandatory" attachments within another file.

**Note on File Names and File Types:** Grants.gov only permits the use of certain specific characters in the file names of attachments. Valid file names may include only the characters shown in the table below. Grants.gov rejects any application that includes an attachment(s) with a file name that contains any characters not shown in the table below. Grants.gov forwards successfully submitted applications to the OJP Grants Management System (GMS).

BJA-2018-13634

| Characters |
| --- |
| Upper case (A – Z) |
| Lower case (a – z) |
| Underscore ( __ ) |
| Hyphen ( - ) |
| Space |
| Period (.) |

| Special Characters | | |
| --- | --- | --- |
| Parenthesis ( ) | Curly braces { } | Square brackets [ ] |
| Ampersand (&)* | Tilde (~) | Exclamation point (!) |
| Comma ( , ) | Semicolon ( ; ) | Apostrophe ( ' ) |
| At sign (@) | Number sign (#) | Dollar sign ($) |
| Percent sign (%) | Plus sign (+) | Equal sign (=) |

**\*When using the ampersand (&) in XML, applicants must use the "&amp;" format.**

**GMS does not accept executable file types as application attachments**. These disallowed file types include, but are not limited to, the following extensions: ".com," ".bat," ".exe," ".vbs," ".cfg," ".dat," ".db," ".dbf," ".dll," ".ini," ".log," ".ora," ".sys," and ".zip." GMS may reject applications with files that use these extensions. It is important to allow time to change the type of file(s) if the application is rejected.

All applicants are required to complete the following steps:

**Unique Entity Identifier (DUNS Number) and System for Award Management (SAM)**
Every applicant entity must comply with all applicable System for Award Management (SAM) and unique entity identifier (currently, a Data Universal Numbering System [DUNS] number) requirements. SAM is the repository for certain standard information about federal financial assistance applicants, recipients, and subrecipients. A DUNS number is a unique nine-digit identification number provided by the commercial company Dun and Bradstreet. More detailed information about SAM and the DUNS number is in the numbered sections below.

If an applicant entity has not fully complied with the applicable SAM and unique identifier requirements by the time OJP makes award decisions, OJP may determine that the applicant is not qualified to receive an award and may use that determination as a basis for making the award to a different applicant.

**Registration and Submission Steps**

1. **Acquire a unique entity identifier (currently, a DUNS number).** In general, the Office of Management and Budget requires every applicant for a federal award (other than an individual) to include a "unique entity identifier" in each application, including an application for a supplemental award. Currently, a DUNS number is the required unique entity identifier.

   This unique entity identifier is used for tracking purposes, and to validate address and point of contact information for applicants, recipients, and subrecipients. It will be used throughout the life cycle of an OJP award. Obtaining a DUNS number is a free, one-time activity. Call Dun and Bradstreet at 866–705–5711 to obtain a DUNS number or apply online at https://www.dnb.com/. A DUNS number is usually received within 1–2 business days.

2. **Acquire or maintain registration with SAM.** All applicants for OJP awards (other than individuals) must maintain current registrations in the SAM database. Applicants will need the authorizing official of the organization and an Employer Identification Number (EIN). An applicant must be registered in SAM to successfully register in Grants.gov. Each applicant must **update or renew its SAM registration at least annually** to maintain an active status.

SAM registration and renewal can take as long as 10 business days to complete (2 more weeks to acquire an EIN).

An application cannot be successfully submitted in Grants.gov until Grants.gov receives the SAM registration information. Once the SAM registration/renewal is complete, **the information transfer from SAM to Grants.gov can take as long as 48 hours.** OJP recommends that the applicant register or renew registration with SAM as early as possible.

Information about SAM registration procedures can be accessed at www.SAM.gov.

3.  Acquire **an Authorized Organization Representative (AOR) and a Grants.gov username and password**. Complete the AOR profile on Grants.gov and create a username and password. An applicant entity's "unique entity identifier" (DUNS number) must be used to complete this step. For more information about the registration process for organizations and other entities, go to https://www.grants.gov/web/grants/applicants/organization-registration.html. Individuals registering with Grants.gov should go to https://www.grants.gov/web/grants/applicants/registration.html.

4.  **Acquire confirmation for the AOR from the E-Business Point of Contact (E-Biz POC).** The E-Biz POC at the applicant organization must log into Grants.gov to confirm the applicant organization's AOR. The E-Biz POC will need the Marketing Partner Identification Number (MPIN) password obtained when registering with SAM to complete this step. Note that an organization can have more than one AOR.

5.  **Search for the funding opportunity on Grants.gov.** Use the following identifying information when searching for the funding opportunity on Grants.gov. The Catalog of Federal Domestic Assistance (CFDA) number for this solicitation is 16.812, titled "Second Chance Act Comprehensive Community-based Adult Reentry Program," and the funding opportunity number is: BJA-2018-13634.

6.  **Select the correct Competition ID.** Some OJP solicitations posted to Grants.gov contain multiple purpose areas, denoted by the individual Competition ID. If applying to a solicitation with multiple Competition IDs, select the appropriate Competition ID for the intended purpose area of the application:

    Category 1: BJA-2018-13992
    Category 2: BJA-2018-13993

7.  **Access Funding Opportunity and Application Package from Grants.gov**. Select "Apply" under the "Actions" column. Enter your email address to be notified of any changes to the opportunity package before the closing date. Click the Workspace icon to use Grants.gov Workspace.

8.  **Submit a valid application consistent with this solicitation by following the directions in Grants.gov.** Within 24–48 hours after submitting the electronic application, the applicant should receive two notifications from Grants.gov. The first will confirm the receipt of the application. The second will state whether the application has been validated and successfully submitted, or whether it has been rejected due to errors, with an explanation. It is possible to first receive a message indicating that the application is received, and then receive a rejection notice a few minutes or hours later. Submitting an application well ahead

of the deadline provides time to correct the problem(s) that caused the rejection. **Important:** OJP urges each applicant to submit its application **at least 72 hours prior** to the application due date, to allow time to receive validation messages or rejection notifications from Grants.gov, and to correct in a timely fashion any problems that may have caused a rejection notification. Applications must be successfully submitted through Grants.gov by 11:59 p.m. eastern time on May 1, 2018.

Go to https://www.grants.gov/web/grants/applicants/organization-registration.html for further details on DUNS numbers, SAM, and Grants.gov registration steps and timeframes.

**Note: Application Versions**
If an applicant submits multiple versions of the same application, OJP will review only the most recent system-validated version submitted.

**Experiencing Unforeseen Grants.gov Technical Issues**
An applicant that experiences unforeseen Grants.gov technical issues beyond its control that prevent it from submitting its application by the deadline must contact the Grants.gov Customer Support Hotline at https://www.grants.gov/web/grants/support.html or the SAM Help Desk (Federal Service Desk) at https://www.fsd.gov/fsd-gov/home.do to report the technical issue and receive a tracking number. The applicant must email the contact identified in the Contact Information section on the title page **within 24 hours after the application deadline** to request approval to submit its application after the deadline. The applicant's email must describe the technical difficulties, and must include a timeline of the applicant's submission efforts, the complete grant application, the applicant's DUNS number, and any Grants.gov Help Desk or SAM tracking number(s).

**Note: OJP does not automatically approve requests to submit a late application.** After OJP reviews the applicant's request, and contacts the Grants.gov or SAM Help Desks to verify the reported technical issues, OJP will inform the applicant whether the request to submit a late application has been approved or denied. If OJP determines that the untimely application submission was due to the applicant's failure to follow all required procedures, OJP will deny the applicant's request to submit its application.

The following conditions generally are insufficient to justify late submissions:

- Failure to register in SAM or Grants.gov in sufficient time (SAM registration and renewal can take as long as 10 business days to complete. The information transfer from SAM to Grants.gov can take up to 48 hours.)
- Failure to follow Grants.gov instructions on how to register and apply as posted on its website
- Failure to follow each instruction in the OJP solicitation
- Technical issues with the applicant's computer or information technology environment, such as issues with firewalls or browser incompatibility

**Notifications regarding known technical problems with Grants.gov, if any, are posted at the top of the OJP Funding Resource Center at https://ojp.gov/funding/index.htm.**

## E. Application Review Information

**Review Criteria**
Applications that meet basic minimum requirements will be evaluated by peer reviewers using the following review criteria.

1. **Description of the Issue (15 percent)**

   - Describe the problems formerly incarcerated individuals in the target population face when returning to the community the applicant proposes to serve.

   - Indicate the jurisdiction or tribal community to be served.

   - Summarize the basic components of the state, local, or tribal reentry efforts as currently practiced.

   - Describe the existing continuum or menu of services (pre- and post-release) available to individuals in the target population.

   - Clearly specify and describe the empirically validated assessment tool or tools used by the correctional agency, the community corrections agency, and/or the applicant to determine the risk level and identify the criminogenic needs of the individuals to be referred to the program. Specify when assessment and re-assessment takes place and by which agencies.

   - Describe how the program proposed in this project application will interface with the existing reentry process.

2. **Project Design and Implementation (35 percent)**

   - Describe the plan to provide transitional reentry services to individuals returning from incarceration during the 3-year project period. Ensure all mandatory requirements are addressed (see Mandatory Requirements on page 6) including:

     - Description of activities to take place during the planning period of up to 12 months.

     - Confirmation of MOAs and description of partnerships with one or more correctional agency and one or more law enforcement agency

     - The processes the applicant will use to identify and recruit potential participants and to match services and programs to their identified needs, including:

       - Identification of the risk and needs assessment instrument to be used, when it was most recently validated, and by whom

       - The pre-release (if applicable) and post-release services that will be available to assist in the reintegration of formerly incarcerated individuals, whether provided by the applicant or a partner organization including how cognitive-based programming is or will be integrated.

       - The process for matching pre-release (if applicable) and post-release programs or services based on risk and needs identified through the validated assessment

     - Description of target population including eligibility requirements, the number

33

proposed to be served, and justification and demonstration that this is an attainable number

- Confirmation and description of partnership with an evaluator
- Identification, definition, and justification of baseline recidivism rate
- Description of plan to collect and share data and outcome measures
- Description of additional partnerships and plans for collaboration and regular communication

- State the intended ratio between case managers and participants.
- Describe staff training curriculum components and methods of delivery (see Allowable Uses of Funds on page 9).
- If a program currently exists, describe the current costs and recidivism of participants. If no program currently exists, detail how the program plan is based on what research shows reduces recidivism.
- Describe how the project could be broadly replicated if demonstrated to be effective.
- Describe in detail whether and how any of the **Priority Consideration(s)** specified on page 9 of this solicitation have been met.

**3. Capabilities and Competencies (25 percent)**

- Describe the organizational structure, capabilities, and competencies of the applicant nonprofit organization/agency and other key partners. This should include a historical perspective on how the organization is positioned to provide transitional services throughout the entire reentry process from pre-release (if applicable) to post-release community support.

- Describe the management structure and staffing of the project, identifying the agency responsible for the project and the grant coordinator. BJA strongly encourages applicants to hire a full-time coordinator with a documented history of working with formerly incarcerated individuals. Organizations should consider including in the management of the project individuals with lived criminal justice system involvement experience. The management and organizational structure described should match the staff needs necessary to accomplish the tasks outlined in the project implementation plan.

- Discuss the history of collaboration with correctional agency partners. The extent to which the applicant is able to demonstrate a collaborative partnership with institutional and/or community corrections agencies, access to participants within facilities prior to release, and the ability and willingness of law enforcement, institutional and/or community corrections agencies to share data for performance measurement purposes will be key factors in assessing the strength of applications.

**4. Plan for Collecting the Data Required for this Solicitation's Performance Measures and Sustainability Plans (15 percent)**

- Describe the plan to track program outcomes for at least 12 months following release of program participants from incarceration. See Mandatory Requirements on page 6. The plan should include:

34

- Identification of goals and objectives for program development, implementation, and outcomes.

- A description of how performance will be documented, monitored, and evaluated, and identify the impact of each strategy once implemented.

- Identification of data and information will be collected, and by whom; the process for obtaining information about recidivism from the relevant justice agencies; and a description of how evaluation and collaborative partnerships will be leveraged to build long-term support and resources for the program.

- Describe the process for assessing the project's effectiveness through the collection and reporting of the required performance metrics data (see Performance Measures, page 19).

- Discuss how the program will be sustained after federal funding ends.

**5. Budget (10percent):**
Submit a budget that is **complete, cost effective, and allowable (e.g., reasonable, allocable, and necessary for project activities).** Budget narratives should demonstrate generally how applicants will maximize cost effectiveness of grant expenditures. Budget narratives should demonstrate cost effectiveness in relation to potential alternatives and the goals of the project.[10]

- Include an appropriate percent of the total grant award for data collection, performance measurement, and research (if applicable).

- Applicants must budget funding to travel to DOJ-sponsored grant meetings. Applicants should estimate the costs of travel and accommodations for teams of three to attend three meetings for three days each in Washington, D.C. (one meeting for each of the three grant years).

**Review Process**
OJP is committed to ensuring a fair and open process for making awards. BJA reviews the application to make sure that the information presented is reasonable, understandable, measurable, and achievable, as well as consistent with the solicitation.

Peer reviewers will review the applications submitted under this solicitation that meet basic minimum requirements. For purposes of assessing whether an application meets basic minimum requirements and should proceed to further consideration, OJP screens applications for compliance with those requirements. Although specific requirements may vary, the following are common requirements applicable to all solicitations for funding under OJP programs:

- The application must be submitted by an eligible type of applicant.
- The application must request funding within programmatic funding constraints (if applicable).
- The application must be responsive to the scope of the solicitation.
- The application must include all items designated as "critical elements."

---

[10] Generally speaking, a reasonable cost is a cost that, in its nature or amount, does not exceed that which would be incurred by a prudent person under the circumstances prevailing at the time the decision was made to incur the costs.

- The applicant must not be identified in SAM as excluded from receiving federal awards.

For a list of the critical elements for this solicitation, see "What an Application Should Include" under Section D. Application and Submission Information.

Peer review panels will evaluate, score, and rate applications that meet basic minimum requirements. BJA may use internal peer reviewers, external peer reviewers, or a combination, to assess applications on technical merit using the solicitation's review criteria. An external peer reviewer is an expert in the subject matter of a given solicitation who is not a current DOJ employee. An internal reviewer is a current DOJ employee who is well-versed or has expertise in the subject matter of this solicitation. Peer reviewers' ratings and any resulting recommendations are advisory only, although reviewer views are considered carefully. Other important considerations for BJA include geographic diversity, strategic priorities, and available funding, as well as the extent to which the Budget Detail Worksheet and Budget Narrative accurately explain project costs that are reasonable, necessary, and otherwise allowable under federal law and applicable federal cost principles.

Pursuant to the Part 200 Uniform Requirements, before award decisions are made, OJP also reviews information related to the degree of risk posed by the applicant. Among other things to help assess whether an applicant that has one or more prior federal awards has a satisfactory record with respect to performance, integrity, and business ethics, OJP checks whether the applicant is listed in SAM as excluded from receiving a federal award. In addition, if OJP anticipates that an award will exceed $150,000 in federal funds, OJP also must review and consider any information about the applicant that appears in the non-public segment of the integrity and performance system accessible through SAM (currently, the Federal Awardee Performance and Integrity Information System, (FAPIIS)).

**Important note on FAPIIS:** An applicant, at its option, may review and comment on any information about itself that currently appears in FAPIIS and was entered by a federal awarding agency. OJP will consider any such comments by the applicant, in addition to the other information in FAPIIS, in its assessment of the risk posed by the applicant.

The evaluation of risks goes beyond information in SAM, however. OJP itself has in place a framework for evaluating risks posed by applicants for competitive awards. OJP takes into account information pertinent to matters such as:

1. Applicant financial stability and fiscal integrity
2. Quality of the applicant's management systems, and the applicant's ability to meet prescribed management standards, including those outlined in the DOJ Grants Financial Guide
3. Applicant's history of performance under OJP and other DOJ awards (including compliance with reporting requirements and award conditions), as well as awards from other federal agencies
4. Reports and findings from audits of the applicant, including audits under the Part 200 Uniform Requirements
5. Applicant's ability to comply with statutory and regulatory requirements, and to effectively implement other award requirements.

Absent explicit statutory authorization or written delegation of authority to the contrary, all final award decisions will be made by the Assistant Attorney General, who may take into account not only peer review ratings and BJA recommendations, but also other factors as indicated in this section.

# F. Federal Award Administration Information

**Federal Award Notices**

Award notifications will be made by September 30, 2018. OJP sends award notifications by email through GMS to the individuals listed in the application as the point of contact and the authorizing official (E-Biz POC and AOR). The email notification includes detailed instructions on how to access and view the award documents, and steps to take in GMS to start the award acceptance process. GMS automatically issues the notifications at 9:00 p.m. eastern time on the award date.

For each successful applicant, an individual with the necessary authority to bind the applicant will be required to log in; execute a set of legal certifications and a set of legal assurances; designate a financial point of contact; thoroughly review the award, including all award conditions; and sign and accept the award. The award acceptance process requires physical signature of the award document by the authorized representative and the scanning and submission of the fully executed award document to OJP.

**Administrative, National Policy, and Other Legal Requirements**

If selected for funding, in addition to implementing the funded project consistent with the OJP-approved application, the recipient must comply with all award conditions, as well as all applicable requirements of federal statutes and regulations (including applicable requirements referred to in the assurances and certifications executed in connection with award acceptance). OJP strongly encourages prospective applicants to review information on post-award legal requirements and common OJP award conditions **prior** to submitting an application.

Applicants should consult the "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2018 Awards," available in the OJP Funding Resource Center at https://ojp.gov/funding/index.htm. In addition, applicants should examine the following two legal documents, as each successful applicant must execute both documents before it may receive any award funds. (An applicant is not required to submit these documents as part of an application.)

- Certifications Regarding Lobbying; Debarment, Suspension and Other Responsibility Matters; and Drug-Free Workplace Requirements

- Certified Standard Assurances

The webpages accessible through the "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2018 Awards" are intended to give applicants for OJP awards a general overview of important statutes, regulations, and award conditions that apply to many (or in some cases, all) OJP grants and cooperative agreements awarded in FY 2018. Individual OJP awards typically also will include additional award conditions. Those additional conditions may relate to the particular statute, program, or solicitation under which the

37

award is made; to the substance of the funded application; to the recipient's performance under other federal awards; to the recipient's legal status (e.g., as a for-profit entity); or to other pertinent considerations.

**General Information about Post-Federal Award Reporting Requirements**
In addition to the deliverables described in Section A. Program Description, any recipient of an award under this solicitation will be required to submit the following reports and data.

Required reports. Recipients must submit quarterly financial reports, semi-annual progress reports, final financial and progress reports, and, if applicable, an annual audit report in accordance with the Part 200 Uniform Requirements. Future awards and fund drawdowns may be withheld if reports are delinquent. (In appropriate cases, OJP may require additional reports.)

Awards that exceed $500,000 will include an additional condition that, under specific circumstances, will require the recipient to report (to FAPIIS) information on civil, criminal, and administrative proceedings connected with (or connected to the performance of) either the OJP award or any other grant, cooperative agreement, or procurement contract from the federal government. Additional information on this reporting requirement appears in the text of the award condition posted on the OJP webpage at https://ojp.gov/funding/FAPIIS.htm.

Data on performance measures. In addition to required reports, each award recipient also must provide data that measure the results of the work done under the award. To demonstrate program progress and success, as well as to assist DOJ in fulfilling its responsibilities under the Government Performance and Results Act of 1993 (GPRA), Public Law 103–62, and the GPRA Modernization Act of 2010, Public Law 111–352, OJP will require any award recipient, post award, to provide performance data as part of regular progress reporting. Successful applicants will be required to access OJP's performance measurement page at www.ojp.gov/performance to view the specific reporting requirements for this grant program.

# G. Federal Awarding Agency Contact(s)

For OJP contact(s), see the title page.

For contact information for Grants.gov, see the title page.

# H. Other Information

**Freedom of Information Act and Privacy Act (5 U.S.C. 552 and 5 U.S.C. 552a)**
All applications submitted to OJP (including all attachments to applications) are subject to the federal Freedom of Information Act (FOIA) and to the Privacy Act. By law, DOJ may withhold information that is responsive to a request pursuant to FOIA if DOJ determines that the responsive information either is protected under the Privacy Act or falls within the scope of one of nine statutory exemptions under FOIA. DOJ cannot agree in advance of a request pursuant to FOIA not to release some or all portions of an application.

In its review of records that are responsive to a FOIA request, OJP will withhold information in those records that plainly falls within the scope of the Privacy Act or one of the statutory exemptions under FOIA. (Some examples include certain types of information in budgets, and

38

names and contact information for project staff other than certain key personnel.) In appropriate circumstances, OJP will request the views of the applicant/recipient that submitted a responsive document.

For example, if OJP receives a request pursuant to FOIA for an application submitted by a nonprofit or for-profit organization or an institution of higher education, or for an application that involves research, OJP typically will contact the applicant/recipient that submitted the application and ask it to identify—quite precisely—any particular information in the application that the applicant/recipient believes falls under a FOIA exemption, the specific exemption it believes applies, and why. After considering the submission by the applicant/recipient, OJP makes an independent assessment regarding withholding information. OJP generally follows a similar process for requests pursuant to FOIA for applications that may contain law-enforcement sensitive information.

**Provide Feedback to OJP**
To assist OJP in improving its application and award processes, OJP encourages applicants to provide feedback on this solicitation, the application submission process, and/or the application review process. Provide feedback to OJPSolicitationFeedback@usdoj.gov.

**IMPORTANT:** This email is for feedback and suggestions only. OJP does **not** reply from this mailbox to messages it receives in this mailbox. Any prospective applicant that has specific questions on any program or technical aspect of the solicitation **must** use the appropriate telephone number or email listed on the front of this document to obtain information. These contacts are provided to help ensure that prospective applicants can directly reach an individual who can address specific questions in a timely manner.

If you are interested in being a reviewer for other OJP grant applications, please email your résumé to ojppeerreview@l-secb.com. (Do not send your résumé to the OJP Solicitation Feedback email account.) **Note:** Neither you nor anyone else from your organization or entity can be a peer reviewer in a competition in which you or your organization/entity has submitted an application.

**Appendix A: Application Checklist**
**FY 2018 Second Chance Act Comprehensive Community-based Adult Reentry Program**

This application checklist has been created as an aid in developing an application.

**What an Applicant Should Do:**

*Prior to Registering in Grants.gov:*
\_\_\_\_\_ Acquire a DUNS Number                                                                    (see page 30)
\_\_\_\_\_ Acquire or renew registration with SAM                                          (see page 30)

*To Register with Grants.gov:*
\_\_\_\_\_ Acquire AOR and Grants.gov username/password                        (see page 31)
\_\_\_\_\_ Acquire AOR confirmation from the E-Biz POC                             (see page 31)

*To Find Funding Opportunity:*
\_\_\_\_\_ Search for the Funding Opportunity on Grants.gov                       (see page 31)
\_\_\_\_\_ Select the correct Competition ID                                                  (see page 31)
\_\_\_\_\_ Access Funding Opportunity and Application Package              (see page 31)
\_\_\_\_\_ Sign up for Grants.gov email notifications (optional)                   (see page 29)
\_\_\_\_\_ Read Important Notice: Applying for Grants in Grants.gov
\_\_\_\_\_ Read OJP policy and guidance on conference approval, planning, and reporting
            available at ojp.gov/financialguide/DOJ/PostawardRequirements/chapter3.10a.htm
                                                                                                                     (see page 16)
*After Application Submission, Receive Grants.gov Email Notifications That:*
\_\_\_\_\_ (1) application has been received,
\_\_\_\_\_ (2) application has either been successfully validated or rejected with errors
                                                                                                                     (see page 31)
*If No Grants.gov Receipt, and Validation or Error Notifications are Received:*
\_\_\_\_\_ contact NCJRS regarding experiencing technical difficulties
                                                                                                                     (see page 32)

**Overview of Post-Award Legal Requirements**:

\_\_\_\_\_ Review the "Overview of Legal Requirements Generally Applicable to OJP Grants and Cooperative Agreements - FY 2018 Awards" in the OJP Funding Resource Center at https://ojp.gov/funding/index.htm.

**Scope Requirement:**

\_\_\_\_\_ The federal amount requested is within the allowable limit(s) of $1,000,000 for Category 1 or $500,000 for Category 2.

**Eligibility Requirement:** Applicants are limited to nonprofit organizations (including tribal nonprofit organizations) with a documented history of providing comprehensive, evidence-based reentry services, and federally recognized Indian tribes (as determined by the Secretary of the Interior). Additionally:

40

- **Category 1 - Community-based Adult Reentry**
  - o Target Population: The proposed program must commit to serving a minimum of 150 people that meet the target population requirements of this grant.
  - o Award Amount: Awardees will receive up to $1,000,000 each.

- **Category 2 – Community-based Adult Reentry with Small and Rural Organizations**
  - o Applicants must demonstrate an annual operating budget of $1,000,000 or less and not be a chapter or affiliate of a national organization as defined by having a licensing or other agreement where the national entity provides financial and/or operational support. Special consideration will be given to those organizations operating in and serving a rural area of the country.
  - o Target Population: The proposed program must commit to serving a minimum of 75 people that meet the target population requirements of this grant.
  - o Award Amount: Awardees will receive up to $500,000 each.

**What an Application Should Include:**

\_\_\_\_\_ Application for Federal Assistance (SF-424)          (see page 18)
\_\_\_\_\_ *Project Abstract          (see page 18)
\_\_\_\_\_ *Program Narrative          (see page 19)
\_\_\_\_\_ *Memoranda of Agreement/Understanding          (see page 25)
     \_\_\_\_\_Correctional Agency
     \_\_\_\_\_Law Enforcement Agency
\_\_\_\_\_ *Budget Detail Worksheet          (see page 21*)*
\_\_\_\_\_ *Budget Narrative          (see page 21)
\_\_\_\_\_ Indirect Cost Rate Agreement (if applicable)          (see page 23*)*
\_\_\_\_\_ Tribal Authorizing Resolution (if applicable)          (see page 24)
\_\_\_\_\_ Financial Management and System of Internal Controls Questionnaire
         (see page 14)
\_\_\_\_\_ Disclosure of Lobbying Activities (SF-LLL)          (see page 25)
\_\_\_\_\_ Additional Attachments
     \_\_\_\_\_Project Timeline          (see page 26)
     \_\_\_\_\_Position Descriptions          (see page 26)
     \_\_\_\_\_Letters of Support          (see page 26)
     \_\_\_\_\_Letter from Research Partner          (see page 26)
     \_\_\_\_\_ Applicant Disclosure of Pending Applications          (see page 26)
     \_\_\_\_\_ Research and Evaluation Independence and Integrity          (see page 27)
\_\_\_\_\_ Request and Justification for Employee Compensation; Waiver (if applicable)
         (see page 16)

**\*These elements are the basic minimum requirements for applications. Applications that do not include these elements shall neither proceed to peer review nor receive further consideration by BJA.**

**Appendix B: References and Resources**

Blandford, Alex and Fred Osher. *Guidelines for the Successful Transition of People with Behavioral Health Disorders from Jail and Prison*. New York, NY: Council of State Governments Justice Center, 2013. http://csgjusticecenter.org/wp-content/uploads/2013/12/Guidelines-for-Successful-Transition.pdf.

*Building an Offender Reentry Program: A Guide for Law Enforcement*. Alexandria, VA: International Association of Chiefs of Police. http://www.theiacp.org/portals/0/pdfs/ReentryProgramGuide.pdf.

The Council of State Governments Justice Center. *Reducing Recidivism: States Deliver Results*. New York, NY: The Council of State Governments Justice Center, 2014. http://csgjusticecenter.org/wp-content/uploads/2014/06/ReducingRecidivism_StatesDeliverResults.pdf.

Desmarais, Sarah L. and Jay P. Singh. *Risk Assessment Instruments Validated and Implemented in Correctional Settings in the United States*. New York, NY: Council of State Governments Justice Center, 2013. http://csgjusticecenter.org/reentry/publications/risk-assessment-instruments-validated-and-implemented-in-correctional-settings-in-the-united-states/.

Joplin, Lore. Mapping the Criminal Justice System to Connect Justice-Involved Individuals with Treatment and Health Care under the Affordable Care Act. Washington, DC: National Institute of Corrections, 2014. https://s3.amazonaws.com/static.nicic.gov/Library/028222.pdf.

Michel, Jaime and Flower, Shawn M. *Building Capacity for Performance Measurement and Evaluation: Performance Measurement in Prisoner Reentry, Delinquency Prevention and Intervention, and Victim Assistance Services*. Washington, D.C.: Justice Research and Statistics Association, 2015. http://www.jrsa.org/pubs/reports/bcpme_lit_review_final.pdf

Police-Mental Health Collaboration Toolkit. Bureau of Justice Assistance. https://pmhctoolkit.bja.gov/

Rotter, Merrill and W. Amory Carr. *Reducing Criminal Recidivism for Justice-Involved Persons with Mental Illness: Risk/Needs/Responsivity and Cognitive-Behavioral Interventions*. Delmar, NY: SAMHSA's GAINS Center for Behavioral Health and Justice Transformation, 2013. https://www.prainc.com/wp-content/uploads/2016/02/ReduceCrimRecidRNR.pdf

Travis, J., David, R., and Lawrence, S. *New Perspectives in Policing: Exploring the Role of Police in Prisoner Reentry*. Washington D.C.: National Institute of Justice, 2012. https://www.ncjrs.gov/pdffiles1/nij/238337.pdf

U.S. Department of Commerce, U.S. Department of Education, U.S. Department of Health and Human Services, and U.S. Department of Labor. *What Works in Job Training: A Synthesis of the Evidence*. Washington, DC: 2014. http://www.dol.gov/asp/evaluation/jdt/jdt.pdf.

Umez, C., De la Cruz, J., Richey, M., and Albis, K. *Mentoring as a Component of Reentry: Practical Considerations from the Field* New York, NY: The Council of State Governments Justice Center, 2017. https://csgjusticecenter.org/wp-

BJA-2018-13634

content/uploads/2017/07/6.27.17_Mentoring-as-a-Component-of-Reentry.pdf

Ward, Kyle C. *Rural Jail Reentry: Offender Needs and Challenges.* New York, NY: Routledge, 2017.

Zajac, Gary, Hutchison, Robert, and Meyer, Courtney. *An Examination of Rural Prisoner Reentry Challenges.* Harrisburg, PA: The Center for Rural Pennsylvania, 2014. http://www.rural.palegislature.us/documents/reports/rural_prisoner_reentry_2014.pdf

BJA-2018-13634