**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FRED L. NANCE JR., | ) | |
| | ) | |
| Plaintiff, | ) | Civ No. 1:20-CV-06316 |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, BUREAU OF JUSTICE ASSISTANCE, OFFICE OF JUSTICE PROGRAMS, EMAGES, INC., HATTIE WASH, THOMAS BRADLEY, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF ELIJAH F. JENKINS**

In accordance with the provisions of 28 U.S.C. § 1746, I, Elijah F. Jenkins, hereby declare as follows with respect to the above-styled case:

1. I am employed as a Supervisory Technical Support Specialist within the United States Department of Justice (the Department), Washington, D.C. As such, I am familiar with the processing of administrative claims presented under 28 U.S.C. § 2672 to the Department, which are based on the activities of employees of the Department.

2. All administrative tort claims under the Federal Tort Claims Act pertaining to the Department's activities are handled by the Civil Division of the Department except for those claims specifically directed to activities of the Federal Bureau of Investigation, the Federal Bureau of Prisons, the Federal Prisons Industries, the United States Marshals Service, the Drug

Enforcement Administration, and the Bureau of Alcohol, Tobacco, Firearms and Explosives.

    3.  I have caused the appropriate Records Systems within the Civil Division of the Department to be searched and there is no record of an administrative claim being presented by Fred L. Nance Jr.

    4.  I declare under penalty of perjury that the foregoing is true and correct. Executed this __7th__ day of December 2020, at Washington, D.C.

 

_____
ELIJAH F. JENKINS
Supervisory Technical Support Specialist
Civil Division