An official website of the United States government, Department of Justice.

Here's how you know



Home / Funding & Awards

# Emages SCA Comprehensive Community-based Adult Reentry Program

## Award Information

**Awardee:** Establishing, Managing & Generating Effective Services, INc.
**Award #:** 2018-CY-BX-0025
**Location:** Chicago, IL
**Awardee County:** Cook
**Congressional District:** 3
**Status:** Open
**Funding First Awarded:** 2018
**Total funding (to date):** $500,000
**Original Solicitation:**

BJA FY 18 Second Chance Act Comprehensive Community-Based Adult Reentry Program

## Description of original award (Fiscal Year 2018, $500,000)

The Second Chance Act of 2007 (Pub. L. 110-199) provides a comprehensive response to the increasing number of incarcerated adults and juveniles who are released from prison, jail, and juvenile residential facilities and returning to communities. The Second Chance Act grant funding is designed to help communities develop and implement comprehensive and collaborative strategies that address the challenges posed by reentry and recidivism

reduction. Reentry is not a specific program, but rather a process that starts when an individual is initially incarcerated and ends when he or she has been successfully reintegrated in the community as a law-abiding citizen.

Section 211 of the Act authorizes grants to nonprofit organizations and federally recognized Indian tribes that may be used for comprehensive evidenced-based wrap-around services/programs. The goal of the Comprehensive Community-Based Adult Reentry Program is the use of reentry plans that address the identified needs of the individuals and is supported by trained mentors to promote the safe and successful community reintegration of adults who have been incarcerated. These needs are often related to housing, employment, substance abuse, and mental health.

The Second Chance Act Comprehensive Community-Based Adult Reentry Program supports organizations providing comprehensive reentry services to program participants who are screened, assessed, and identified for program participation pre-release. During the post-release phase of the reentry program, participants will receive case management services and be connected to evidence-based programming designed to ensure that the transition from prison or jail to the community is safe and successful.

The grantee will provide pre-release mentoring and trauma-informed curriculum to 75 people with a sex offense charge or conviction that are returning to Chicago from Cook County Jail or Illinois Department of Corrections. Pre-release, the program will use standardized assessments and behavioral tools, such as motivational interviewing and cognitive behavior techniques, to identify and address criminogenic behaviors. Post-release, the program will provide individual and group counseling, case management, and aftercare services.

CA/NCF

*Date Created: September 26, 2018*

**Similar Awards**

Flagstaff Police Department JAG 2020

City of Escondido - FY 2020 Edward Byrne Memorial Grant

County of El Paso, Texas JAG FY20: Category Two

