Case: 1:20-cv-06316 Document #: 43-7 Filed: 02/18/21 Page 1 of 5 PageID #:497

# EXHIBIT 6

**Fwd: Cook County Jail**

From: Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Wednesday, October 21, 2020, 01:09 PM CDT

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Wed, Sep 2, 2020 at 3:27 PM
Subject: Cook County Jail
To: Daniel Jean <daniel_jean716@yahoo.com>
Cc: Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

Daniel:

Good afternoon. The Cook County jail has contacted me with a start date. We will be going back to the jail on September 18, 2020 from 4:00 pm to 5:00 pm. I have contacted Serita and Alicia. Both agreed to work in the jail. You and I will have to take pictures again because our identifications expired on August 31, 2020. The jail will issue letters of entry for Alicia and Serita. What do you believe Alicia and Serita need before starting back in the jail?

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395


--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

# EXHIBIT 6

**Fwd: Program Re-opening**

From: Dr. Fred Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Wednesday, October 21, 2020, 01:14 PM CDT

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Thu, Sep 10, 2020 at 8:23 PM
Subject: Program Re-opening
To: Ronald Howard <ronald.howard@cookcountyil.gov>
Cc: Dr. Hattie Wash <Washhattie@gmail.com>, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

Sheriff Howard:

Good evening. Sorry for interrupting your basketball or football game. Our Cook County jail team met for a Skype meeting this evening. Pursuant to your last email on September 2, 2020, we are preparing to re-enter on September 18, 2020 from 4:00 pm to 5:00 pm. I have a few questions:

We understand masks are required. Can we wear or bring in gloves or will the jail provide hand sanitizer? In our August 7, 2020 meeting with Jane and you, Daniel and I talked about conducting 2 groups in one week in order to catch up with our other groups, which have been operating during the Coronavirus. We would need to conduct these 2 groups for approximately 6 months. Can you make this happen before or after our start up date of September 18, 2020? If you have any other concerns, please do not hesitate to contact me.

Dr. Wash will review this email and may have other considerations.

Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395


--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

# Fwd: Status: Illinois Department of Corrections Special Needs Unit & Parolee Attendance in Groups

From: Dr. Fred L. Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Wednesday, February 10, 2021, 01:47 PM CST

EXHIBIT 6

---------- Forwarded message ---------
From: **Dr. Fred Nance Jr.** <drfred.nancejr@gmail.com>
Date: Sat, Sep 19, 2020 at 10:17 AM
Subject: Status: Illinois Department of Corrections Special Needs Unit & Parolee Attendance in Groups
To: Patricia Grosskopf <patricia.grosskopf@illinois.gov>, Sarah.Brown-Foiles@Illinois.gov <Sarah.Brown-Foiles@illinois.gov>, Dixon, Dion <dion.dixon@illinois.gov>
Cc: Dever, Michael (OJP) <Michael.Dever@usdoj.gov>, Andre Bethea <andre.bethea@usdoj.gov>, Willis, Tracey (OJP) <Tracey.Willis@usdoj.gov>, Dr. Hattie Wash <Washhattie@gmail.com>, Dr. Fred Nance Jr. <drfred.nancejr@gmail.com>

Good morning. I hope this email finds you and your families well. This email correspondence relates to our Second Chance Act grant with the Department of Justice, Bureau of Justice Assistance, Office of Justice Programs. Regarding the Illinois Department of Corrections (IDOC), I have 2 general questions for Dr. Grosskopf, Ms. Brown-Foiles, Assistant Director Dion Dixon.

1. When will IDOC's Special Needs Unit in Chicago re-open for our post-release trauma informed and mentoring services?
2. What are the expectations of IDOC parolees attending groups via teleconferencing during the Coronavirus?

Since the Coronavirus and Illinois' Stay at Home Order, we have set up teleconferencing communications for all groups, with all of our parolees. The parolees assigned to our groups are not calling in on a consistent basis. Please provide clarity on IDOC policies during the Coronavirus for our population of parolees attending their assigned groups via teleconferencing.

Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395


--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

# Fwd: Second Chance Act Grant #2018-CY-BX-0025

From: Dr. Fred L. Nance Jr. (drfred.nancejr@gmail.com)

To: frednance@clickservices.org

Date: Wednesday, February 10, 2021, 01:49 PM CST

**EXHIBIT 6**

---------- Forwarded message ---------
From: **Dr. Fred L. Nance Jr** <frednance@clickservices.org>
Date: Sat, Oct 3, 2020 at 12:52 PM
Subject: Second Chance Act Grant #2018-CY-BX-0025
To: Sarah Brown-Foiles <sarah.brown-foiles@illinois.gov>, Patricia Grosskopf <patricia.grosskopf@illinois.gov>, Dion Dixon <dion.dixon@illinois.gov>
Cc: Dr. Fred Nance Jr. <frednance@clickservices.org>, Dr. Fred Nance Jr <drfred.nancejr@gmail.com>

Good afternoon. The Department of Justice, Bureau of Justice Assistance, Office of Justice Programs has made me the Grant Administrator. EMAGES, Inc. is no longer providing services under this grant. I will continue to provide services to the Special Needs Unit in Chicago when you reconvene. The staff providing services will still be Alicia Perry and Serita Robinson. If you believe I need to change the Memorandum of Understanding, let me know. I am still engaged with pre-release services with the Cook County Department of Corrections (Jail). The jail has agreed to continue services under my supervision.

In addition, I am still engaged to develop a 90-day transitional house for sex offenders. Please review the documents attached. Please acknowledge receipt of this email. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395

 10.1.20 C.L.I.C.K. Services Platform.pdf
53.9kB

 8.31.20 C.L.I.C.K. Housing Proposal Revised with Video.pdf
128.7kB

 1.24.20 Congressman Davis Letter of Support for Transitional Housing.pdf
76.5kB