

🇺🇸 An official website of the United States government
  Here's how you know



## U.S. Department of Justice Office of the Inspector General

EXHIBIT 9

MENU

# Hotline

If you know about waste, fraud, abuse, misconduct, or whistleblower retaliation within the Department of Justice (DOJ), you may report it to the OIG Hotline. Please click the button below to begin the online complaint submission process.

**COVID-19 UPDATE: Please note, complaints received by physical mail will experience a processing delay. The online complaint form is the most efficient method for submitting complaints to the DOJ OIG Hotline.**

**Submit a Complaint**

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

[Whistleblower Rights and Protections](#)

[Hotline](#)

[Council of the Inspectors General on Integrity and Efficiency](#)

[Pandemic Response Accountability Committee](#)



EXHIBIT 9

(202) 514-3435

**Department of Justice Office of the Inspector General**

**950 Pennsylvania Avenue, NW Washington, DC 20530-0001**

[In memory of OIG Special Agent William "Buddy" Sentner](#)

[Privacy Policy](#) | [Legal Policies & Disclaimers](#) | [No Fear Act](#) | [Sitemap](#)

🇺🇸 An official website of the United States government

Here's how you know



**U.S. Department of Justice Office of the Inspector General**

MENU

EXHIBIT 9

# Submitting a Complaint

## What NOT to Report to the OIG

## What to Report TO the OIG

The following matters are generally not investigated by the DOJ OIG:

- 911 emergencies
- EEO complaints
- Misconduct by judges at the federal, state, or local level
- Misconduct by state and local police departments (unless the misconduct concerns DOJ grant funds)
- Misconduct at state and local prisons (unless the complainant involves a U.S. Marshals Service detainee)

You may report waste, fraud, abuse, or misconduct relating to a DOJ employee, program, contract, or grant to the OIG Hotline. The OIG accepts complaints related to the following DOJ components:

- Federal Bureau of Investigation
- Drug Enforcement Administration
- Federal Bureau of Prisons
- U.S. Marshals Service
- Bureau of Alcohol, Tobacco, Firearms, and Explosives
- United States Attorneys' Offices
- Other DOJ Offices, Bureaus, or Divisions

The DOJ OIG also has jurisdiction to investigate allegations of whistleblower retaliation involving:

- Employees of the Federal Bureau of Investigation
- Employees of DOJ contractors, subcontractors, grantees, and subgrantees
- DOJ employees who believe their security clearance or access to classified information has been taken in retaliation for whistleblowing

## EXHIBIT 9

**Resources for Non-DOJ Complaints**

**Submit a Complaint to the DOJ OIG**

## OIG Jurisdiction

## Confidentiality

## Privacy Act Notice

**Protections for Whistleblowers**

**Oversight Work**

[Reports](#)

[Criminal and Civil Cases](#)

[Misconduct Findings](#)

**About**

[About the Office](#)

[Meet the Inspector General](#)

[Contracting Opportunities](#)

EXHIBIT 9

Ongoing Work

Recent Updates

Pandemic Response Oversight
**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity
and Efficiency

Pandemic Response Accountability Committee

---



EXHIBIT 9

(202) 514-3435

**Department of Justice
Office of the Inspector
General**

**950 Pennsylvania Avenue, NW Washington, DC
20530-0001**

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap



An official website of the United States government
Here's how you know

**U.S. Department of Justice Office of the Inspector General**

EXHIBIT 9

MENU

# Please choose the option that best describes the nature of your complaint:

**(Hover your mouse over each selection for more information)**

COVID-19

Waste, Fraud, Abuse, or Misconduct

Whistleblower Retaliation

None of these options apply to my complaint

What to Report to the OIG       Protections for Whistleblowers

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

2/9/2021                  Case 1:20-cv-06316 Document # 43-10 Filed 02/13/21 Page 7 of 27 PageID #510

Please choose the option that best describes the nature of your complaint. | U.S. Department of Justice Office of the Inspector General

EXHIBIT 9

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee



(202) 514-3435

**Department of Justice
Office of the Inspector
General**

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap



🇺🇸 An official website of the United States government
Here's how you know

**U.S. Department of Justice Office of the Inspector General**

EXHIBIT 9

MENU

# Please choose the option that best describes the nature of your complaint:

**(Hover your mouse over each selection for more information)**

DOJ Contracts or Subcontracts

DOJ Grants

Civil Rights Violations by DOJ Employees

DOJ Employees or Programs

None of these options apply to my complaint

What to Report to the OIG        Protections for Whistleblowers

**Oversight Work**        **About**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee



(202) 514-3435

# Department of Justice Office of the Inspector General

**950 Pennsylvania Avenue, NW Washington, DC 20530-0001**

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap

Case: 1:20-cv-06316 Document #: 43-10 Filed: 02/13/21 Page 10 of 27 PageID #:513



🇺🇸 An official website of the United States government
Here's how you know

## U.S. Department of Justice Office of the Inspector General

EXHIBIT 9

MENU

# Grant Complaint

This form should only be used to submit complaints related to Department of Justice (DOJ) **Grants**. For complaints that do not involve DOJ grants, click here.

Please Note: The online complaint form is the most efficient method for submitting complaints to the DOJ OIG Hotline.

If you would like to submit supporting documentation, please mail in your complaint with the supporting documentation to the address listed below, instead of using our online form.

Pursuant to 2 C.F.R. § 200.113, grantees, subgrantees, and grant applicants must disclose violations of federal criminal law involving fraud, bribery, or gratuity violations potentially affecting a grant to the federal awarding agency. While disclosures of such criminal violations to the OIG are voluntary, failure to provide the OIG with all of the information needed to investigate could result in an incomplete investigation.

**Submit Report Online**

**Mailing Address**:

U.S. Department of Justice
Office of the Inspector General
Investigations Division
ATTN: Fraud Detection Office
950 Pennsylvania Ave., NW
Washington, DC 20530

**Fax**: (202) 616-9881

**What to Report to the OIG**           **Protections for Whistleblowers**

EXHIBIT 9

**Oversight Work**

[Reports](#)

[Criminal and Civil Cases](#)

[Misconduct Findings](#)

[Ongoing Work](#)

[Recent Updates](#)

[Pandemic Response Oversight](#)

**Resources**

[Accessibility](#)

[FOIA](#)

[Webinar for Grantees: The Audit Process](#)

[Whistleblower Rights and Protections](#)

[Hotline](#)

**About**

[About the Office](#)

[Meet the Inspector General](#)

[Contracting Opportunities](#)

[Careers](#)

[Contact](#)

**External Resources**

[Department of Justice](#)

[Oversight.gov](#)

[Council of the Inspectors General on Integrity and Efficiency](#)

[Pandemic Response Accountability Committee](#)



**Department of Justice
Office of the Inspector
General**

(202) 514-3435

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

[In memory of OIG Special Agent William "Buddy" Sentner](#)

[Privacy Policy](#) | [Legal Policies & Disclaimers](#) | [No Fear Act](#) | [Sitemap](#)

Case: 1:20-cv-06316 Document #: 43-10 Filed: 02/13/21 Page 12 of 27 PageID #:515



🇺🇸 An official website of the United States government
[Here's how you know](#)

## U.S. Department of Justice Office of the Inspector General

EXHIBIT 9

MENU

# Grant Complaint

- **Grant Complaint**
- Grant Information
- Grant Complaint Description
- Complete

☐ Submit complaint anonymously

Please fill in as much information as possible. Mandatory fields are identified by an asterisk (*). If you do not wish to provide contact information, you may submit your complaint anonymously.

## Your Information

Your Title

| - None - |
|---|

Your First Name

|  |
|---|

Your Middle Name

|  |
|---|

Your Last Name

|  |
|---|

EXHIBIT 9

Your Suffix (Jr. Sr. IV, etc.)

[  ]

Your Email

[  ]

Your Company Name

[  ]

Your Address

[  ]

Your Address 2

[  ]

Your City/Town

[  ]

Your State/Province

[ - None - ]

Your ZIP/Postal Code

[  ]

Your Country

[ - None - ]

Your Phone

[  ]

*Format: XXX-XXX-XXXX*

Your Fax

[  ]

Next Page >                    EXHIBIT 9

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee

(202) 514-3435

**Department of Justice
Office of the Inspector
General**

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap



An official website of the United States government
Here's how you know

**U.S. Department of Justice Office of the Inspector General**

EXHIBIT 9

MENU

# Grant Complaint

5 errors have been found:

[Your First Name](#), [Your Last Name](#), [Your Email](#), [Your City/Town](#), [Your State/Province](#)

- **Grant Complaint**
- Grant Information
- Grant Complaint Description
- Complete

☐ Submit complaint anonymously

Please fill in as much information as possible. Mandatory fields are identified by an asterisk (*). If you do not wish to provide contact information, you may submit your complaint anonymously.

## Your Information

Your Title

- None -

Your First Name

**Your First Name field is required.**

Your Middle Name

<div style="border:1px solid; height:60px"></div>

### Your Last Name

EXHIBIT 9

**Your Last Name field is required.**

### Your Suffix (Jr. Sr. IV, etc.)

### Your Email

**Your Email field is required.**

### Your Company Name

### Your Address

### Your Address 2

### Your City/Town

**Your City/Town field is required.**

### Your State/Province

- None -

**Your State/Province field is required.**

### Your ZIP/Postal Code

## Your Country

- None -

EXHIBIT 9

## Your Phone

*Format: XXX-XXX-XXXX*

## Your Fax

**Next Page >**

## Oversight Work

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

## Resources

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

## About

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

## External Resources

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee



**Department of Justice**

\ 514-3435

# Office of the Inspector General

**950 Pennsylvania Avenue, NW Washington, DC 20530-0001**

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap

EXHIBIT 9



An official website of the United States government

[Here's how you know](#)

**U.S. Department of Justice Office of the Inspector General**

EXHIBIT 9

MENU

# Grant Complaint

- Grant Complaint
- **Grant Information**
- Grant Complaint Description
- Complete

## Grant Information

Grant Number

Grant City/Town

Grant State/Province

- Select -

Company/Entity receiving the grant

Date and time the incident occurred

Time the incident occurred

Case: 1:20-cv-06316 Document #: 43-10 Filed: 02/13/21 Page 20 of 27 PageID #:523

# EXHIBIT 9

DOJ Component

| - Select - |
| --- |

DOJ Grant Manager Name

|  |
| --- |

Grant Description  ⍰

|  |
| --- |

**< Previous Page**          **Next Page >**

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee

(202) 514-3435

# EXHIBIT 9



**950 Pennsylvania Avenue, NW Washington, DC 20530-0001**

## Department of Justice
## Office of the Inspector
## General

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap

🇺🇸 An official website of the United States government
    Here's how you know

EXHIBIT 9

 **U.S. Department of Justice Office of the Inspector General**

MENU

# Grant Complaint

- Grant Complaint
- **Grant Information**
- Grant Complaint Description
- Complete

## Grant Information

Grant Number

Grant City/Town

Chicago

Grant State/Province

Illinois

Company/Entity receiving the grant

EMAGES Inc.

Date and time the incident occurred

Time the incident occurred

# EXHIBIT 9

**DOJ Component**

Other – Enter the component in the box below.

**Other Component**

Second Chance Act Grant

**DOJ Grant Manager Name**

**Grant Description**  ⓘ

Category 2: Community-Based Adult Reentry with Small and Rural Organizations

< Previous Page          Next Page >

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee



EXHIBIT 9                                                    (202) 514-3435

**Department of Justice
Office of the Inspector
General**                                   950 Pennsylvania Avenue, NW Washington, DC
                                                            20530-0001

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap



An official website of the United States government

Here's how you know

**U.S. Department of Justice Office of the Inspector General**

EXHIBIT 9

MENU

# Grant Complaint

- Grant Complaint
- Grant Information
- **Grant Complaint Description**
- Complete

## Complaint Description

Subject Title

```
- None -
```

Subject First

Subject Middle

Subject Last

Subject Suffix

Details:

Please provide a description of the facts and circumstances surrounding the reported activities, such as the evidence forming the basis of this report, the names of the individuals involved, dates, location, how the matter was discovered, potential witnesses and their involvement, and any corrective action already taken.

## EXHIBIT 9

< Previous Page          Submit

**Oversight Work**

[Reports](#)

[Criminal and Civil Cases](#)

[Misconduct Findings](#)

[Ongoing Work](#)

[Recent Updates](#)

[Pandemic Response Oversight](#)

**Resources**

[Accessibility](#)

[FOIA](#)

[Webinar for Grantees: The Audit Process](#)

[Whistleblower Rights and Protections](#)

[Hotline](#)

**About**

[About the Office](#)

[Meet the Inspector General](#)

[Contracting Opportunities](#)

[Careers](#)

[Contact](#)

**External Resources**

[Department of Justice](#)

[Oversight.gov](#)

[Council of the Inspectors General on Integrity and Efficiency](#)

[Pandemic Response Accountability Committee](#)



**Department of Justice**
Office of the Inspector

(202) 514-3435

2/9/2021
Case: 1:20-cv-06316 Document #: 43-10 Filed: 02/13/21 Page 27 of 27 PageID #:530
Grant Complaint | Department of Justice Office of the Inspector General

# Office of the Inspector General

**950 Pennsylvania Avenue, NW Washington, DC 20530-0001**

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap

EXHIBIT 9