Grant #2018-CY-BX-0025 3 Whistleblower Complaints

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: tumia@dannykdavis.com; tumia.romero@mail.house.gov; josie.ware@mail.house.gov

Cc: oig.oversight&review@usdoj.gov; frednance@clickservices.org; michael.dever@usdoj.gov; andre.bethea@usdoj.gov; tracey.willis@usdoj.gov; jwilliams@air.org; sarah.brown-foiles@illinois.gov; dion.dixon@illinois.gov

Date: Tuesday, October 13, 2020, 06:12 PM CDT

EXHIBIT 15

Congressman Davis:

Good evening. As you are aware, I filed Whistleblower complaints regarding Grant #2018-CY-BX-0025. In April of 2020, I discussed with you the misappropriation of funds and possible fraud regarding this grant, specifically, the drawing down of monies for a previous employee before I filed my first Whistleblower complaint on April 17, 2020. You told me I had a duty to report it. I not only reported the misappropriation of funds/fraud incident in my April 17, 2020 Whistleblower complaint, I reported other incidents of misappropriation of funds/fraud in my Whistleblower complaints dated August 29, 2020 and September 13, 2020. On October 13, 2020 I received a dismissal letter from the Office of the Inspector General (OIG) for the August 29, 2020 complaint (attached). Apparently, the OIG has ignored my April 17, 2020 and September 13, 2020 complaints. Part of the reasoning for dismissal in the letter dated October 13, 2020 is I did not meet the threshold of "gross" misconduct in my complaint, no retaliation, and that I have no protections under the Whistleblower Act.

Congressman Davis, you sit on the powerful Ways and Means Committee of the House of Representatives. After this election, there should be an investigation into the Second Chance Act's (SCA) Whistleblower policy. I had the honor of sitting on your SCA Advisory Committee in 2007 assisting in the language development for the SCA, which President Bush signed into law on April 10, 2008.

Congressman Davis, you provided a Letter of Support for my partnership and collaboration with EMAGES, Inc. for Grant #2018-CY-BX-0025 (attached). I received an email from EMAGES, Inc.'s President, Dr. Wash, reporting I am the Grant Administrator. I have not received any notification from DOJ, BJA, OJP representatives Michael Dever, BJA Division Chief, the Honorable Andre Bethea, OJP Senior Policy Advisor, and Tracey Willis, Grant Manager, even though I have asked for verification via email for Grant Administrator confirmation. Mr. Michael Dever sent me an email reporting EMAGES, Inc. is allowed to give Grant #2018-CY-BX-0025 back to OJP. No one from OIG, DOJ, BJA, OJP has spoken to me verbally to get any information or to explain my Whistleblower complaints. When I go into the JustGrants system on October 15, 2020, I will see if Dr. Wash is correct about my assignment as Grant Administrator; even though I do not know how I will administer anything because no one is cooperating as you will read in my next paragraph.

EMAGES, Inc. has the sex offender population for this Grant. DOJ, BJA, OJP allowed Dr. Wash to give the grant back, bogusly dissolving herself from the grant; given false information to DOJ, BJA, OJP for giving the grant back. Nevertheless, I have sent emails to all the parole agents we were working with requesting locations on other sex offender programs so I can transfer services if I am the Grant Administrator. The only parole agent who answered my email was Mr. Jackson, and he asked in his response email why did I want this information. I told him in my reply email. I

have not heard anything else from Mr. Jackson. I sent an email to IDOC's Ms. Sarah Brown-Foiles, IDOC Coordinator of Sex Offender Services, and Assistant Director of Parole, Dion Dixon, requesting information on other sex offender programs in the Chicago and suburban areas of Illinois. I have not received a response. I believe someone is hindering my process, and is retaliating against me for filing my Whistleblower complaints. If not, what is the reasoning for the non-responsiveness? Yet, the OIG dismissal letter reports there is no retaliation.

Congressman Davis, you have known my family since the 1940s when your family moved to Chicago's Westside. You have known me since 2007. Yes, I had a checkered past; but I turned my life around almost 30 years ago. I am familiar with criminal behavior; I saw it; and wrote about it in my Whistleblower complaints. I did not have a GED at the age of 42. I have had a Ph.D. since 2009. I am a policy person. As I told you in April of 2020 when I reported the misappropriation of funds/fraud, this is about my integrity and honesty. As long as I have known the Honorable Mr. Bethea, I have demonstrated my integrity and honesty. If I did not report the misappropriation of funds/fraud, then I part of the scheme/problem.

After the 2020 election, the Ways and Means Committee should issue subpoenas to address the SCA Whistleblower policy construct. "Gross" waste and abuse of Federal funds needs to be defined. It seems if a grantee steals a little bit of money it is okay. Congressman Davis, this is not how the language in the original SCA Bill was constructed. Sir, this is not an isolated event; as I so eloquently inform State and Federal judges when addressing abuse and misconduct when litigating my complaints over the past 25 years. What is the total waste and abuse if you count the "little" theft I address? Anyone can respond. Thank you.

 10.13.20 OIG Dismissal OSC No Jurisdiction Congressman Davis Letter of Support.pdf
839.1kB

 9.22.20 Department of Justice SCA Whistleblower Complaints.pdf
1.2MB