

EXHIBIT 19

# Prohibited Personnel Practices

## By law, Federal employees may not:

- Discriminate

- Solicit or consider employment recommendations based on factors other than personal knowledge or records of job related abilities or characteristics

- Coerce the political activity of any person

- Deceive or willfully obstruct any person from competing for employment

- Influence any person to withdraw from job competition

- Give an unauthorized preference or advantage to improve or injure the prospects of any particular person for employment

- Engage in nepotism

- Take or threaten to take a personnel action because of whistleblowing

- Take or threaten to take a personnel action because of the exercise of a lawful appeal, complaint, or grievance right

- Discriminate based on personal conduct which does not adversely affect the performance of the employee or other employees

- Knowingly take or fail to take personnel action in the violation of veteran's preference laws

- Violate any law, rule or regulation implementing or directly concerning merit system principles

- Implement or enforce a nondisclosure agreement or policy lacking notification of whistleblower rights

- Access the medical record of an employee or applicant, as part of, or in furtherance of any of the above-listed prohibitions

## More information may be obtained from:

**U.S. OFFICE OF SPECIAL COUNSEL**
**1730 M STREET, N.W., SUITE 218**
**WASHINGTON, DC 20036-4505**
www.osc.gov | info@osc.gov

**PHONE: (202) 804-7000\* | TOLL FREE: 1-800-872-9855\***
\*Hearing and Speech Disabled: Federal Relay Service 1-800-877-8339