

EXHIBIT 23

# Whistleblowing

A "whistleblower" discloses information he or she reasonably believes evidences:

- A violation of any law, rule or regulation
- Gross mismanagement
- A gross waste of funds
- An abuse of authority
- A substantial and specific danger to public health or safety
- Censorship related to scientific research if censorship meets one of the above-listed categories

The Office of Special Counsel (OSC) provides a secure channel through which current and former federal employees and applicants for federal employment may make confidential disclosures. OSC evaluates the disclosures to determine whether there is a substantial likelihood that one of the categories listed above has been disclosed. If such a determination is made, OSC has the authority to require the head of the agency to investigate the matter.

**To make a disclosure contact:**

**U.S. OFFICE OF SPECIAL COUNSEL
1730 M STREET, N.W., SUITE 218
WASHINGTON, DC 20036-4505**

PHONE: (202) 804-7000 | TOLL FREE: 1-800-872-9855

TTY: 1-800-877-8339 | EMAIL: info@osc.gov

**WWW.OSC.GOV**

Rev. 01/18