130 STAT. 1362    PUBLIC LAW 114–261—DEC. 14, 2016

*Exhibit 26*

Public Law 114–261
114th Congress

## An Act

Dec. 14, 2016
[S. 795]

To enhance whistleblower protection for contractor and grantee employees.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

**SECTION 1. ENHANCEMENT OF WHISTLEBLOWER PROTECTION FOR CONTRACTOR AND GRANTEE EMPLOYEES.**

(a) PROTECTION FOR EMPLOYEES OF GRANTEES AND SUB-GRANTEES.—

(1) DEFENSE GRANTS.—Section 2409(a)(1) of title 10, United States Code, is amended by inserting "or personal services contractor" after "subgrantee".

(2) CIVILIAN GRANTS.—Section 4712(a)(1) of title 41, United States Code, is amended by striking "or grantee" and inserting "grantee, or subgrantee or personal services contractor".

(3) PERMANENT EXTENSION OF PILOT PROGRAM FOR ENHANCEMENT OF CONTRACTOR PROTECTION FROM REPRISAL FOR DISCLOSURE OF CERTAIN INFORMATION.—

(A) IN GENERAL.—Section 4712 of title 41, United States Code, is amended—

(i) in the section heading by striking "**Pilot program for enhancement**" and inserting "**Enhancement**"; and

(ii) by striking subsection (i).

47 USC prec. 4701.

(B) CLERICAL AMENDMENT.—The table of sections at the beginning of chapter 47 of title 41, United States Code, is amended by striking the item relating to section 4712 and inserting the following new item:

"4712. Enhancement of contractor protection from reprisal for disclosure of certain information.".

(b) PROHIBITION ON REIMBURSEMENT FOR LEGAL FEES ACCRUED IN DEFENSE AGAINST REPRISAL CLAIMS.—

(1) DEFENSE CONTRACTS.—Section 2324(k) of title 10, United States Code, is amended—

(A) by inserting "or subcontractor, or personal services contractor" after "contractor" each place it appears;

(B) by inserting ", subcontract, or personal services contract" after "contract" each place it appears; and

(C) in paragraph (1), by inserting "or to any other activity described in subparagraphs (A) through (C) of section 2409(a)(1) of this title" after "statute or regulation".

(2) CIVILIAN CONTRACTS.—

(A) IN GENERAL.—Section 4310 of title 41, United States Code, is amended—

*Exhibit 26* (handwritten)

PUBLIC LAW 114–261—DEC. 14, 2016          130 STAT. 1363

      (i) by inserting ", subcontractor, or personal services contractor" after "contractor" each place it appears;
      (ii) by inserting ", subcontract, or personal services contract" after "contract" each place it appears; and
      (iii) in subsection (b)(1), by inserting "or to any other activity described in section 4712(a)(1) of this title" after "statute or regulation".
    (B) CONFORMING AMENDMENT.—Section 4304(a)(15) of title 41, United States Code, is amended by inserting "or subcontractor, or personal service contractor" after "contractor".

(c) INCLUSION OF CONTRACT CLAUSE IN CONTRACTS AWARDED BEFORE EFFECTIVE DATE.—At the time of any major modification to a contract that was awarded before the date of the enactment of this Act, the head of the contracting agency shall make best efforts to include in the contract a contract clause providing for the applicability of the amendments made by this section and section 827 of the National Defense Authorization Act for Fiscal Year 2013 (Public Law 112–239; 126 Stat. 1833).

*Applicability.*
*10 USC 2324 note.*

Approved December 14, 2016.

---

LEGISLATIVE HISTORY—S. 795:
SENATE REPORTS: No. 114–270 (Comm. on Homeland Security and Governmental Affairs).
CONGRESSIONAL RECORD, Vol. 162 (2016):
    June 23, considered and passed Senate.
    Dec. 5, considered and passed House.

○