UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Fred L. Nance Jr. | ) | |
| --- | --- | --- |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) | Beth W. Jantz |
| | ) | |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT on February 17, 2021, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Jorge L. Alonso, or any other judge sitting in his stead in Courtroom 1903, of the United States District Court for the Northern District of Illinois, Eastern Division, and present Plaintiff's PLAINTIFF MOTION UNDER RULE 26 and 56(d) and PLAINTIFF DECLARATION IN SUPPORT OF MOTION UNDER RULE 26 and 56(d), a copy of which is attached.

## CERTIFICATE OF SERVICE

I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing PLAINTIFF MOTION UNDER RULE 26 and 56(d) and PLAINTIFF DECLARATION IN SUPPORT OF MOTION UNDER RULE 26 and 56(d) by causing a true and correct copy of the same to be sent by operation of the court.

**Dated: February 13, 2021**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395 frednance@clickservices.org