UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Fred L. Nance Jr. ) | |
| ) | Case No. 20 CV 06316 |
| Plaintiff, ) | |
| ) | Honorable Judge: Jorge L. Alonso |
| vs. ) | |
| ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice ) | |
| Assistance, Office of Justice Programs, ) | Beth W. Jantz |
| EMAGES, Inc., Hattie Wash, Thomas ) | |
| Bradley, et al. ) | Courtroom: 1903 |
| ) | |
| Defendants. ) | |

**EXHIBITS PURSUANT TO L.R. 5.2(f)**

Exhibit 1: Original Complaint

Exhibit 2: Second Chance Act Grant Approval Notice

Exhibit 3: Grant #2018-CY-BX-0025 Abstract and Proposal

Exhibit 4: BJA FY21 Second Chance Act Community Based Reentry Program

Exhibit 5: Emails – Suspension of Program

Exhibit 6: Emails – Cook County Jail and Illinois Department of Corrections

Exhibit 7: Office of Special Counsel Letter

Exhibit 8: Office of Inspector General Letter

Exhibit 9: Office of Inspector General Hotline Form

Exhibit 10: Whistleblower Protections

Exhibit 11: Department of Justice Financial Management Training

Exhibit 12: Plaintiff National Defense Authorization Act 2013 Whistleblower Complaints

Exhibit 13: Emails – Whistleblower Complaint

Exhibit 14: Congressman Danny K. Davis Letter of Support

Exhibit 15:  Emails – Congressman Davis re Whistleblower Complaints

Exhibit 16:  Emails – DOJ Brenda Worthington

Exhibit 17:  H.R. 1593 – Second Chance Act Bill of 2007

Exhibit 18:  Office of Special Counsel – Whistleblower Retaliation Law

Exhibit 19:  Office of Special Counsel – Prohibited Personnel Practices

Exhibit 20:  Emails – DOJ EEO Director

Exhibit 21:  Cover Letter to U.S. Attorney and Emails re Whistleblower Act Violations

Exhibit 22: Email – Office of Inspector General

Exhibit 23:  Office of Special Counsel Whistleblowing Poster

Exhibit 24:  Subaward Monitoring Policy for Grant #2018-CY-BX-0025

Exhibit 25:  Department of Justice Grants Financial Guide

Exhibit 26:  Public Law 114-261

Exhibit 27:  Department of Justice Covid-19 Instructions

Exhibit 28:  EMAGES Termination of Grant Letter

Exhibit 29:  Whistleblower Protections Under the National Defense Authorization Act

Exhibit 30:  Emails – Office of Justice Programs Division Chief re: Termination Letter

Exhibit 31: Email – Bureau of Justice Assistance Division Chief re: Subaward Policy