# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Fred L Nance Jr

                                Plaintiff,

v.                                                      Case No.: 1:20–cv–06316
                                                      Honorable Jorge L. Alonso

Department of Justice, et al.

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 17, 2021:

      MINUTE entry before the Honorable Jorge L. Alonso: Telephonic motion hearing held. For the reasons stated on the record, Plaintiff's motion under rule 26 and 56(d) [43] is denied. Plaintiff shall respond to Defendants' combined motion to dismiss Plaintiff's complaint and motion for a more definite statement pursuant to federal rules of civil procedure 12(b)(6) and 12(e) [40] by 3/19/21; Defendants' shall reply by 3/31/21. The previously set briefing schedule on Defendant U.S. Department of Justice's motion to dismiss or for summary judgment [31] remains set. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.