# Appearance of Fraud Grant# 2018-CY-BX-0025

| | |
|---|---|
| From: | Dr. Fred Nance Jr. (drfred.nancejr@gmail.com) |
| To: | tracey.willis@usdoj.gov |
| Cc: | andre.bethea@usdoj.gov; drfred.nancejr@gmail.com; frednance@clickservices.org |
| Date: | Saturday, April 18, 2020, 01:04 AM CDT |

## EXHIBIT 13

Good morning. I want to report the appearance of fraud with our grant. I am claiming "Whistleblower" status with this report. Attached is my letter and supporting documentation. Please review and comment. Thank you.

--
/s/Dr. Fred Nance Jr., Ph.D.
Human Services/Social Policy Analysis
Program and Policy Development
708-921-1395


4.17.20 SCA Payroll Fraud Letter.pdf
1.1MB


3.30.20 EMAGES Drawdown from OJP.pdf
282.7kB


1.27.20 thru 2.24.20 Dorothy Collins Payroll.pdf
89.5kB


4.8.20 Dorothy Text Message on Resigning in January 2020.pdf
307kB


4.8.20 Email Alert to Accountant Bradley re Fraud.pdf
52.9kB


4.8.20 Email Message to Mr. Bradley re Fraud.pdf
52.9kB


4.10.20 Email Message to Mr. Bradley with Supporting Docs on Fraud.pdf
52kB


4.10.20 Email to Accountant re Fraud Validated.pdf
52kB


4.15.20 Final Email to Accountant re Fraud.pdf
51.4kB


4.15.20 Drawdown for Non Employee Dorothy Collins.pdf
73.6kB


4.17.20 Texts Re Laptop Computer Virus Protection.pdf
1.2MB


3.31.20 MA`AT Mentor Requesting Call-In for Coronavirus.pdf
50.2kB


4.7.20 TA Meeting Non Attendance due to Virus Protection.pdf
80.4kB

Whistleblower Complaint on Grant #2018-CY-BX-0025     **EXHIBIT 13**

| | |
|---|---|
| From: | Dr. Fred L. Nance Jr (frednance@clickservices.org) |
| To: | tracey.willis@usdoj.gov; andre.bethea@usdoj.gov; jwilliams@air.org |
| Cc: | frednance@clickservices.org |
| Date: | Friday, August 28, 2020, 09:08 PM CDT |

Good evening. I filed my Whistleblower complaint with the Office of the Inspector General, Investigations Division tonight. I filed the complaint online and made a copy for your review, which is attached. I am not sure why Ms. Willis granted Dr. Wash taking me off as POC of this grant. You limited my performing my duties and allowed Dr. Wash to retaliate against me. I am sending another copy via registered mail to the Office of the Inspector General as a follow-up notice. If there are any questions, please do not hesitate to contact me.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.



8.28.20 Whistleblower Complaint Filed.pdf
66.6kB

# Dr. Nance 3rd Whistleblower Complaint     EXHIBIT 13

From: Dr. Fred L. Nance Jr (frednance@clickservices.org)

To: michael.dever@usdoj.gov

Cc: andre.bethea@usdoj.gov; tracey.willis@usdoj.gov; frednance@clickservices.org; drfred.nancejr@gmail.com

Date: Sunday, September 13, 2020, 11:46 AM CDT

Good afternoon. On September 13, 2020 I filed my 3rd Whistleblower complaint with the Department of Justice, Office of the Inspector General.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


9.12.20 3rd Whistleblower Complaint Revised.pdf
123.6kB