From: Dever, Michael (OJP) <Michael.Dever@usdoj.gov>　　　　Thu, Sep 24, 2020 at 9:20 AM
To: "Dr. frednance20" <frednance20@gmail.com>
Cc: "Willis, Tracey (OJP)" <Tracey.Willis@usdoj.gov>, "Bethea, Andre (OJP)" <Andre.Bethea@usdoj.gov>, Hattie Wash <washhattie@gmail.com>

EXHIBIT 30

Good Morning Dr. Nance,

BJA made the award 2018-CY-BX-0025 to EMAGES, Inc. Although the application describes a partnership between EMAGES and C.L.I.C.K. Services, you served as an employee of EMAGES, Inc. with no sub-award or partner relationship with C.L.I.C.K. Services. EMAGES, Inc. has chosen to terminate the award per Dr. Hattie Wash's letter outlining the reasons, and BJA will work with EMAGES to close out the award. BJA will conduct an in-depth financial and programmatic review of the award activities between Oct. and Dec. to ensure funds were administered properly, or identify issues requiring resolution.

If C.L.I.C.K. Services would like to apply for a Second Chance Act Community-Based Program grant as a direct recipient or through a partnership with another organization to continue serving the community in FY 2021, please know that we will be announcing the Second Chance Act Solicitations this Fall.

https://mail.google.com/mail/u/0?ik=59015a130f&view=pt&search=all&permthid=thread-f%3A1678491767046200416&simpl=msg-f%3A16784917670...　　4/6

---

1/22/2021　　　　Yahoo Mail - RE: BJA FY 21 Second Chance Act Community Based Grant

## RE: BJA FY 21 Second Chance Act Community Based Grant

From: Dever, Michael (OJP) (michael.dever@usdoj.gov)
To: frednance@clickservices.org
Cc: tracey.willis@usdoj.gov; andre.bethea@usdoj.gov; jonathan.faley@usdoj.gov
Date: Thursday, January 21, 2021, 08:22 AM CST

Good Morning Dr. Nance,　　EXHIBIT 30

I'm glad to hear that you will be submitting an application through the competitive FY 2021 SCA Community-Based Solicitation. Please do not wait until the last few days to meet the deadlines: Grants.gov Registration is due by 3/16/2021; and the full application must be submitted in JustGrants by the March 30, 2021 deadline. The JustGrants system will be accepting applications this spring for the first time, and we want to make sure if you experience any glitches that we have time to address prior to the deadlines.

We appreciate the valuable work that you do, and look forward to hearing from your organization on any new project proposals.

Michael