UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz  Courtroom: 1903 |
| Defendants. | ) | |

**PLAINTIFF EVIDENTIARY MATERIAL
NUMBERED APPENDIX PURSUANT TO L.R. 56.1(d)(3)**

**EXHIBIT 33**

Exhibit 1:  Original Complaint

Exhibit 2:  Second Chance Act Grant Approval Notice

Exhibit 3:  Grant #2018-CY-BX-0025 Abstract and Proposal

Exhibit 4:  BJA FY21 Second Chance Act Community Based Reentry Program

Exhibit 5:  Emails – Suspension of Program

Exhibit 6:  Emails – Cook County Jail and Illinois Department of Corrections

Exhibit 7:  Office of Special Counsel Letter

Exhibit 8: Office of Inspector General Letter

Exhibit 9:  Office of Inspector General Hotline Form

Exhibit 10:  Whistleblower Protections

Exhibit 11:  Department of Justice Financial Management Training

Exhibit 12:  Plaintiff National Defense Authorization Act 2013 Whistleblower Complaints

Exhibit 13:  Emails – Whistleblower Complaint

Exhibit 14:  Congressman Danny K. Davis Letter of Support          **EXHIBIT 33**

Exhibit 15:  Emails – Congressman Davis re Whistleblower Complaints

Exhibit 16:  Emails – DOJ Brenda Worthington

Exhibit 17:  H.R. 1593 – Second Chance Act Bill of 2007

Exhibit 18:  Office of Special Counsel – Whistleblower Retaliation Law

Exhibit 19:  Office of Special Counsel – Prohibited Personnel Practices

Exhibit 20:  Emails – DOJ EEO Director

Exhibit 21:  Cover Letter to U.S. Attorney and Emails re Whistleblower Act Violations

Exhibit 22: Email – Office of Inspector General

Exhibit 23:  Office of Special Counsel Whistleblowing Poster

Exhibit 24:  Subaward Monitoring Policy for Grant #2018-CY-BX-0025

Exhibit 25:  Department of Justice Grants Financial Guide

Exhibit 26:  Public Law 114-261

Exhibit 27:  Department of Justice Covid-19 Instructions

Exhibit 28:  EMAGES Termination of Grant Letter

Exhibit 29:  Whistleblower Protections Under the National Defense Authorization Act

Exhibit 30:  Emails – Office of Justice Programs Division Chief re: Termination Letter

Exhibit 31:  Email – Bureau of Justice Assistance Division Chief re: Subaward Policy

Exhibit 32:  Department of Justice, Bureau of Justice Assistance, Office of Civil Rights Grant Policy for #2018-CY-BX-0025

Exhibit 33:  Evidentiary Material Exhibits – Reserved

Exhibit 34:  DOJ Cover Letter and U.S. Mail Receipt August 29, 2020

Exhibit 35:  SCA Group

Exhibit 36:   Jan Mar Group                                          **EXHIBIT 33**

Exhibit 37:   Additional Material Facts – Reserved

Exhibit 38:   Grant #2018-CY-BX-0025 Budget

Exhibit 39:   Grant #2018-CY-BX-0025 Application Submitted

Exhibit 40:   Grant #2018-CY-BX-0025 Budget Summary – Subaward Allocation

Exhibit 41:   Grant #2018-CY-BX-0025 Planning and Implementation Guide

Exhibit 42:   Second Chance Act Community-based Adult Reentry Program May 1, 2018

Exhibit 43:   SCA Technical Advisor Joseph Williams Emails re Covid-19


Respectfully submitted,


/s/Fred L Nance Jr.
Pro Se Plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org