MA`AT PROJECT
OCTOBER 2018 – SEPTEMBER 2021
MENTOR GROUP SHEET

**SEPTEMBER 30, 2020**  **EXHIBIT 35**

Parole/Probation Supervision Officers

Module 3
Pre-Questionnaires
Trauma   Mentoring
TIME 5:30 PM

**MONDAY GROUP – JAMIE ENGE/VALERIE MINOR**

| | | | | |
|---|---|---|---|---|
| 1. SYED AHMAD | Bond | 2001 | yes | yes |
| 2. AARON WILLIAMS-BANKS | Ronald Johnson | 2002 | yes | yes |
| 3. DEVANTE BEARDEN | DeYoung | 2004 | yes | yes |
| 4. MICHAEL BOONE | DeYoung | 2005 | yes Reincarcerated | |
| 5. MICHAEL LACY | DeYoung | 2007 | yes | yes |
| 6. DION MOORE | Grela | 2009 | yes | yes |
| 7. ANDRE HONORABLE | Ronald Johnson | 2010 | yes | yes |
| 8. LARRY RILEY | DeYoung | 2011 | yes | yes |
| 9. STUART WOODS | Ronald Johnson | 2013 | yes | yes |
| 10. LAMONT WASHINGTON | | 2058 | Never enrolled | |
| 11. ENRIQUE MARTINEZ | White | 2059 | yes | yes |
| 12. ANGELO SMITH | Grela | 2061 | Transferred out | |

**MONDAY GROUP – ALICIA PERRY/EARLENE BEARD**      **TIME 5:30 PM**

| | | | | |
|---|---|---|---|---|
| 1. BRYAN TRIPLETT | White | 2003 | yes | yes |
| 2. CHARLES PERKINS | Halsell | 2006 | yes | |
| 3. ANDRE KELLY | Jackson | 2016 | yes | |
| 4. JUAN PEREZ | Jackson | 2017 | | |
| 5. CHAD RAYNOR | DeYoung | 2018 | Reincarcerated | |

MA`AT PROJECT
OCTOBER 2018 – SEPTEMBER 2021
MENTOR GROUP SHEET

**EXHIBIT 35**

| | | Parole/Probation Supervision Officers | | **Module 3 Pre-Questionnaires** | |
|---|---|---|---|---|---|
| | | | | **Trauma** | **Mentoring** |
| 6. | STEVEN THOMAS | Herbert | 2020 | yes | |
| 7. | MICHAEL WHITE | DeYoung | 2021 | Parole Discharged | |
| 8. | MATHEW ZACZYK | Halsell | 2022 | yes | yes |
| 9. | JAMES McGEE | Jackson | 2063 | yes | yes |
| 10. | DOUGLAS LYEN | Conditt | 2066 | yes | |
| 11. | RONALD MORGAN | P/S | 2068 | Absent a lot | |
| 12. | TIMOTHY HOLMAN | P/S | 2070 | yes | |
| 13. | DERION CAUSEY | DeYoung | 2080 | yes | yes |
| 14. | MARCO CERVANTES | Halsell | 2082 | yes | yes |

**TUESDAY GROUP – CHAD ELLIS/SERITA ROBINSON**         **TIME 6:30**

| | | | | | |
|---|---|---|---|---|---|
| 1. | REGAN A. BOOSE | Jackson | 2024 | | |
| 2. | ZACHARY BLAYE | | 2025 | Transferred Out | |
| 3. | JOSE CERDA | DeYoung | 2026 | yes | |
| 4. | TRINDQUTTE ESCO | Grela | 2027 | yes | |
| 5. | BRYAN MORGA | DeYoung | 2028 | yes | |
| 6. | MERRICK STUBBS | Jackson | 2029 | | |
| 7. | MICHAEL D. WATKINS | Jackson | 2030 | | |
| 8. | GEORGE WASHINGTON | DeYoung | 2031 | | |
| 9. | DARYL WILSON | White | 2032 | yes | |
| 10. | MARTIN YOUKHANIS | DeYoung | 2033 | Transferred | |
| 11. | DEAN MILENKOVIC | Grela | 2054 | | |

MA`AT PROJECT
OCTOBER 2018 – SEPTEMBER 2021
MENTOR GROUP SHEET

**EXHIBIT 35**

| | Parole/Probation Supervision Officers | | **Module 3 Pre-Questionnaires** | |
|---|---|---|---|---|
| | | | **Trauma** | **Mentoring** |
| 12. KEENON SMITH | Bond | 2060 | | |
| 13. AVERY TATE | | 2062 | yes | |
| 14. DARRICK SIMS | | 2071 | yes | |
| 15. MICHAEL VILLAGOMEZ | Ronald Johnson | 2081 | yes | yes |

**WEDNESDAY GROUP – ALICIA PERRY/SERITA ROBINSON     TIME 5:30**

| | | | | |
|---|---|---|---|---|
| 1. SERGIO ELIACIN | | 2014 | Discharged | |
| 2. ANTHONY ANDERSON | DeYoung | 2034 | yes | |
| 3. EMMANUEL BUCHANON | | 2035 | Discharged | |
| 4. PIERRE CHANCELLOR | Social Services | 2036 | Never called in | |
| 5. WALTER CLAY | DeYoung | 2037 | yes | |
| 6. ALANIDO COLEMAN | DeYoung | 2038 | Revocation | |
| 7. JULIAN GALVAN | Bond | 2039 | Discharged | |
| 8. MARTEISE GILBERT | Grela | 2040 | Never called in | |
| 9. PHILLIP JOHNSON | DeYoung | 2041 | Completed Parole | |
| 10. MARK NUNNALLY | White | 2044 | yes | |
| 11. FRANK PERRINO | Grela | 2064 | yes | |
| 12. RICARDO CONCEPCION | Grela | 2065 | yes | |
| 13. FITZPATRICK DURHAM | Halsell | 2067 | yes | |
| 14. SAHEED RAHEEM | | 2069 | yes | |
| 15. JAMES BANKS | | 2075 | yes | yes |
| 16. ANDREW BOLTON | Moore | 2053 | yes | |

MA`AT PROJECT
OCTOBER 2018 – SEPTEMBER 2021
MENTOR GROUP SHEET

**EXHIBIT 35**

| | Parole/Probation Supervision Officers | | **Module 3 Pre-Questionnaires** | |
|---|---|---|---|---|
| | | | Trauma | Mentoring |
| 17. DAVID LACHOWICZ | Grela | 2076 | yes | yes |
| 18. KEVIN SKARITKA | Grela | 2078 | yes | yes |
| 19. CHANCE HOULDEN | | 2079 | yes | yes |

**THURSDAY GROUP – SPECIAL NEEDS UNIT**         **TIME 10:30 AM**

**ALICIA PERRY**

| | | | | |
|---|---|---|---|---|
| 1. KEITH NEWTON | Moore | | 3001 | Emp. Discharged |
| 2. JEFFERY COLE | DeYoung | | 3002 | Discharged |
| 3. JOHN FRELIGH | Moore | | 3003 | |
| 4. TAYLOR REGINALD | Bond | | 3004 | |
| 5. JEFF PALADE | Herbert | | 3005 | |
| 6. COREY LEE | DeYoung | | 3006 | |
| 7. PHILLIP BINION | Bond | | 3007 | |
| 8. MATTHEW TIDWELL | Moore | | 3008 | Emp. Discharged |
| 9. ANGILO DAIR | Moore | | 3009 | Emp. Discharged |
| 10. TERRY TOWNSEND | Moore | | 3010 | Emp. Discharged |
| 11. CHRISTOPHER RODRIQUEZ | Moore | | 3011 | |
| 12. JAMARR DUNN | Jackson | | 3012 | |
| 13. GERROD GREER | | | 3013 | Revocation |
| 14. DEMARCUS SAGO | DeYoung | Disch | 3014 | |

MA`AT PROJECT  
OCTOBER 2018 – SEPTEMBER 2021  
MENTOR GROUP SHEET

EXHIBIT 35

Parole/Probation Supervision Officers

Module 3  
Pre-Questionnaires  
Trauma Mentoring  
TIME 5:00 PM

**FRIDAY GROUP – COOK COUNTY JAIL**

**SERITA ROBINSON**

1. BYRON JACKSON — 4001 — Refused Service
2. CORY FISHER — 4002
3. MARK SAMANO — 4003 — Refused Service
4. KENNETH BATTINUS — 4004 — Refused Service
5. MICHAEL BROWN — 4005
6. ANTHONY STEVENSON — 4006 — Transferred Out
7. TYRONE RICE — 4007 — Refused Service
8. JERRY KIRKMAN — 4008 — Refused Service
9. MICHAEL POWELL — 4009
10. ANTHONY PETERS — 4010 — Refused Service
11. GERALD WALKER — 4011 — Refused Service
12. MARIO PECINA — 4012 — Refused Service
13. JOHN AVALOY — Bonded Out — 4013
14. JOSHUA ALEXANDER — 4014
15. LUIS S ZHUNIO-CARCH — 4016 — Discharged-Bond Out
16. ADISO Y SEFER — 4017

**SATURDAY GROUP – ALICIA PERRY/SERITA ROBINSON**   TIME 9:00 AM

1. MARCUS CLARK — Galen.Moore — 2012 — Revocation
2. JASON JOHNSON — Jackson — 2015 — yes

# MA`AT PROJECT
## OCTOBER 2018 – SEPTEMBER 2021    EXHIBIT 35
### MENTOR GROUP SHEET

| | Parole/Probation Supervision Officers | | Module 3 Pre-Questionnaires Trauma | Mentoring |
|---|---|---|---|---|
| 3. ANTOINE SAWYER | Jackson | 2019 | yes | |
| 4. ALBERT BATES | Grela | 2023 | Absent | |
| 5. DAVID KEYS | DeYoung | 2042 | Reincarcerated | |
| 6. DARREN KING | | 2043 | Revocation | |
| 7. DANIEL DELGADO | Carolyn Williams | 2045 | | |
| 8. DONALD TURNER | DeYoung | 2046 | Discharged | |
| 9. HENRY BLACK | DeYoung | 2047 | Discharged | |
| 10. JUSTIN THOMAS | | 2048 | Probation Discharge | |
| 11. KEVIN WILSON | | 2049 | Parole Discharge | |
| 12. MARQUICE SHELTON | DeYoung | 2050 | yes | |
| 13. RICHARD MCMILLIAN | DeYoung | 2051 | yes | |
| 14. STEVEN AMBRIZ | DeYoung | 2052 | yes | |
| 15. JUSTIN COLLINS | Jackson | 2055 | Revocation | |
| 16. LARRY GATES | Bond | 2056 | yes Reincarcerated | |
| 17. EFRAIN ARCEO | Holmes 8/7/20 | 2057 | Probation Discharge | |
| 18. JAMES STAPLES | | 2072 | yes | |
| 19. SHAUN JACKSON | | 2073 | yes | |
| 20. BENJAMIN OLVERA | | 2074 | yes | |
| 21. BRANDON GREEN | DeYoung | 2077 | yes | yes |