EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** February 2020 | GROUP | Monday 1st Group | 5:30 pm to 6:30 pm | **Facilitators: Jamie Enge & Valerie Minor**

2-21-20

**JANUARY 2020**

| | NAME | SS | PA | PR | | 02/03/2020 Week 1 P | A | T | M | | 02/10/2020 Week 2 P | A | T | M | | 02/17/2020 Week 3 P | A | T | M | | 02/24/2020 Week 4 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Syed Ahmad 2001 | | ✓ | | | | | | | | ✓ | | | | | | ✓ | | | | ✓ | | | |
| 2 | Aaron Williams-Banks 2002 | | | ✓ | | ✓ | | | | | | | | | | | ✓ | | | | ✓ | | | |
| 3 | Devante Bearden 2004 | | ✓ | | | | | ✓ | | | ✓ | | | | | | ✓ | | | | ✓ | | | |
| 4 | Michael Boone 2005 | | ✓ | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | ✓ | | | |
| 5 | Michael Lacy 2007 | | ✓ | | | | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 6 | Dion Moore 2009 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | ✓ | | |
| 7 | Andre Honorable 2010 | | | ✓ | | | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 8 | Larry Riley 2011 | | ✓ | | | | | | | Suspended | | | | | Suspended | | | | | Suspended | | | | |
| 9 | Stuart Woods 2013 | | | ✓ | Suspended | | | | | | | | | | Suspended | | ✓ | | | | ✓ | | | |
| 10 | Enrique Martinez 2059 | | | ✓ | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 11 | Angelo Smith 2061 | | ✓ | | | | | ✓ | | | | ✓ | | | | | ✓ | | | Came 6:40 pm | ✓ | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

↑ Make-up group

EXHIBIT 36

E M A G E S

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

E

**Month:** February 2020 | GROUP | Monday 2nd Group | 5:30 pm to 6:30 pm | **Facilitators: Dion Walker & Earlene Beard**

| | **JANUARY 2020** | | | | | **02/03/2020 Week 1** | | | | | **02/10/2020 Week 2** | | | | | **02/17/2020 Week 3** | | | | | **02/24/2020 Week 4** | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **NAME** | **SS** | **PA** | **PR** | | **P** | **A** | **T** | **M** | Error EB ↓ | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** |
| 1 | **Bryan Triplett 2003** | | | | | ✓ | | | | ✓ | ✓ | | | | | | | | | | ✓ | | | |
| 2 | **Charles Perkins 2006** | | | | | ✓ | | | | | | | | | | | | | | | | ✓ | | |
| 3 | **Andre Kelly 2016** | | | | | ✓ | | | | | ✓ | | | | | | | | | | ✓ | | | |
| 4 | **Juan Perez 2017** | | | | | ✓ | | | | ✓ | ✓ | | | | | | | | | | ✓ | | | |
| 5 | **Chad Raynor 2018** | | | | | ✓ | | | | | | | | | | | | | | | ✓ | | | |
| 6 | **Steven Thomas 2020** | | | | | ✓ | | | | ✓ | ✓ | | | | | | | | | | ✓ | | | |
| 7 | **Mathew Zaczyk 2022** | | | | | ✓ | | | | ✓ | ✓ | | | | | | | | | | ✓ | | | |
| 8 | **James McGee 2063** | | | | | ✓ | | | | ✓ | ✓ | | | | | | | | | | ✓ | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |

**R= Referrals: PA/Parole PR/Probation SS/Social Service**
**P=Present A=Absent T=Tardy M=Make-up**

EXHIBIT 36

# E M A G E S — EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: February 2020** | GROUP | Tuesday | 6:30 pm to 7:30 pm | **Facilitators: Chad Ellis & Serita Robinson**

**JANUARY 2020**

| NAME | SS | PA | PR | 02/04/2020 Week 1 P | A | T | M | 02/11/2020 Week 2 P | A | T | M | 02/18/2020 Week 3 P | A | T | M | 02/25/2020 Week 4 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 Marcus Clark 2012 | | | | ✓ | | | | | | ✓ | | | ✓ | | | | ✓ | | |
| 2 Regan Boose 2024 | | | | ✓ | | | | ✓ | [scribbled] | | | ✓ | | | | ✓ | | | |
| 3 Jose Cerda 2026 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 4 Trindqutte Esco 2027 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 5 Bryan Morga 2028 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 6 Merrick Stubbs 2029 | | | | | ✓ | | | [scribbled] | | ✓ | | | ✓ | | | | ✓ | | |
| 7 Michael Watkins 2030 | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | ✓ | |
| 8 George Washington 2031 | | | | ✓ | | | | | ✓ | | | ✓ | | | | ✓ | | | |
| 9 Daryl Wilson 2032 | | | | | ✓ | | | | ✓ | | | ✓ | | | | | ✓ | | |
| 10 Martin Youkanis 2033 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 11 Dean Milenkovic 2054 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 12 Keenon Smith 2060 | | | | ✓ | | | | ✓ | | | | | ✓ | | | | | ✓ | |
| 13 Avery Tate 2062 | | | | ✓ | | | | ✓ | | | | ✓ | | | | | ✓ | | |

Michael Boone ✓

R= Referrals: P=Present | PA/Parole A=Absent | PR/Probation T=Tardy | SS/Social Service M=Make-up

Juan Perez

Bryan Triplett





# E M A G E S — EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: February 2020** | GROUP | Wednesday | 5:30 pm to 6:30 pm | **Facilitators: Lori Ortiz & Deborah Taylor**

**JANUARY 2020**

| | NAME | SS | PA | PR | 02/05/2020 Week 1 | | | | 02/12/2020 Week 2 | | | | 02/19/2020 Week 3 | | | | 02/26/2020 Week 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M |
| 1 | Anthony Anderson 2034 | | ✓ | | ✓ | | | | | [scribbled] | [scribbled] | | ✓ | | | | ✓ | | | |
| 2 | Pierre Chancellor 2036 | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | [scribbled] | ✓ | | |
| 3 | Walter Clay 2037 | | ✓ | | ✓ | | | | ✓ | [scribbled] | | | ✓ | | | | ✓ | | | |
| 4 | Alanido Coleman 2038 | | [scribbled] | | VIOLATED 1/31/20 VIOLATED | | | | | | | | | | | | | | | |
| 5 | Marteise Gilbert 2040 | | ✓ | | ✓ | | | | | ✓ | | | ✓ | | | | ✓ | | | |
| 6 | Phillip Johnson 2041 | | ✓ | | | ✓ | | | ✓ | [scribbled] | | | | ✓ | | | ✓ | | | |
| 7 | Mark Nunnally 2044 | | | ✓ | ✓ | | | | ✓ | [scribbled] | | | ✓ | | | | ✓ | | | |
| 8 | Frank Perrino 2064 | | ✓ | | ✓ | | | | ✓ | [scribbled] | | | ✓ | | | | ✓ | | | |
| 9 | MARCUS Clark | | MOVING TO SATURDAY | | | | | | | | | | MOVED TO SATURDAY | | | | | | | |
| 10 | Darren King | | | | | | | | | | | | | | | ✓ | [scribbled] | | | ✓ |
| 11 | Ricardo Concepcion | | | | | | | | | | | | ✓ | | | | ✓ | | | [scribbled] |
| 12 | Dion MOORE | | | | | | | | | | | | | | | | | | | ✓ |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

A - COLEMAN VIOLATED 1/31/20

E M A G E S

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

E

**Month: February 2020** GROUP Thursday 10:30 am to 11:30 am **Facilitator: Dion Walker & Alicia Perry**

**JANUARY 2020**

| # | NAME | SS | PA | PR | Week 1 (02/06/2020) P | A | T | M | Week 2 (02/13/2020) P | A | T | M | Week 3 (02/20/2020 -9:30 AM) P | A | T | M | Week 4 (02/27/2020-10:30 AM) P | A | T | M | Week 5 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Jeffery Cole 3002 | | | | ✓ | REMOVE FROM LIST WORKING AS OF 02/13/20 | | | | | | | | | | | | | | | | | | |
| 2 | John Freligh 3003 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | [illegible] | | | | | | |
| 3 | Taylor Reginald 3004 | | | | ✓ | | | | | ✓ | | | | | | | | ✓ | | | | | | |
| 4 | Jeff Palade 3005 | | | | ✓ | | | | ✓ | | | | | | | | | ✓ | | | | | | |
| 5 | Corey Lee 3006 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | | | | | |
| 6 | Phillip Binion 3007 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | | | | | |
| 7 | Christopher Rodriquez 3011 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | | | | | |
| 8 | Jamarr Dunn 3012 | | | | ✓ | | | | | ✓ | | | ✓ | | | | ✓ | Not employed agreed to attend all classes moving forward | | | | | | |
| 9 | Demarcus Sago 3014 | | | | ✓ | REMOVE FROM LIST WORKING AS OF 02/13/20 | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | |

**R= Referrals: PA/Parole PR/Probation SS/Social Service**
**P=Present A=Absent T=Tardy M=Make-up**

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: February 2020** | GROUP | Friday | 5:00 pm to 6:00 pm | **Facilitators: Dwayne Reed & Serita Robinson**

| | JANUARY 2020 | | | | 02/07/2020 Week 1 | | | | 02/14/2020 Week 2 | | | | 02/21/2020 Week 3 | | | | 02/28/2020 Week 4 | | | | Week 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | SS | PA | PR | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M |
| 1 | Cory Fisher 4002 | | | | ✓ | | | | ✓ | | | | | | | | ✓ | | | | ✓ | | | |
| 2 | Michael Brown 4005 | | | | ✓ | | | | ✓ | | | | | | | | | ✓ | | | | ? | | |
| 3 | Michael Powell 4009 | | | | ✓ | | | | ✓ | | | | | | | | | ✓ | | | | ✓ | | |
| 4 | John Avaloy 4013 | | | | ✓ | | | | ✓ | | | | | | | | Bonded out | | | | | | | |
| 5 | Joshua Alexander 4014 | | | | ✓ | | | | ✓ | | | | | | | | ✓ | | | | ✓ | | | |
| 6 | Gabriel Melendez-Morales 4015 | | | | [scribbled out] | ✓ | | | | ✓ | | | | | | | | ✓ | | | | ✓ | | |
| 7 | Luis S Zhunio-Carch 4016 | | | | ✓ | | | | | ✓ | | | Discharged [illegible] | | | | | | | | | | | |
| 8 | Adiso Y Sefer 4017 | | | | ✓ | [scribbled out] | | | | ✓ | | | | | | | | ✓ | | | | ✓ | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

EXHIBIT 36

E MAGES E

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

Month: JANUARY 2020 | GROUP | Friday | 5:00 pm to 6:00 pm (5:30pm to 6:30pm) | Facilitators: Dwayne Reed & Serita Robinson

JANUARY 2020

| NAME | SS | PA | PR | 01/03/2020 Week 1 P | A | T | M | 01/10/2020 Week 2 P | A | T | M | 01/17/2020 Week 3 P | A | T | M | 01/24/2020 Week 4 P | A | T | M | 01/31/2020 Week 5 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael Powell | 4009 | | | ✓ | | | | ✓ | ✓ | | | | ✓ | | | | ✓ Refuse | | | | ✓ | | |
| Byron Jackson | 4001 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | |
| Kenneth Battinus | 4004 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | |
| Cory Fisher | 4002 | | | ✓ | ✓ | | | [scribbled] | ✓ | | | ✓ | | | | | ✓ work | | | ✓ | | | |
| John Avaloy | 4013 | | | ✓ | ✓ | | | | ✓ | | | | ✓ | | | | ✓ work | | | ✓ | | | |
| Michael Brown | 4005 | | | [scribbled] | ✓ | | | ✓ | | | | ✓ | | | | | ✓ court | | | ✓ | | | |
| Anthony Stevenson | 4006 | | | ✓ | | | | | | | | | | | | | | | | | | | |

Handwritten vertically between Week 1 and Week 2: Tier 2B observation

Handwritten vertically between Week 3 and Week 4: No Group

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: February 2020** | GROUP | Saturday | 9:00 am to 10:00 am | **Facilitators: Lori Ortiz & Serita Robinson**

| | | | | | 02/01/2020 | | | | | 02/8/2020 | | | | | 02/15/2020 | | | | | 02/22/2020 | | | | 02/29/2020 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **JANUARY 2020** | | | | | Week 1 | | | | | Week 2 | | | | | Week 3 | | | | | Week 4 | | | | | | | |
| **NAME** | **SS** | **PA** | **PR** | | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** | **P** | **A** | **T** | **M** |
| Jason Johnson 2015 | | ✓ | | | | ✓ | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| Antoine Sawyer 2019 | | ✓ | | | ✓ | | | | | | ✓ | | | | ✓ | ✓ | | | | ✓ | | | | ✓ | | | |
| Albert Bates 2023 | | ✓ | | | | ✓ | | | | | ✓ | | | | ✓ | | | | | | ✓ | | | | ✓ | | |
| David Keys 2042 | | ✓ | | | ✓ | | | | | ✓ | VIOLATED | | | | | | | | | VIOLATED | | | | | | | |
| Daniel Delgado 2045 | | | ✓ | | ✓ | | | | | | ✓ | | | | ✓ | | | | | | | ✓ | | ✓ | | | |
| Donald Turner 2046 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Henry Black 2047 | | ✓ | | | | ✓ | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | |
| Marquice Shelton 2050 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Richard McMillian 2051 | | ✓ | | | | ✓ | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Steven Ambriz 2052 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | ✓ | | | ✓ | | | |
| Andrew Bolton 2053 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Larry Gates 2056 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Efrain Arceo 2057 | | | ✓ | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | | ✓ | | ✓ | | | |
| CHARLES PERKINS | | ✓ | | | | | | ✓ | | | | | | | ✓ | ✓ | | | | | | | | | | | |
| DARREN KMG 2043 | | | | | | | | | | ✓ | | | | | | ✓ | | | | | ✓ | | | | ✓ | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

Aaron Williams - M CHARLES PERKINS - M

Turn on Back

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: JANUARY 2020** GROUP Monday 1st Group 5:30 pm to 6:30 pm **Facilitators: Jamie Enge & Valerie Minor**

| # | JANUARY 2020 NAME | SS | PA | PR | | 01/06/2020 Week 1 P | A | T | M | | 01/13/2020 Week 2 P | A | T | M | | 01/~~20~~ 24/2020 Week 3 P | A | T | M | | 01/27/2019 Week 4 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Syed Ahmad 2001 | | ✓ | | | ✓ | | | | | ✓ | | | | | | | | | | ✓ | | | |
| 2 ✓ | Aaron Williams-Banks 2002 | | | ✓ | | | ✓ | | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 3 | Devante Bearden 2004 | | ✓ | | | ✓ | | | | | ✓ | | | | | | | | | | ✓ | | | |
| 4 | Michael Boone 2005 | | ✓ | | | ✓ | | | | | ✓ | | | | | | | | | | ✓ | | | |
| 5 | Michael Lacy 2007 | | ✓ | | | | | ✓ | | | | | | | | | | ✓ | | | ✓ | | | |
| 6 | Dion Moore 2009 | | ✓ | | | | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 7 ✓ | Andre Honorable 2010 | | | ✓ | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 8 | Larry Riley 2011 | | ✓ | | | ✓ | | | | | ✓ | | | | | | | | | | ✓ | | | |
| 9 | Stuart Woods 2013 3 wks absent | | | ✓ | | | A ✓ | | | | | A ✓ | | | | | | | | | | | | |
| 10 | Lamont Washington 2058 | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | Enrique Martinez 2059 | | | ✓ | | | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 12 ✓ | Angelo Smith 2061 | | | | | | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |

**R= Referrals: PA/Parole PR/Probation SS/Social Service**
**P=Present A=Absent T=Tardy M=Make-up**

# E M A G E S — EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: JANUARY 2020** | GROUP | Monday 2nd Group | 5:30 pm to 6:30 pm | **Facilitators: Dion Walker & Earlene Beard**

**JANUARY 2020**

| # | NAME | SS | PA | PR | 01/06/2020 Week 1 P | A | T | M | 01/13/2020 Week 2 P | A | T | M | 01/20/2020 Week 3 P | A | T | M | 01/27/2020 Week 4 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Bryan Triplett 2003 | | | ✓ | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 2 | Charles Perkins 2006 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | [illegible] | ✓ | | |
| 3 | Andre Kelly 2016 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | [illegible] | | |
| 4 | Juan Perez 2017 | | ✓ | | ✓ | | | | ✓ | | | | A | ✓ | | | ✓ | | | |
| 5 | Chad Raynor 2018 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ [illegible] | | | |
| 6 | Antoine Sawyer 2019 | | ✓ | | | | ✓ | | | | ✓ | | Transfer to Saturday Group H 1/15/20 | | | | | | | |
| 7 | Steven Thomas 2020 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | [illegible] | | |
| 8 | Michael White 2021 | | ✓ | | ✓ | | | | ✓ | | | | A | ✓ | | | | ✓ Parole H Discharged | | |
| 9 | Mathew Zaczyk 2022 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | [illegible] | | | |
| 10 | Dean Milenkov Make-up | | | | | | | ✓ | | | | | A | | | | | | | |
| 11 | Jose Cerda | | | | | | | ✓ | | | | | A | | | | | | | |
| 12 | Boone Michael | | | | | | | | | | | | M | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

EXHIBIT 36

# E M A G E S — EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** JANUARY 2020 | GROUP | Tuesday | 6:30 pm to 7:30 pm | **Facilitators:** Chad Ellis & Serita Robinson

| JANUARY 2020 | | | | 01/07/2020 Week 1 | | | | 01/14/2020 Week 2 | | | | 01/21/2020 Week 3 | | | | 01/28/2020 Week 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | SS | PA | PR | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M |
| 1 Marcus Clark 2012 | | | | | ✓ | | | | ✓ | | | | | ✓ | | ✓ | | | |
| 2 Regan Boose 2024 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 3 Jose Cerda 2026 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 4 Trindqutte Esco 2027 | | | | ✓ | | | | ✓ | | | | | | ✓ | | ✓ | | | |
| 5 Bryan Morga 2028 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 6 Merrick Stubbs 2029 | | | | ✓ | | | | | | ✓ | | | ✓ | | | | | ✓ | |
| 7 Michael Watkins 2030 | | | | ✓ | | | | ✓ | | | | | ✓ | | | ✓ | | | |
| 8 George Washington 2031 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 9 Daryl Wilson 2032 | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | ✓ | |
| 10 Martin Youkanis 2033 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 11 Keenon Smith 2060 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 12 Dean Milenkovic 2054 | | | | | ✓ | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 13 | | | | | | | | | | | | | | | | | | | |

**R= Referrals:** **PA/Parole** **PR/Probation** **SS/Social Service**
**P=Present** **A=Absent** **T=Tardy** **M=Make-up**



EXHIBIT 36

# E M A G E S

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** **JANUARY 2020** | GROUP | Tuesday | 6:30 pm to 7:30 pm | **Facilitators:** **Chad Ellis & Serita Robinson**

| **JANUARY 2020** | | | | | **01/07/2020 Week 1** | | | | | **01/14/2020 Week 2** | | | | | **01/21/2020 Week 3** | | | | | **01/28/2020 Week 4** | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **NAME** | **SS** | **PA** | **PR** | | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** | | **P** | **A** | **T** | **M** | |
| Juan Perez | | | | | | | | ✓ | | | | | | | | | | ✓ | | | | | | |
| Michael Boone | | | | | | | | ✓ | | | | | | | | | | | | | | | ✓ | |
| Efrain Arceo | | | | | | | | | | | | | | | | | | | | | | | ✓ | |

**R= Referrals:** **PA/Parole** **PR/Probation** **SS/Social Service**

**P=Present** **A=Absent** **T=Tardy** **M=Make-up**

EXHIBIT 36

E M A G E S E

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: JANUARY 2020** GROUP Wednesday 5:30 pm to 6:30 pm **Facilitators: Lori Ortiz & Deborah Taylor**

| JANUARY 2020 | | | | | 1/08/2020 Week 1 | | | | | 1/15/2020 Week 2 | | | | | 1/22/2020 Week 3 | | | | | 1/29/2020 Week 4 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | SS | PA | PR | | P | A | T | M | | P | A | T | M | | P | A | T | M | | P | A | T | M |
| Sergio Eliacin 2014 | | | | | DISCHARGED | | | | | | | | | | | | | | | Discharged | | | |
| Anthony Anderson 2034 | | | | | | | ✓ | | | ✓ | | | | | ✓ | | [scribble] | | | ✓ | | | |
| Emmanuel Buchanon 2035 | | | | | DISCHARED | | | | | | | | | | | | | | | DISCHARGED | | | |
| Pierre Chancellor 2036 | | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | |
| Walter Clay 2037 | | | | | ✓ | | | | | ✓ | | | | | ✓ | DT | | | | ✓ | | | |
| Alanido Coleman 2038 | | | | | ✓ | | | | | | ✓ | | | | | ✓ | | | | | ✓ | | |
| Julian Galvan 2039 | | | | | ✓ | | | | | | | ✓ | | | DISCHARGED | | | | | Discharged | | | |
| Marteise Gilbert 2040 | | | | | ✓ | | | | | ✓ | | | | | ✓ | | [scribble] | | | ✓ | | | |
| Phillip Johnson 2041 | | | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | Called No moveme | | | |
| David Keys 2042 | | | | | ✓ | | | Moved | | | | | | To | SATURDAY | | | | | | | | |
| Mark Nunnally 2044 | | | | | ✓ | | | | | ✓ | | | | | ✓ | DT | | | | ✓ | | | |
| Efrain Arcco | | | | | | | | | | | | | | | | | | ✓ | | ✓ Came to Tuesday | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

P JOHNSON CALLED 'Unable to get movement

DAVID KEYS MOVED TO SATURDAY

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** JANUARY 2020 | GROUP | Thursday | 10:30 am to 11:30 am | **Facilitator:** Dion Walker & Alicia Perry

| JANUARY 2020 | | | | | 01/02/2020 Week 1 | | | | | 01/09/2020 Week 2 | | | | | 01/16/2020 Week 3 | | | | | 01/23/2020 Week 4 | | | | 01/30/2020 Week 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | SS | PA | PR | | P | A | T | M | | P | A | T | M | | P | A | T | M | | P | A | T | M | P | A | T | M |
| Keith Newton 3001 ✓ | | ✓ | | | | | | | | ✓ | | | | | ✓ | | | | | ✓ Removed From Class | | | | | | | |
| Jeffery Cole 3002 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | |
| John Freligh 3003 ✓ | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Taylor Reginald 3004 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | | | | | ✓ | | |
| Jeffery Palade 3005 ✓ | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Corey Lee 3006 | | ✓ | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| Phillip Binion 3007 ✓ | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Matthew Tidwell 3008 | | ✓ | | | | ✓ | | | | | ✓ | | | | Working can no longer make Thursday group | | | | | | | | | | | | |
| Angilo Dair 3009 | | ✓ | | | | ✓ | | | | | ✓ | | | | Working can no longer make Thursday group | | | | | | | | | | | | |
| Terry Townsend 3010 | | ✓ | | | ✓ | | | | | | ✓ | | | | No longer in Thursday Group | | | | | | | | | | | | |
| Christopher Rodriquez 3011 ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Jamar Dunn 3012 | | ✓ | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | | ✓ | | |
| Gerrod Greer 3013 | | | | | | ✓ | | | | | ✓ | | | | Re incarcerated | | | | | | | | | | | | |
| Demarcus Sago 3014 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | ✓ | | |

**R= Referrals:** **PA/Parole** **PR/Probation** **SS/Social Service**
**P=Present** **A=Absent** **T=Tardy** **M=Make-up**

EXHIBIT 56

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: JANUARY 2020** | GROUP | Saturday | 9:00 am to 10:00 am | **Facilitators: Lori Ortiz & Serita Robinson**

**JANUARY 2020**

| NAME | SS | PA | PR | 01/04/2020 Week 1 P | A | T | M | 01/11/2020 Week 2 P | A | T | M | 01/18/2020 Week 3 P | A | T | M | 01/25/2020 Week 4 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jason Johnson 2015 | | ✓ | | | ✓ | | | | ✓ | | | | ✓ | | | ✓ | | | |
| Albert Bates 2023 | | ✓ | | ✓ | | | | | ✓ | | | | ✓ | | | | ✓ | | |
| Daniel Delgado 2045 | | | ✓ | ✓ | | | | ✓ | | | | ✓ | | | | | | ✓ | |
| Donald Turner 2046 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| Henry Black 2047 | | ✓ | | ✓ | | | | ✓ | | | | | ✓ | | | ✓ | | | |
| Marquice Shelton 2050 | | ✓ | | ✓ | | | | | ✓ | | | ✓ | | | | ✓ | | | |
| Richard McMillian 2051 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| Steven Ambriz 2052 | | ✓ | | ✓ | | | | | ✓ | | | ✓ | | | | ✓ | | | |
| Andrew Bolton 2053 | | ✓ | | ✓ | | | | ✓ | | | | M | M ✓ | | | ✓ | | | |
| Justin Collins 2055 | | ✓ | | | ✓ | | | | ✓ | | | | ✓ | | | IN PRISON —— | | | |
| Larry Gates 2056 | | ✓ | | ✓ | | | | | | ✓ | | ✓ | | | | ✓ | | | |
| Efrain Arceo 2057 | | | ✓ | ✓ | | | | | ✓ | | | | ✓ | | | | ✓ | | |
| David Keys 2042 | | | | | | | | | | | ✓ | ✓ | | | M | ✓ | | | |
| Antoine Sawyer 2019 | | ✓ | | | | | | | | | | ✓ | | | | ✓ | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service

P=Present A=Absent T=Tardy M=Make-up

EXHIBIT 36

E M A G E S

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** March 2020 | GROUP | Monday 1st Group | 5:30 pm to 6:30 pm | **Facilitators: Jamie Enge & Valerie Minor**

| | | | | | 03/02/2020 | | | | 03/09/2020 | | | | 03/16/2020 | | | | 03/23/2020 | | | | 03/30/2020 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Week 1 | | | | Week 2 | | | | Week 3 | | | | Week 4 | | | | Week 5 | | | |
| | NAME | SS | PA | PR | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M |
| 1 | Syed Ahmad 2001 | | | | ✓ | | | | ✓ | | | | | ✓ | | | ✓ | | | | ✓ | | | |
| 2 | Aaron Williams-Banks 2002 | | | | | ✓ | | | ✓ | | | | | ✓ | | | CC ✓ | | | | ✓ | | | |
| 3 | Devante Bearden 2004 | | | | | ✓ | | | | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | |
| 4 | Michael Boone 2005 | | | | ✓ | | | | ✓ | | | | ✓ | | | | CC ✓ | | | | ✓ | | | |
| 5 | Michael Lacy 2007 | | | | ✓ | | | | ✓ | | | | ✓ | | | | | | | | ✓ | | | |
| 6 | Dion Moore 2009 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 7 | Andre Honorable 2010 | | | | ✓ | | | | ✓ | | | | ✓ | | | | | ✓ | | | ✓ | | | |
| 8 | Larry Riley 2011 | | | | ✓ | | | | | | ✓ | | | ✓ | | | | | | | ✓ | | | |
| 9 | Stuart Woods 2013 | | | | | ✓ | | | ✓ | | | | | ✓ | | | CC ✓ | | | | | ✓ | | |
| 10 | Enrique Martinez 2059 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| 11 | Angelo Smith 2061 | | | | | ✓ Suspended | | | | ✓ Suspended | | | | ✓ Suspended | | | | ✓ Suspended | | | Suspended | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | 4=A | | | | 1=A | | | | 5=A | | | | | | | | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

what is the status for Stuart Woods on 3/9/20 (A)

CC = conference call

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: March 2020** | GROUP | Monday 2nd Group | 5:30 pm to 6:30 pm | **Facilitators: Alicia Perry & Earlene Beard**

| NAME | SS | PA | PR | | 03/02/2020 Week 1 P | A | T | M | | 03/09/2020 Week 2 P | A | T | M | | 03/16/2020 Week 3 P | A | T | M | | 03/23/2020 Week 4 P | A | T | M | 03/30/2020 Week 5 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bryan Triplett 2003 | | | | | X | | | | | X | | | | | X | | | | | cc | | | | cc | | | |
| Charles Perkins 2006 | | | | | X | | | | | X | | | | | X | | | | | X | | | | X | | | |
| Andre Kelly 2016 | | | | | | | X | | | X | | | | | X | | | | | X | | | | cc | | | |
| Juan Perez 2017 | | | | | | | X | | | X | | | | | X | | | | | X | | | | cc | | | |
| Chad Raynor 2018 | | | | | | | X | | | X | | | | | | X | | | | | / | | | cc | | | |
| Steven Thomas 2020 | | | | | | | X | | | X | | | | | X | | | | | X | | | | cc | | | |
| Mathew Zaczyk 2022 | | | | | X | | | | | X | | | | | X | | | | | cc | | | | cc | | | |
| James McGee 2063 | | | | | | X | | | | X | | | | | | X | | | | | | X | | EB | X | | |
| Ronald Morgan 2068 | | | | | | | | | | X | | | | | X | | | | | X | | | | X | | | |
| Phillip Johnson | | | | | | | | | | | | | | | EB X | | | X | | | | | | | | | |
| Timothy Holman 2070 | | | | | | | | | | | | | | | | | | | EB | X | | | | cc | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

Conference Call
CC= Phone

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** March 2020 | GROUP | Tuesday | 6:30 pm to 7:30 pm | **Facilitators: Chad Ellis & Serita Robinson**

| NAME | SS | PA | PR | | 03/03/2020 Week 1 | | | | | 03/10/2020 Week 2 | | | | | 03/17/2020 Week 3 | | | | | 03/24/2020 Week 4 | | | | 03/31/2020 Week 5 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | P | A | T | M | | P | A | T | M | | P | A | T | M | | P | A | T | M | P | A | T | M |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Regan Boose 2024 | | | | | ✓ | | | | | ✓ | | | | | | ○ | | | | ✓ | [scribble] | | | ✓ | | | |
| Jose Cerda 2026 | | | | | | | ✓ | | | [scribble] | | | | | ✓ | | | | | ✓ | [scribble] | | | ✓ | | | |
| Trindqutte Esco 2027 | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Bryan Morga 2028 | | | | | | ✓ | | | | ✓ | | | | | | | ✓ | | | ✓ | | | | ✓ | | | |
| Merrick Stubbs 2029 | | | | | | ✓ | | | | | ✓ | | | | [scribble] | ✓ | | | | ✓ | | | | ✓ | | | |
| Michael Watkins 2030 | | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | | | (✓) | | | ✓ [scribble] | [scribble] | | |
| George Washington 2031 | | | | | ✓ | | | | | ✓ | | | | | | ○ | | | | ✓ | | | | ✓ | | | |
| Daryl Wilson 2032 | | | | | | | ✓ | | | | ✓ | | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| ~~Martin Youkanis 2033~~ | | | | | Moved out of State | | | | | | | | | | | | | | | | | | | | | | |
| Dean Milenkovic 2054 | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Keenon Smith 2060 | | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Avery Tate 2062 | | | | | ✓ | | | | | | ✓ | | | | ✓ | | | | | ✓ | | | | ✓ | | | |
| Darrick Sims 2071 | | | | | | | | | | | | | | | ✓ | | | | | [scribble] | ✓ | | | | ✓ | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

3/31/20 M. Watkins car trouble CEllis

○ = Were told not to come in (Coronavirus) CEllis 3/17/20

Devante Bearden (make-up 3/24/2020)

EXHIBIT 36

E M A G E S

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** March 2020 | GROUP | Wednesday | 5:30 pm to 6:30 pm | **Facilitators: Lori Ortiz & Deborah Taylor**

| NAME | SS | PA | PR | 03/04/2020 Week 1 P | A | T | M | 03/11/2020 Week 2 P | A | T | M | 03/18/2020 Week 3 P | A | T | M | 03/25/2020 Week 4 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Anthony Anderson 2034 | | ✓ | | ✓ | | | | ✓ | ✓ | | | | ✓ | | | ✓ | | | |
| Pierre Chancellor 2036 | ✓ | | | | | | | | ✓ | | | | ✓ | | | | | | |
| Walter Clay 2037 | | | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| Frank Perrino 2064 | | ✓ | | ✓ | | | | ✓ | | | | | ✓ | | | ✓ | | | |
| Marteise Gilbert 2040 | | | | | | ✓ | | | ✓ | | | | ✓ | | | ✓ | | | |
| Phillip Johnson 2041 | | ✓ | | | | | | ✓ | | | | | ✓ | | | ✓ | | | |
| Mark Nunnally 2044 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | | | | |
| Ricardo Concepcion 2065 | | ✓ | | ✓ | | | | ✓ | | | | ✓ | | | | ✓ | | | |
| Douglas Lyen 2066 | | | | | | | | | ✓ | | | | ✓ | | | | | | |
| Fitzpatrick Durham 2067 | | ✓ | | ✓ | | | | ✓ (scribbled) | | | | ✓ | | | | ✓ | | | |
| Saheed Raheem 2069 | ✓ | | | ✓ | | | | ✓ (scribbled) | | | | ✓ | | | | ✓ | | | |

R= Referrals: PA/Parole PR/Probation SS/Social Service
P=Present A=Absent T=Tardy M=Make-up

3/16/20 what is correct for Durham + Raheem for 3/11/20 (initials)

Please complete attendance sheet (initials)

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** March 2020 | GROUP | Thursday | 10:30 am to 11:30 am | **Facilitator:** Alicia Perry

| | NAME | SS | PA | PR | | 03/05/2020 Week 1 P | A | T | M | | 03/12/2020 Week 2 P | A | T | M | | 03/19/2020 Week 3 P | A | T | M | 03/26/2020 Week 4 P | A | T | M | Week 5 P | A | T | M |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 2 | John Freligh 3003 | | | | | ✓ | | | | | ✓ | ✓ | | | | | | | | | | | | | | | |
| 3 | Taylor Reginald 3004 | | | | | | ✓ | | | | | | | | | | | | | | | | | | | | |
| 4 | Jeff Palade 3005 | | | | | | ✓ | | | | ✓ | | | | | | | | | | | | | | | | |
| 5 | Corey Lee 3006 | | | | | | ✓ | | | | | ✓ | | | | | | | | | | | | | | | |
| 6 | Phillip Binion 3007 | | | | | ✓ | | | | | ✓ | | | | | | | | | | | | | | | | |
| 7 | Christopher Rodriquez 3011 | | | | | ✓ | | | | | ✓ | | | | | | | | | | | | | | | | |
| 8 | Jamarr Dunn 3012 | | | | | ✓ | | | | | ✓ | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | | | | | | | | | | | | | | | | |

**R= Referrals:** **PA/Parole** **PR/Probation** **SS/Social Service**
**P=Present** **A=Absent** **T=Tardy** **M=Make-up**

What is the status for Taylor Reginald for 3/12/20? (TD)

EXHIBIT 36

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month:** March 2020 | GROUP | Friday | 5:30 pm to 6:30 pm | **Facilitators:** Serita Robinson

| | | | | | 03/06/2020 | | | | 03/13/2020 | | | | 03/20/2020 | | | | 03/27/2020 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Week 1 | | | | Week 2 | | | | Week 3 | | | | Week 4 | | | | | | | |
| | NAME | SS | PA | PR | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M | P | A | T | M |
| 1 | Cory Fisher 4002 | | | | ✓ | | | | ✓ | | | | | | | | | | | | | | | |
| 2 | Michael Brown 4005 | Name not on DOC list | ?? | | | | | | Released??? | | | | | | | | | | | | | | | |
| 3 | Michael Powell 4009 | | | | | ✓ | | | Name was not on list | | | | | | | | | | | | | | | |
| 4 | Joshua Alexander 4014 | | | | ✓ | | | | | ✓ | | | | | | | | | | | | | | |
| 5 | Adiso Y Sefer 4017 | | | | | ✓ | | | Name was not on list | | | | | | | | | | | | | | | |
| 6 | | | | | | | | | | | | | | | | | | | | | | | | |
| 7 | | | | | | | | | | | | | | | | | | | | | | | | |
| 8 | | | | | | | | | | | | | | | | | | | | | | | | |
| 9 | | | | | | | | | | | | | | | | | | | | | | | | |
| 10 | | | | | | | | | | | | | | | | | | | | | | | | |
| 11 | | | | | | | | | | | | | | | | | | | | | | | | |
| 12 | | | | | | | | | | | | | | | | | | | | | | | | |
| 13 | | | | | | | | | | | | | | | | | | | | | | | | |

**R= Referrals: PA/Parole PR/Probation SS/Social Service**
**P=Present A=Absent T=Tardy M=Make-up**

3/20/2020 did not go due to the COVID19/CORONA virus

(CANCELLED UNTIL APRIL 2020)

EXHIBIT 36

E M A G E S E

# EMAGES, INC.

## SCA MA`AT PROJECT MONTHLY ATTENDANCE SCHEDULE

**Month: March 2020** | GROUP | Saturday | 9:00 am to 10:00 am | **Facilitators: Lori Ortiz & Serita Robinson**

| | | | | | 03/07/2020 | | | | | 03/14/2020 | | | | | 03/21/2020 | | | | | 03/28/2020 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Week 1 | | | | | Week 2 | | | | | Week 3 | | | | | Week 4 | | | | | | | |
| NAME | SS | PA | PR | | P | A | T | M | | P | A | T | M | | P | A | T | M | | P | A | T | M | P | A | T | M |
| 1 Jason Johnson 2015 | | ✓ | | | | ✓ | | | | | ✓ | | | | ✓ | | | | | ✓ | | | | | | | |
| 2 Antoine Sawyer 2019 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | | | |
| 3 Albert Bates 2023 | | ✓ | | | ✓ | | | | | | ✓ | | | | | ✓ | [crossed out] | | | | ✓ | | | | | | |
| 4 Marcus Clark 2012 | | ✓ | | | | ✓ | | | | | ✓ | | | | Re-incarcerated [initials] | | | | | | | | | | | | |
| 5 Daniel Delgado 2045 | | | ✓ | | ✓ | | | | | ✓ | | | | | | ✓ | | | | | ✓ | | | | | | |
| 6 Donald Turner 2046 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | | | |
| 7 Henry Black 2047 | | ✓ | | | ✓ | | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | |
| 8 Marquice Shelton 2050 | | ✓ | | | | ✓ | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | | |
| 9 Richard McMillian 2051 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | | |
| 10 Steven Ambriz 2052 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | | |
| 11 Andrew Bolton 2053 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | ✓ | | | | | | |
| 12 Larry Gates 2056 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | | |
| 13 Efrain Arceo 2057 | | ✓ | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | ✓ | | | | | | | |
| 14 Darren King 2043 | | ✓ | | | | ✓ | | | | Reincarcerated [initials] | | | | | | | | | | | ✓ | | | | | | |
| 15 Avery Tate | | ✓ | | | | | | | | | | | | | | | | | | ✓ | | | | | | | |
| 16 [illegible] Johnson | | | | | | | | | | | | | | | | | | | | ✓ | | | | | | | |
| David Keys | | | | | | | | | | | | | | | | | | | | ✓ | | | | | | | |

**R= Referrals:** **PA/Parole** **PR/Probation** **SS/Social Service**
**P=Present** **A=Absent** **T=Tardy** **M=Make-up**