EXHIBIT 38   Purpose Area #4

## Budget Detail - Year 1

*Does this budget contain conference costs which is defined broadly to include meetings, retreats, seminars, symposia, and training activities? - Y/N*
[(DOJ Financial Guide, Section 3.10)](#)

### A. Personnel

| Name | Position | Computation | | | | | | |
|---|---|---|---|---|---|---|---|---|
| *List each name, if known.* | *List each position, if known.* | *Show annual salary rate & amount of time devoted to the project for each name/position.* | | | | | | |
| | | **Salary** | **Rate** | **Time Worked** (# of hours, days, months, years) | **Percentage of Time** | **Total Cost** | **Non-Federal Contribution** | **Federal Request** |
| Dr. Fred Nance | Program Director | $50,000.00 | yearly | 1 | 100% | $50,000 | | $50,000 |
| Dr. Hattie Wash | CEO | $80,000.00 | yearly | 1 | 13% | $10,000 | | $10,000 |
| | | | | | Total(s) | $60,000 | $0 | $60,000 |

**Narrative**

Dr. Fred Nance (Program Director) will work full time (12 months). He will work in collaboration with Stake Holders such as Cook County Jail, Adult Probation and Local and State Institutions, submitting required reports to the Bureau of Justice Assistance (BJA), developing the Project Work Plan and other duties as required by the project. Dr. Hattie Wash (CEO) is reponsible for the fiscal and management oversight of the entire award providing 12.5% of her time to the project.

Purpose Area #4

| B. Fringe Benefits | | | | | |
|---|---|---|---|---|---|
| **Name** <br> *List each grant-supported position receiving fringe benefits.* | **Computation** <br> *Show the basis for computation.* | | | | |
| | Base | Rate | Total Cost | Non-Federal Contribution | Federal Request |
| Dr. Fred Nance  (Program Directot) | $50,000.00 | 19.00% | $9,500 | | $9,500 |
| Dr. Hattie Wash | $10,000.00 | 19.00% | $1,900 | | $1,900 |
| | | Total(s) | $11,400 | $0 | $11,400 |
| **Narrative** | | | | | |
| Our Fringe benefit rate is 19% and covers the following items:   FICA (6.2%), Medicare (1.45%), Workers's Compensation (4%), Illinois Unemployment (6.9%) | | | | | |

Purpose Area #4

| C. Travel | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| **Purpose of Travel** *Indicate the purpose of each trip or type of trip (training, advisory group meeting)* | **Location** *Indicate the travel destination.* | **Type of Expense** *Lodging, Meals, Etc.* | **Basis** *Per day, mile, trip, Etc.* | **Computation** *Compute the cost of each type of expense X the number of people traveling.* | | | | | | |
| | | | | *Cost* | *Quantity* | *# of Staff* | *# of Trips* | *Total Cost* | *Non-Federal Contribution* | *Federal Request* |
| Mandatory orientation and technical training | Washington DC | Local travel | N/A | $25.00 | 1 | 3 | 1 | $75 | | $75 |
| Mandatory orientation and technical training | Washington DC | Airfare | N/A | $365.00 | 1 | 3 | 1 | $1,095 | | $1,095 |
| Mandatory orientation and technical training | Washington DC | Meals | Day | $20.00 | 3 | 3 | 1 | $180 | | $180 |
| Mandatory orientation and technical training | Washington DC | Lodging, Meals, Etc. | N/A | $150.00 | 3 | 3 | 1 | $1,350 | | $1,350 |
| | | | | | | | Total(s) | $2,700 | $0 | $2,700 |
| **Narrative** | | | | | | | | | | |
| Per award guidelines key members must attend BJA's orientation and technical training in Washington DC. Travel includes air fare and local transportation. Lodging is for 3 nights with a maximum of 3 people. Meals are allocated for a maximum of 3 people at $20 per per meal for 3 days. | | | | | | | | | | |

Purpose Area #4

| D. Equipment | | | | | |
|---|---|---|---|---|---|
| **Item** <br> *List and describe each item of equipment that will be purchased* | **Computation** <br> *Compute the cost (e.g., the number of each item to be purchased X the cost per item)* | | | | |
| | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
| Desk-Top-Computer and Printer. | 1 | $3,000.00 | $3,000 | | $3,000 |
| | | Total(s) | $3,000 | $0 | $3,000 |
| **Narrative** | | | | | |
| Computer will be purchased for the Project and may be used by all staff assigned to the Project to generate required reports, evaluations and other project documents. | | | | | |

4

Purpose Area #4

| E. Supplies | | | | | |
|---|---|---|---|---|---|
| **Supply Items** <br> *Provide a list of the types of items to be purchased with grant funds.* | **Computation** <br> *Describe the item and the compute the costs. Computation: The number of each item to be purchased X the cost per item.* | | | | |
| | # of Items | Unit Cost | Total Cost | Non-Federal Contribution | Federal Request |
| Office Supplies | 12 | $60.00 | $720 | | $720 |
| Training Materials | 1 | $892.00 | $892 | | $892 |
| Copying Paper | 12 | $50.00 | $600 | | $600 |
| | | Total(s) | $2,212 | $0 | $2,212 |
| **Narrative** | | | | | |
| (1) General office supplies will be used by all personnel on this project, and includes pens, paper, binder clips and other basic supplies. These amounts were determined based on other Projects of this size that we have completed in the past. We have determined that this cost should be $60 per month. (2) Training materials were estimated at a one time cost of $892. (3) Copying paper cost is based on the cost of 5 reams of paper used per month at a cost of $10 per ream. | | | | | |

5

Purpose Area #4

| F. Construction | | | | | | |
|---|---|---|---|---|---|---|
| **Purpose** *Provide the purpose of the construction* | **Description of Work** *Describe the construction project(s)* | **Computation** *Compute the costs (e.g., the number of each item to be purchased X the cost per item)* | | | | |
| | | # of Items | Cost | Total Cost | Non-Federal Contribution | Federal Request |
| N/A | | | | $0 | | $0 |
| | | | Total(s) | $0 | $0 | $0 |
| **Narrative** | | | | | | |

Purpose Area #4

| G. Subawards (Subgrants) | | | | | |
|---|---|---|---|---|---|
| **Description** <br> *Provide a description of the activities to be carried out by subrecipients.* | **Purpose** <br> *Describe the purpose of the subaward (subgrant)* | **Consultant?** <br> *Is the subaward for a consultant? If yes, use the section below to explain associated travel expenses included in the cost.* | | | |
| | | | **Total Cost** | **Non-Federal Contribution** | **Federal Request** |
| Thomas Bradley CPA | Accountant | Yes | $6,000 | | $6,000 |
| Dr. Karen Witherspoon | Program Evaluator | Yes | $6,000 | | $6,000 |
| | | Total(s) | $12,000 | $0 | $12,000 |

| Consultant Travel (if necessary) | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Purpose of Travel** <br> *Indicate the purpose of each trip or type of trip (training, advisory group meeting)* | **Location** <br> *Indicate the travel destination.* | **Type of Expense** <br> *Hotel, airfare, per diem* | **Computation** <br> *Compute the cost of each type of expense X the number of people traveling.* | | | | |
| | | | **Cost** | **Duration or Distance** | **# of Staff** | **Total Cost** | **Non-Federal Contribution** | **Federal Request** |
| | | | | | | $0 | | $0 |
| | | | | | Total | $0 | $0 | $0 |

| Narrative | |
|---|---|
| Thomas Bradley CPA will prepare required financial reports as well as tracking award expenditures. Mr Bradley's rate is $40 a hour with an estimated 150 hours needed. Dr. Karen Witherspoon will be the Lead Evaluator for the program. Dr. Witherspoon rate is $ 80 a hour, and we estimate that Dr. Witherspoon will provide 75 hours of service not to exceed $6,000. | |

**H. Procurement Contracts**

Purpose Area #4

| Description | Purpose | Consultant? | | | |
|---|---|---|---|---|---|
| Provide a description of the products or services to be procured by contract and an estimate of the costs. Applicants are encouraged to promote free and open competition in awarding contracts. A separate justification must be provided for sole source procurements in excess of the Simplified Acquisition Threshold (currently $150,000). | Describe the purpose of the contract | Is the subaward for a consultant? If yes, use the section below to explain associated travel expenses included in the cost. | | | |
| | | | Total Cost | Non-Federal Contribution | Federal Request |
| | | | | | $0 |
| | | Total(s) | $0 | $0 | $0 |

**Consultant Travel (if necessary)**

| Purpose of Travel | Location | Type of Expense | Computation | | | | | |
|---|---|---|---|---|---|---|---|---|
| Indicate the purpose of each trip or type of trip (training, advisory group meeting) | Indicate the travel destination. | Hotel, airfare, per diem | Compute the cost of each type of expense X the number of people traveling. | | | | | |
| | | | Cost | Duration or Distance | # of Staff | Total Cost | Non-Federal Contribution | Federal Request |
| | | | | | | $0 | | $0 |
| | | | | | Total | $0 | $0 | $0 |

**Narrative**

|  |
|---|
|  |

**I. Other Costs**

| Description | Computation |
|---|---|

8

Purpose Area #4

| List and describe items that will be paid with grants funds (e.g. rent, reproduction, telephone, janitorial, or security services, and investigative or confidential funds). | Show the basis for computation | | | | | | |
|---|---|---|---|---|---|---|---|
| | Quantity | Basis | Cost | Length of Time | Total Cost | Non-Federal Contribution | Federal Request |
| Rent | 1 | Monthly | $600.00 | 12 | $7,200 | | $7,200 |
| Telephone | 1 | Monthly | $84.00 | 12 | $1,008 | | $1,008 |
| Postage | 1 | Monthly | $40.00 | 12 | $480 | | $480 |
| | | | | Total(s) | $8,688 | $0 | $8,688 |

**Narrative**

(1) Rent of $600 per month is based on one office space at a comparable rate to similar offices in the area. (2) Telephone expense is determined by a monthly cost of $84. (3) Postage was estimated based on the cost of 40 stamps needed monthly.

Purpose Area #4

| J. Indirect Costs | | | | | |
|---|---|---|---|---|---|
| **Description** *Describe what the approved rate is and how it is applied.* | | **Computation** *Compute the indirect costs for those portions of the program which allow such costs.* | | | |
| | Base | Indirect Cost Rate | Total Cost | Non-Federal Contribution | Federal Request |
| | | | $0 | | $0 |
| | | Total(s) | $0 | $0 | $0 |

**Narrative**