

EXHIBITS 39

**Confirmation**

Thank you for submitting your grant application package via Grants.gov. Your application is currently being processed by the Grants.gov system. Once your submission has been processed, Grants.gov will send email messages to advise you of the progress of your application through the system. Over the next 24 to 48 hours, you should receive two emails. The first will confirm receipt of your application by the Grants.gov system, and the second will indicate that the application has either been successfully validated by the system prior to transmission to the grantor agency or has been rejected due to errors.

Please do not hit the back button on your browser.

If your application is successfully validated and subsequently retrieved by the grantor agency from the Grants.gov system, you will receive an additional email. This email may be delivered several days or weeks from the date of submission, depending on when the grantor agency retrieves it.

You may also monitor the processing status of your submission within the Grants.gov system by clicking on the "Track My Application" link listed at the end of this form.

Note: Once the grantor agency has retrieved your application from Grants.gov, you will need to contact them directly for any subsequent status updates. Grants.gov does not participate in making any award decisions.

IMPORTANT NOTICE: If you do not receive a receipt confirmation and either a validation confirmation or a rejection email message within 48 hours, please contact us. The Grants.gov Contact Center can be reached by email at support@grants.gov, or by telephone at 1-800-518-4726. Always include your Grants.gov tracking number in all correspondence. The tracking numbers issued by Grants.gov look like GRANTXXXXXXXXX.

If you have questions please contact the Grants.gov Contact Center: support@grants.gov 1-800-518-4726 24 hours a day, 7 days a week. Closed on federal holidays.

The following application tracking information was generated by the system:

EXHIBIT 39

| | |
|---|---|
| **Grants.gov Tracking Number:** | GRANT12619644 |
| **Applicant DUNS:** | 00-605-6061 |
| **Submitter's Name:** | Fred L Nance Jr |
| **CFDA Number:** | 16.812 |
| **CFDA Description:** | Second Chance Act Reentry Initiative |
| **Funding Opportunity Number:** | BJA-2018-13634 |
| **Funding Opportunity Description:** | BJA FY 18 Second Chance Act Comprehensive Community-Based Adult Reentry Program |
| **Agency Name:** | Bureau of Justice Assistance |
| **Application Name of this Submission:** | emages |
| **Date/Time of Receipt:** | May 01, 2018 01:58:35 PM EDT |

TRACK MY APPLICATION – To check the status of this application, please click the link below:

https://apply07.grants.gov/apply/spoExit.jsp?p=web/grants/applicants/track-my-application.html&tracking_num=GRANT12619644

It is suggested you Save and/or Print this response for your records.