Budget Summary EXHIBIT 40

## Budget Summary

*Note: Any errors detected on this page should be fixed on the corresponding Budget Detail tab.*

| Budget Category | Year 1 Federal Request | Year 1 Non-Federal Request | Year 2 (if needed) Federal Request | Year 2 (if needed) Non-Federal Request | Year 3 (if needed) Federal Request | Year 3 (if needed) Non-Federal Request | Year 4 (if needed) Federal Request | Year 4 (if needed) Non-Federal Request | Year 5 (if needed) Federal Request | Year 5 (if needed) Non-Federal Request | Total(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A. Personnel | $60,000 | $0 | $115,440 | $0 | $115,440 | $0 | $0 | $0 | $0 | $0 | $290,880 |
| B. Fringe Benefits | $11,400 | $0 | $21,934 | $0 | $21,934 | $0 | $0 | $0 | $0 | $0 | $55,268 |
| C. Travel | $2,700 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $2,700 |
| D. Equipment | $3,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3,000 |
| E. Supplies | $2,212 | $0 | $1,199 | $0 | $1,199 | $0 | $0 | $0 | $0 | $0 | $4,610 |
| F. Construction | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| G. Subawards (Subgrants) | $12,000 | $0 | $50,600 | $0 | $50,600 | $0 | $0 | $0 | $0 | $0 | $113,200 |
| H. Procurement Contracts | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| I. Other | $8,688 | $0 | $10,827 | $0 | $10,827 | $0 | $0 | $0 | $0 | $0 | $30,342 |
| Total Direct Costs | $100,000 | $0 | $200,000 | $0 | $200,000 | $0 | $0 | $0 | $0 | $0 | $500,000 |
| J. Indirect Costs | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Total Project Costs | $100,000 | $0 | $200,000 | $0 | $200,000 | $0 | $0 | $0 | $0 | $0 | $500,000 |

Does this budget contain conference costs which is defined broadly to include meetings, retreats, seminars, symposia, and training activities? - Y/N  No

1