# Planning & Implementation Guide

EMAGES, Inc. MA`AT Project
2018-CY-BX-0025

FY2018 Second Chance Act Comprehensive Commprogramy-Based Adult Reentry Program, Category 2: Commprogramy-Based Adult Reentry with Small and Rural Organizations

EXHIBIT 41

## DESCRIPTION

This Planning & Implementation Guide is intended for recipients of the Second Chance Act Comprehensive Commprogramy-Based Adult Reentry Program Category 2 grants administered by the U.S. Department of Justice's Bureau of Justice Assistance. Grantees will complete this guide in partnership with the technical assistance provider from the National Reentry Resource Center over the course of their grant.

*The National Reentry Resource Center prepared this guide with support from the U.S. Department of Justice's Bureau of Justice Assistance. The contents of this document do not necessarily reflect the official position or policies of the U.S. Department of Justice.*

### About the Planning & Implementation Guide

The National Reentry Resource Center (NRRC) has prepared this Planning & Implementation Guide (P&I Guide) to support grantees in developing and refining their reentry program. With assistance from the NRRC, grantees are to complete the guide within 180 days of receiving final approval of the project's budget from the Office of Chief Financial Officer. The guide is not intended to serve as a step-by-step blueprint, but rather to cultivate discussion on best practices, identify considerations for your collaborative effort, and help you work through key decisions and implementation challenges.

This guide was developed as a tool for grantees, but it also serves as an important tool for your NRRC technical assistance provider ("TA provider") to understand the status and progress of your project, the types of challenges you are encountering, and the ways they might be helpful to you in making your project successful.

You and your TA provider will use your responses to the self-assessment to collaboratively develop priorities for technical assistance.

Any questions about this guide should be directed to your TA provider.

### Contents of the Guide

The guide is divided into six sections, each with assessment questions, exercises, and discussion prompts. You will be prompted to write short responses, attach relevant documents, and/or complete exercises for each section. Your answers will provide insight into your program's strengths and identify areas for improvement. As you work through the sections, take note of the corresponding supporting resources in the Appendix, as they contain suggestions for further reading and provide access to important resources and tools. Your TA provider may also send you additional information on specific topics to complement certain sections. If you need additional information or resources on a topic, please reach out to your TA provider.

| TA Provider Contact Information | |
|---|---|
| **Name:** | Nicole Jarrett |
| **Phone:** | 301-915-9700; Code 72119 |
| **Email:** | njarrett@csg.org |

Case: 1:20-cv-06316 Document #: 49-44 Filed: 03/05/21 Page 3 of 15 PageID #:1310

| **CONTENTS** |
|---|
| **SECTION 1:** Getting Started and Identifying Goals |
| **SECTION 2:** Project Partners |
| **SECTION 3:** Target Population Basics |
| **SECTION 4:** Process Flow and Project Design |
| **SECTION 5:** Project Evaluation |
| **SECTION 6:** Sustainability |
| **APPENDIX:** Supporting Resources |

## SECTION 1: Getting Started and Identifying Goals

Although your TA provider has read the project narrative that you submitted in response to the Second Chance Act (SCA) solicitation, there may have been updates or developments since you submitted your original application. This exercise is intended to give your TA provider a sense of your current project goals and your initial technical assistance needs.

1. Grantee name:

    EMAGES, Inc.

2. Award number:
    2018-CY-BX-0025

3. Geographic location (*Please specify the city, county, and state where your program operations are primarily occurring.*):

    Chicago, Illinois; Cook County

    a. Describe what challenges, if any, your geographic location may pose to achieving your project goals.
    Possible challenges may be sex offender status, employment, transportation, and housing.

4. Project Name:

    MA`AT PROJECT

5. Point(s) of Contact *(Please include criminal justice agency and evaluation partners in this section.)*

| Program Point of Contact Name | Email | Title | Organization |
|---|---|---|---|
| Dr. Hattie Wash | washhattie@gmail.com | Chief Executive Officer | EMAGES, Inc. |
| Dr. Fred Nance Jr. | frednance@clickservices.org | Program Director | C.L.I.C.K. Services, NFP |

6. Project Goals and Objectives

3 YEAR PROJECTION

1st Year

Goal: Planning of EMAGES, Inc. MA`AT Project

Objectives:

a. Meet with Cook County jail personnel to establish procedures and protocols to provide services inside the jail.
b. Work with Office of Justice Program fulfilling special conditions during 1st & 2nd quarters of the grant period.
c. Receiving monthly Technical Assistance on program design and implementation.
d. Met with Illinois Department of Corrections during the 2nd quarter to establish protocols necessary to provide the MA`AT Project to parolees enrolled in the Special Needs Program. (in process)
e. Will identify outpatient sex offender groups operating at EMAGES during the 1st & 2nd quarter for our post-mentoring and trauma-informed curricula.
f. Developed and finalized the MA`AT mentoring and trauma-informed curricula to be submitted to Dr. Witherspoon for evaluation during the 3rd quarter. (in process)
g. Meet with Dr. Witherspoon during the 3rd quarter to analyze the MA`AT mentoring and trauma-informed curricula as well as establish protocols and outcomes, collecting and analyzing data, operationalize key definitions, including recidivism, enrollment and completion rates for participants as well as risk assessments. (in process)
h. Develop admission, screening, transitional plan, and discharge forms during the 3rd quarter to assess and determine participants risk levels and case management needs submitting them to the Cook County jail for review. (in process)
i. Final submission and approval of P&I plan by August 1, 2019. (in process)
j. Recruit Clinical Supervisor for the MA`AT Project by September 30, 2019.
k. Recruit and clear mentors/case managers who will present the pre-mentoring and trauma-informed curricula inside the Cook County jail by September 30, 2019.
l. Recruit mentors/case managers who will present the post-mentoring and trauma-informed curricula at EMAGES, Inc. and the Illinois Department of Corrections Special Needs Program by September 30, 2019.

2nd & 3rd Year

Goal:

Administer the MA`AT Trauma-Informed and Mentoring Curricula for 1 group at the Cook County jail; 1 group at the Illinois Department of Corrections' Special Needs Program; and 5 groups at EMAGES, Inc.

Objectives:

   a. Trauma-informed curricula, which consist of 4 modules over a 24 week period, will be administered to pre- and post-participants.
   b. Mentoring curriculum, which consist of 4 modules over a 24 week period will be administered to pre- and post-participants.
   c. A pre-questionnaire, which consist of 10 questions, will be given to each participant at the beginning of each module.
   d. A post-questionnaire, which consist of the same 10 questions, will be given to each participant at the end of each module.
   e. Evaluation protocols established by Dr. Witherspoon for the pre- and post-questionnaire will be implemented, and data collection will be assured by EMAGES.
   f. Case management needs of participants assessments for mental health, substance abuse, housing, education, and other ancillary requirements will be performed by the mentors.

7. Please provide the following documents to your TA provider:

   **X** Copy of signed Bureau of Justice Assistance award document, with any grantee-specific conditions
   **X** Memoranda of understanding (MOUs), interagency agreements, and information-sharing agreements
   **X** Attach to this document a process flow chart, completed in collaboration with your TA provider in Section 4

**SECTION 2: Project Partners**

1. List partners relevant to the project:

| Agency | Role in Program/Support Offered | How often and by what method(s) do you plan to communicate with this partner, including sharing data? | Do you have a signed MOU? | | |
|---|---|---|---|---|---|
| Cook County Sheriff's Office (CCSO) | The Cook County Department of Corrections will select the participants based on their current arrests or charges, or past convictions for a sex offense. They will also provide the space and security while the sessions are taking place. | The Parties agree to collaborate quarterly in order to offer programming on-site at the Cook County Department of Corrections to custodial detainees. Additional meetings will be scheduled and conducted either face-to-face or over the phone for program evaluation. | Yes | ☐ | ☐ |
| Illinois Department of Corrections Special Needs Program (IDOC) | Provide the MA`AT Project post-trauma informed and mentoring curricula to participants who have been incarcerated and released on parole. | The Parties agree to meet quarterly, and as needed, at the Special Needs facility or at EMAGES to discuss program progress and implementation needs. Conference calls will constitute a scheduled meeting. | N/A | ☐ | ☐ |

| Agency | Role in Program/Support Offered | How often and by what method(s) do you plan to communicate with this partner, including sharing data? | Do you have a signed MOU? | | |
|---|---|---|---|---|---|
| Chicago State University | Evaluator | EMAGES will meet monthly with Dr. Karen Witherspoon by conference calls or scheduled visits at EMAGES for the delivery of program data that will be compiled and analyzed by her. EMAGES will also meet with Dr. Witherspoon to discuss issues and other problems that may have arisen during program implementation. | Yes | | |

**X Discuss with TA provider other key partners that should be included in this grant initiative.** We have a linkage agreement with the Safer Foundation as our primary referral source. Safer Foundation services include Job Readiness Training, Job Placement, GED Preparation/Testing, Financial Planning, Enterpreneurship Training, Career Advancement Support (Licensing & Credentials), Expungement & Sealing, Substance Use Treatment, Behavioral Health Treatment, and Transitional Housing Support. Additional linkage agreements will be developed with other providers as needed.

**X Discuss with TA provider the existing relationship with community supervision partner(s) and how that relationship can impact grant implementation.** EMAGES has a relationship with the Illinois Department of Corrections' (IDOC) parole and the Cook County Adult Probation and Social Services departments. EMAGES has been providing outpatient sex offender treatment services and sex offender evaluations for the past 17 years. We began sex offender treatment by providing group and individual counseling services to sex offenders who were released from IDOC with a parole mandate to receive outpatient sex offender treatment services. In May of 2007, EMAGES created a database of all clients that had been enrolled in our sex offender program, since its inception in 2002. The database was developed from information found on EMAGES intake/referral forms, the Illinois State Police Sex Offender Registry, and IDOC. The purpose of the database was to obtain relevant statistics and track recidivism rates of clients who successfully completed treatment. Out of the 340 clients that successfully completed treatment during this period only 39 have been re-incarcerated. In 2012,

EMAGES looked at the clients who had successfully completed treatment from 2007 to 2011. None of the arrests were for a new sex crime. Clients in both samples were taken from the Illinois Department of Corrections, Cook County Adult Probation, and the Social Service Department of Cook County Illinois. The above recidivism rates for former EMAGES clients indicate our treatment approach, which consists of the culturally specific treatment model developed by Dr. Wash coupled with cognitive and behavioral techniques, has been successful in keeping the community safe and our clients out of jail.

**Grantee Action Plan** (Please list any next steps needed to accomplish goals related to project partners.)

1. Meet with Cook County Jail to finalize documents and gain access to the jail's pre-participants.

2. Meet with the Illinois Department of Corrections Special Needs Program to finalize documents and gain access to their population of post-participants. The Special Needs Program provides outpatient sex offender group services for indigent parolees returning to the community who may be in need of mental health, substance abuse, and other services, which are designed to assist in reducing criminal behaviors and aid in their reintegration back into society.

**SECTION 3: Target Population Basics**

1. Please check the applicable boxes below to provide a description of your target population. *(Select all that apply.):*

|  | Age | | | | Risk Level | | | Sex/Gender | | Other *(Please describe.)* |
|---|---|---|---|---|---|---|---|---|---|---|
|  | 18–25 | 26–34 | 35–54 | 55+ | Low | Moderate | High | Men | Women |  |
| Target Population | X | x | x | X | ☐ | x | x | x | x | Click or tap here to enter text. |

2. Use the field below to provide any further details about your target population *(e.g., 75 men convicted of a violent offense and released from jail to probation in Washington County)*:

The MA`AT project will provide mentoring and trauma informed services to 75 sex offenders classified as moderate to high-risk who have experienced trauma and who are detainees currently housed in the Cook County jail or are currently on social services, probation, or parole. We chose to serve 75 sex offenders due to our current capacity and projected numbers of anticipated participants coming into our program through our relationship with the Cook County jail, Illinois Department of Corrections Special Needs program, social services, probation, and parole departments.

3. Exclusionary Criteria *(e.g., serious mental illness, sex offense):*

Seriously mentally ill and sexually dangerous persons

4. What facilities (e.g., prisons, jails, halfway houses, treatment facilities) will be involved in this initiative?

Cook County jail, the Illinois Department of Corrections Special Needs Program, and EMAGES.

5. What is the racial/ethnic composition of your target population, in numerical percentages? EMAGES sex offender participant population consists of 80% African-American, 10% Hispanic/Latino, 5% Caucasian, 3% Asian, 1% American Indian or Alaskan Native, and 1% other. Many of the participants seeking our services are homeless, live in shelters, and/or abuse alcohol and other

drugs. EMAGES provide outpatient substance abuse and mental health services. Participants who need psychiatric medication are referred to one of the City of Chicago Mental Health Clinics. Homeless persons are referred to the City of Chicago Department of Human Services.

☐ **Discuss with your TA provider what strategies, if any, you will use to engage participants from various subpopulations such as racial/ethnic minorities or people who are geographically isolated.**

Our target population consist of subpopulations and geographically (unincorporated) isolated areas. We serve the greater Chicago Metropolitan area and surrounding suburbs, which include and are listed as "unincorporated" areas around our municipalities. We serve a well-known diverse population, including African American, Hispanic, Caucasian and other ethnic groups. A small percentage of women are also among our service population, which is less than 1%.

☐ **Discuss with your TA provider how you arrived at the number to serve.**

We arrived at our number of 75 participants to be serve based upon EMAGES existing sex offender population, as well as the anticipated numbers of referrals we would receive from the Cook County jail, the Illinois Department of Corrections Special Needs Program, social services, probation, and parole departments. Additionally, our MA`AT project is based around 7 groups with an average of 10 and a maximum of 15 participants.

**Grantee Action Plan** (Please list any next steps needed to accomplish goals related to target population.)

- Hire and train Clinical Supervisor for the MA`AT Project by September 30, 2019.
- Hire and train mentors/case managers who will enroll participants and who will present the pre-and post-trauma-informed and mentoring curricula by September 30, 2019.
- Mentors will be trained during the months August and September of 2019 on MA`AT Project, which consist of intake procedures, risk assessments, and implementation of the trauma-informed and mentoring curricula.
- Obtain clearance from Cook County jail for entrance, enrollment, and presentation of the trauma-informed and mentoring curricula.
- Participants will be enrolled within the 1st two weeks of October 2019 into the MA`AT Project.
- Mentors will administer the following risk assessments: Static 99-R, Adverse Childhood Events (A.C.E.), Risk Matrix 2000, Patient Health Questionnaire, Generalized Anxiety Disorder, Drug Abuse Screen Test, Alcohol Use Disorders Identification Test, and Live Event Checklist will be given to Dr. Witherspoon for analysis upon completion of the Intake processes.
- Implementation of the MA`AT project will begin the 3rd week of October 2019, which will consist of 5 groups at EMAGES, 1

group at Cook County jail, and 1 group at the Special Needs program. The MA`AT project will consist of a trauma-informed and mentoring curricula, each curriculum is 12-weeks with 4 modules, 24 group sessions per year, and each group session is scheduled for 1-hour.
- A pre-questionnaire is administered to participant at the beginning of week 1 of each module, followed by the administration of the post-questionnaire at the last week of each module.
- At the conclusion of each module's 1st week, the pre-questionnaire answers from each group will be given to Dr. Witherspoon for scoring and analysis.
- At the conclusion of the last week, the post-questionnaire answers from each group will given to Dr.Witherspoon for scoring and analysis.

1. What is the name of the validated criminogenic risk and needs assessment used to assess the target population for this grant initiative?

☐ Correctional Assessment and Intervention System (CAIS)

☐ Wisconsin Risk and Needs (WRN) instruments

☐ Correctional Offender Management Profile for Alternative Sanctions (COMPAS)

☐ Level of Service Instruments (LSI, LSI-R, LS/CMI, LSI-R:SV, LS-RNR)

☐ Offender Screening Tool (OST)

☐ Ohio Risk Assessment System (ORAS)

X Other (please specify): Static 99-R and Matrix 2000.

2. What agency or agencies will administer the risk and needs assessment for this grant initiative? EMAGES will administer the risk and needs assessments, and Chicago State University's Dr. Witherspoon will conduct an analysis.

3. Please list any substance use or mental health screenings and/or assessments that will be used: Adverse Childhood Events (A.C.E.), Drug Abuse Screen Test, Alcohol Use Disorders Identification Test, Patient Health Questionnaire and Generalized Anxiety Disorder tool.

☐ **Discuss with your TA Provider any challenges to providing case planning and resources for people with substance addiction, mental health needs, trauma, and domestic violence history.** Participants may be unwilling to engage in substance abuse or mental health services due to lack of transportation, limited scheduled movement, and fear of stigma. We do not perceive domestic violence being an issue because our participants will be required to receive this service as a condition of court supervision.

☐ **Discuss with your TA provider how you will address such barriers as transportation and limited housing options for participants.** Transportation: EMAGES is sponsoring small fundraisers to acquire funds for participants to get to and from treatment. EMAGES has been approached by IDOC to develop a 90-day transitional housing facility for sex offenders. Currently, EMAGES is not financially able to take advantage of this service.

**Grantee Action Plan** (Please list any next steps needed to accomplish goals related to process flow and project design.) EMAGES needs to finalize processes for the Trauma Informed and Mentoring curricula; hire program supervisor as well as mentors to administer curricula; and follow Logic Model relative to goals and objectives for the 2nd and 3rd years.

**SECTION 5: Project Evaluation**

1. How do you define completion of the program? *(E.g., participant completed all goals identified in the case plan; participant completed the cognitive behavioral intervention, etc.)* Successful completion is based upon completion of our Trauma-informed and Mentoring Curricula, which has 4 modules each. Due to discharge from program or dropouts, twenty-seven participants, which is 36% of a population of 75, will complete the program if 2 trauma-informed and 2 mentoring modules are done. Fifty-six participants, which is 75% of a population of 75, will complete the program if they have completed all 4 trauma-informed and mentoring modules.

2. How will you track the success of the participants? EMAGES will track participants success by the number of completed trauma-informed and mentoring curricula; number of pre- and post-questionnaires administered and evaluated; number of developed and completed transitional plans; number of referrals completed for employment, substance abuse, mental health, housing, education, and other ancillary services; and by the number of reconvictions.

3. How will recidivism be measured? *(Select all that apply.)*
   Rearrest
   Reincarceration
   X   Reconviction
   Revocation

4. What is the baseline recidivism rate for your target population? Our target population is sex offenders. The Illinois Sex Offenses & Sex Offender Registration Task Force Final report, December 2017, indicates the recidivism rate for persons convicted of sex crimes range from 5 percent after 3 years to 24 percent after 15 years. Our baseline rate is 3% and represents reconviction for a sex crime. EMAGES 3% rate is slightly lower than the national recidivism rate of 5% for sex offenders.

   ☐ **Discuss with your TA provider the goals of your evaluation.** The MA`AT goals are: establish relationship between trauma and criminogenic behaviors; gather demographic information on participants enrolled in the program; identify case management needs of participants; establish a recidivism rate for participants enrolled; and utilize formative and summative evaluation techniques to analyze data gathered from the trauma-informed and mentoring curricula. Data from the pre- and post-questionnaires and other measurement tools gathered at Intake will also be evaluated.

   ☐ **Discuss with your TA provider the types of data you plan to collect.** Formative, Summative, Demographic, and Risk Assessment data.

   **Grantee Action Plan** (Please list any next steps needed to accomplish goals related to project evaluation.) The next steps include: approval of Work Plan by TA; feedback from Chicago State on proposed trauma and mentoring curricula as well as pre- and post-questionnaires. The

development of evaluation protocols by Chicago State University and the implementation of the trauma-informed and mentoring curricula.

**SECTION 6: Sustainability**

1. List the components of the grant initiative that will continue after the life of the grant. *(E.g., use of screening or assessment tools, case plan sharing, etc.)* Our plan is for the Cook County jail to continue implementation of the program inside the jail, and the Illinois Department of Corrections to fund this service for their Special Needs population. Additionally, the trauma-informed and mentoring curricula will be available for replication to outpatient sex offender programs.

2. How will you share performance measures and initiative data with stakeholders? We will establish regular meetings as well as sharing information from all reports submitted to BJA.

**Grantee Action Plan** (Please list any next steps needed to accomplish goals related to sustainability.) Identify federal "pass through grants" to States and Local Government earmarked for Second Chance Act services as well as funding to not-for-profit agencies for trauma-informed and mentoring services. Submit new proposals for Second Chance Act Continuation Grants and services as well as trauma-informed and mentoring services.