UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz Courtroom: 1903 |
| Defendants. | ) | |

### NOTICE OF FILING

PLEASE TAKE NOTICE THAT on March 5, 2021 Plaintiff filed his Objection to Defendant's Motion to Dismiss or Alternatively Summary Judgment and 43 Exhibits, a copy of which is generated via District Court operation.

### CERTIFICATE OF SERVICE

I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Plaintiff Objection to Defendant's Motion to Dismiss or Alternatively Summary Judgment and 43 Exhibits by causing true and correct copies of the same to be sent to you by operation of the court.

**Dated: March 5, 2021**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org