UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF EVIDENTIARY EXIBITS AND DOCKET NUMBERS**

Exhibit 1: Original Complaint       Dkt# 49-5

Exhibit 2: Second Chance Act Grant Approval Notice       Dkt# 49-6

Exhibit 3: Grant #2018-CY-BX-0025 Abstract and Proposal       Dkt# 49-7

Exhibit 4: BJA FY21 Second Chance Act Community Based Reentry Program       Dkt# 49-8

Exhibit 5: Emails – Suspension of Program  Dkt# 49-9

Exhibit 6: Emails – Cook County Jail and Illinois Department of Corrections       Dkt# 49-10

Exhibit 7: Office of Special Counsel Letter  Dkt# 49-11

Exhibit 8: Office of Inspector General Letter       Dkt# 49-12

Exhibit 9: Office of Inspector General Hotline Form       Dkt# 49-13

Exhibit 10: Whistleblower Protections       Dkt# 49-14

Exhibit 11: Department of Justice Financial Management Training       Dkt# 49-15

Exhibit 12: NDAA 2013 Whistleblower Complaints  Dkt# 49-16

Exhibit 13: Emails – Whistleblower Complaint       Dkt# 49-17

Exhibit 14: Congressman Danny K. Davis Letter of Support       Dkt# 49-18

Exhibit 15: Emails – Congressman Davis re Whistleblower Complaints    Dkt# 49-19

Exhibit 16: Emails – DOJ Brenda Worthington    Dkt# 49-20

Exhibit 17: H.R. 1593 – Second Chance Act Bill of 2007    Dkt# 49-21

Exhibit 18: Office of Special Counsel – Whistleblower Retaliation Law    Dkt# 49-22

Exhibit 19: Office of Special Counsel – Prohibited Personnel Practices    Dkt# 49-23

Exhibit 20: Emails – DOJ EEO Director    Dkt# 49-24

Exhibit 21: Cover Letter to U.S. Attorney and Emails Whistleblower Act Violations   Dkt# 49-25

Exhibit 22: Email – Office of Special Counsel    Dkt# 49-26

Exhibit 23: Office of Special Counsel Whistleblowing Poster    Dkt# 49-27

Exhibit 24: Subaward Monitoring Policy for Grant #2018-CY-BX-0025    Dkt# 49-28

Exhibit 25: Department of Justice Grants Financial Guide   Dkt# 49-29

Exhibit 26: Public Law 114-261    Dkt# 49-30

Exhibit 27: Department of Justice Covid-19 Instructions    Dkt# 49-31

Exhibit 28: EMAGES Termination of Grant Letter  Dkt# 49-32

Exhibit 29: Whistleblower Protections Under the NDAA    Dkt# 49-33

Exhibit 30: Emails – OJP Division Chief re: Termination Letter    Dkt# 49-34

Exhibit 31: Email – BJA Division Chief re: Subaward Policy

Exhibit 32: DOJ, BJA, Office of Civil Rights Grant Policy for #2018-CY-BX-0025  Dkt# 49-36

Exhibit 33: Evidentiary Material Exhibits – Reserved    Dkt# 49-37

Exhibit 34: DOJ Cover Letter and U.S. Mail Receipt August 29, 2020    Dkt# 49-38

Exhibit 35: SCA Group    Dkt# 49-39

Exhibit 36: Jan Mar Group    Dkt# 49-40

Exhibit 37: Additional Material Facts – Reserved

Exhibit 38:   Grant #2018-CY-BX-0025 Budget        Dkt# 49-41

Exhibit 39:   Grant #2018-CY-BX-0025 Application Submitted        Dkt# 49-42

Exhibit 40:   Grant #2018-CY-BX-0025 Budget Summary – Subaward Allocation   Dkt# 49-43

Exhibit 41:   Grant #2018-CY-BX-0025 Planning and Implementation Guide        Dkt# 49-44

Exhibit 42:   SCA Community-based Adult Reentry Program May 1, 2018   Dkt# 49-45

Exhibit 43:   SCA Technical Advisor Joseph Williams Emails re Covid-19   Dkt# 49-46

Exhibit 44:   Thomas Bradley Grant #2018-CY-BX-0025 Contract

Exhibit 45:   Emails to Thomas Bradley re: Whistleblower complaints

Exhibit 46:   DOJ Financial Management Training and Certificates

Exhibit 47:   Grant #2018-CY-BX-0025 Whistleblower Act Financial Drawdowns

Exhibit 48:   Emails to Defendant Bradley re: April 17, 2020 Whistleblower Complaint

Exhibit 49:   Bradley Management Team Member and April 24, 2020 Agenda


Respectfully submitted,


/s/Fred L Nance Jr.
Pro Se Plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org