**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice | ) | |
| Assistance, Office of Justice Programs, | ) | Beth W. Jantz |
| EMAGES, Inc., Hattie Wash, Thomas | ) | |
| Bradley, et al. | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT on March 9, 2021 Plaintiff filed his Objection to Defendant's EMAGES, Inc, Hattie Wash, and Thomas Bradley Motion to Dismiss and exhibits, a copy of which is generated via District Court operation.

**CERTIFICATE OF SERVICE**

I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Plaintiff Objection to Defendant's Motion to Dismiss and exhibits by causing true and correct copies of the same to be sent to you by operation of the court.

**Dated: March 9, 2021**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org