# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on March 9, 2021 Plaintiff re-filed his Objection to Defendant's Motion to Dismiss or Alternatively Summary Judgment, a copy of which is generated via District Court operation. Plaintiff re-filed to attach the "primary" documents, not the exhibits, to defendant's original motion to dismiss or alternatively summary judgment.

## CERTIFICATE OF SERVICE

I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Plaintiff Objection to Defendant's Motion to Dismiss or Alternatively Summary Judgment primary documents by causing true and correct copies of the same to be sent to you by operation of the court.

**Dated: March 9, 2021**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org