UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz |
| | ) | Courtroom: 1903 |
| Defendants. | ) | |

**PLAINTIFF RESPONSE TO DEFENDANTS EMAGES AND BRADLEY REPLY TO PLAINTIFF BRIEF PAGE LIMIT ON MOTION TO DISMISS**

NOW COMES, Pro se plaintiff responding to defendant's claim for violation of Local Rule 7.1. Pro se plaintiff states as follows:

1. On March 31, 2021 defendants Hattie Wash and Thomas Bradley filed their reply to plaintiff's response to their motion to dismiss in this matter.

2. Defendants claim plaintiff violated Local Rule 7.1, citing *Nance vs. NBC et. al.*, and request this court strike plaintiff's brief in response to their motion to dismiss.

3. Plaintiff did not violate Local Rule 7.1.

4. Local Rule 7.1 states "Neither a brief in support of or in opposition to any motion nor objections to a report and recommendation or order of a magistrate judge or special master shall exceed 15 pages without prior approval of the court…."

5. In this matter, as in *Nance vs. NBC, et al.*, plaintiff and defendants received a Briefing schedule order from District Judge Jorge L. Alonso, who is not a magistrate judge or special master.

6. Plaintiff hired an attorney and filed an appeal with the Appellate Court in *Nance vs. NBC, et al*.

7. Even though the District Judge in *Nance vs. NBC, et al*. ruled against Nance, Nance's attorney settled the case in *Nance vs. NBC, et al*. after the District Judge's ruling verbally citing to *NBC et at*., during settlement hearings, *Nance* did not violate Local Rule 7.1 because no order came from a magistrate judge or special master but rather from the District Judge.

WHEREFORE, pro se plaintiff respectfully request this Honorable Court deny defendants request to strike plaintiff's brief; provide an order for defendants to respond to plaintiff's original complaint or allow plaintiff to amend his complaint; or in the alternative, proceed to discovery; and whatever else this court deems necessary and appropriate.

Respectfully submitted,

/s/Fred L Nance Jr.
Pro Se Plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org

## CERTIFICATE OF SERVICE

I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing PLAINTIFF RESPONSE TO DEFENDANTS EMAGES AND BRADLEY REPLY TO PLAINTIFF BRIEF PAGE LIMIT ON MOTION TO DISMISS by causing true and correct copies of the same to be sent to you by operation of the court.

**Dated: April 1, 2021**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org