## Incident# 519092 has been logged for you

| | |
|---|---|
| From: | justgrants.support@usdoj.gov |
| To: | frednance@clickservices.org |
| Date: | Wednesday, April 21, 2021, 04:53 AM CDT |

Exhibit 1

Greetings,

Thank you for contacting the Justice Grants Service Desk.
We have recorded your request for service and established incident # 519092 for tracking and future reference.

### Description

Good morning. I am applying for the BJA FY 21 Second Chance Act Community-Based Reentry Program grant due on April 27, 2021, Opportunity Number O-BJA-2021-58002. My Grants.gov Tracking Number is GRANT13324548. My application name is C.L.I.C.K. Services, NFP. I have 3 statements/questions:

(1) Regarding the budget, I will **not** have subawards, subgrants or subrecipients as stated in the example budget sheet layout. I am hiring consultants. Since there is no Identified area on the budget sheet strictly for consultants, should or can I place my consultants in the "Other Cost" section? Is this appropriate?

(2) I have read the solicitation several times. For clarity, what items/documents should be included and submitted in a full application?

(3) Are subrecipients the same or similar to subawardees or subgrantees?

Please do not refer me to the OJP Grant Application Resource Guide. It does not give me clear guidance. Please respond ASAP as my submission deadline is fast approaching. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

If you need additional assistance please contact the Justice Grants Service Desk at 1-833-872-5175
Thank you,

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm