**Errors:**
- Federal Estimated Funding: The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen.

Exhibit 2

**Standard Applicant Information**

**Project Information**

| **Project Title** | **Proposed Project Start Date** | **Proposed Project End Date** |
|---|---|---|
| Trenstr Project | 10/1/21 | 9/30/24 |
| **Federal Estimated Funding (Federal Share)** | **Applicant Estimated Funding (Non-Federal Share)** | **Program Income Estimated Funding** |
| 750000 | ---- | 750000 |
| **Total Estimated Funding** | | |
| 750000 | | |

**Areas Affected by Project (Cities, Counties, States, etc.)**

| |
|---|
| Chicago |
| Cook County |
| Illinois |

**Type Of Applicant**

**Type of Applicant 1: Select Applicant Type:**
M: Nonprofit with 501C3 IRS Status (Other than Institution of Higher Education)

**Type of Applicant 2: Select Applicant Type:**
----

**Type of Applicant 3: Select Applicant Type:**
----

**Other (specify):**
----

**Application Submitter Contact Information**

**Application POC Prefix Name**
Dr.

| **Application POC First Name** | **Application POC Middle Name** | **Application POC Last Name** |
|---|---|---|
| Fred | Lee | Nance |

**Application POC Suffix Name**
Jr.

| **Organizational Affiliation** | **Title** | **Email ID** |
|---|---|---|
| ---- | President & CEO | frednance@clickservices.org |
| **Phone Number** | **Fax Number** | |