## Incident# 522349 has been logged for you

| | |
|---|---|
| From: | JustGrants.Support@usdoj.gov (justgrants.support@usdoj.gov) |
| To: | frednance@clickservices.org |
| Date: | Wednesday, April 28, 2021, 06:24 AM CDT |

Exhibit 4

Greetings,

Thank you for contacting the Justice Grants Service Desk.
We have recorded your request for service and established incident # 522349 for tracking and future reference.

**Description**

Fred Nance Jr. is the Application Submitter wanted to report he was not able to submit his application due to the error Federal Estimated funding (federal share) in the Standard application screen does not match the federal funds in the consolidated category summary screen.. Stated numbers do match. Also mentioned that he notified the helpdesk at 6:30pm and was on hold for 2.5 hours and received a message currently having system problem and to call back. Stated he currently have a incident number 522329

If you need additional assistance please contact the Justice Grants Service Desk at 1-833-872-5175
Thank you,

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

## Incident# 522349 is assigned to Doretha Thornton

| | |
|---|---|
| From: | JustGrants.Support@usdoj.gov (justgrants.support@usdoj.gov) |
| To: | doretha.thornton@usdoj.gov |
| Cc: | frednance@clickservices.org |
| Date: | Wednesday, April 28, 2021, 06:24 AM CDT |

Exhibit 4

Hello,

The following Incident has been assigned to Doretha Thornton:

**Incident #**     522349
Summary:              JustGrants- Application Error
Customer Name:    Fred Nance Jr.

**Description**
Fred Nance Jr. is the Application Submitter wanted to report he was not able to submit his application due to the error Federal Estimated funding (federal share) in the Standard application screen does not match the federal funds in the consolidated category summary screen.. Stated numbers do match. Also mentioned that he notified the helpdesk at 6:30pm and was on hold for 2.5 hours and received a message currently having system problem and to call back. Stated he currently have a incident number 522329

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm