## Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

| | |
|---|---|
| From: | JustGrants.Support@usdoj.gov (justgrants.support@usdoj.gov) |
| To: | justgrantstier3@usdoj.gov |
| Cc: | frednance@clickservices.org |
| Date: | Wednesday, April 28, 2021, 06:31 AM CDT |

Exhibit 5

Good Morning,

Please address Mr. Nance Jr, issue below. Incident 522329 was generated to document this request.

Thanks

_____


I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

DUNS #:804422645
Award #:Grant13324548

JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm