# BJA FY 21 Second Chance Act Community-Based Reentry Program Submission Complaint

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | grants@ncjrs.gov |
| Cc: | frednance@clickservices.org |
| Date: | Wednesday, April 28, 2021, 07:04 AM CDT |

Exhibit 7

I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT 13324548. Thank you.

This is the message I sent last evening, incident #522329:

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).


/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.