## Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

From:   justgrants.support@usdoj.gov

Exhibit 9

To:     frednance@clickservices.org

Date:   Wednesday, April 28, 2021, 09:31 AM CDT

DUNS #:804422645
Award #:Grant13324548

Hello Dr. Nance,

  Per our phone conversation, since the application deadline has passed for this solicitation, please contact the Response Center with this ticket #522329 to let them know you missed the application deadline.  BJA will contact you if they determine that this solicitation should be reopened.  The attached instructions will assist you with entering the match amount correctly so you can submit this application if it is reopened by BJA.  If you have any additional match amount issues if the solicitation is reopened, you may open a new Helpdesk ticket so we can assist.  Please let me know if you have any questions before this ticket is closed.

Al Roddy
JustGrants Service Desk
U.S. Department of Justice (DOJ)
Phone: 1-833-872-5175
Email: JustGrants.Support@usdoj.gov
Service Desk Hours:
Monday - Friday 5am-9pm
Saturday, Sunday, and Federal holidays 9am-5pm

 Budget Summary Instructions for Match 4.26.21.docx
240.1kB