Exhibit 9a

**Consolidated Budget Summary Brief Instructions for OJP Match**

Applicants should first enter their budget costs in each category to arrive at a total project cost over the requested number of years. Total project costs entered across categories should include any anticipated federal funding, match, or program income.

At the very end of the budget in the consolidated budget, the applicants will then indicate the portion of the total project costs being requested as federal funding, match, and program income. The federal funds, match amount, and program income amount are all the proposed portion/percentage of the total project costs. (In other words, Federal Funds + Match Amount + Program Income Amount = Total Project Costs in the Consolidated Budget Summary.)

**There are two different potential views applicants may see to enter match into the consolidated budget summary: 1. OJP Multi-year consolidated budget summary that has different match amounts by years (page 2 below) or 2. OJP Multi-year consolidated budget summary that is just entered once/not different match amounts by years (page 3 below).**

After completing this budget detail summary, please confirm that the following final values entered in this section are identical to those entered in the corresponding estimated cost section of the Standard Applicant Information. Specifically, the following must be equivalent. If they are not, you will not be able to submit this application until they are updated to be equivalent (and could be updated in either the standard applicant information or in the budget).

| Standard Applicant Information | Equals | Budget Summary |
|---|---|---|
| Total Estimated Funding | = | Total Project Costs |
| Federal Estimated Funding (federal share) | = | Federal Funds |
| Applicant Estimated Funding (non-federal share) | = | Match Amount |
| Program Income Estimated Funding | = | Program Income Amount |

View of the fields in the Consolidated Budget Summary that must match the federal estimated funding, applicant estimated funding, and program income estimated funding in the standard applicant.

| Total Project Costs | $25,000.00 | $25,000.00 | $20,000.00 | $70,000.00 |

|  | Total | Percentage |
|---|---|---|
| Federal Funds |  | — |
| Match Amount |  | — |
| Program Income Amount |  | — |

**View #1:**

**OJP Multi-year consolidated budget summary (different match amounts by years).**

If an applicant sees a view like this, then the applicant enters a match amount for each year of the budget.

If this is the view that applicants are seeing, then they should enter the match within each year (highlighted fields). The form will automatically total the match portion for the full project automatically (where it says "Match Amount" with the $30,000 highlighted above). That "match amount" for the full project costs ($30,000 below) will need to equal the value entered into the Applicant Estimated Funding (non-federal share) in the Standard Applicant Information section of the application in order to submit.



**View #2:**

**OJP Multi-year consolidated budget summary to enter match.**

If the applicant sees a view like this, they only enter the match amount one time for the total project costs. If this is the view that applicants are seeing, then they should enter the match directly in the match amount (highlighted below). That "match amount" for the full project costs will need to equal the value entered into the Applicant Estimated Funding (non-federal share) in the Standard Applicant Information section of the application in order to submit.

| | | | | |
|---|---|---|---|---|
| Total Direct Costs | $208,584.00 | $18,584.00 | $18,584.00 | $245,752.00 |
| Indirect Costs | $0.00 | $0.00 | $0.00 | $0.00 |
| **Total Project Costs** | $208,584.00 | $18,584.00 | $18,584.00 | **$245,752.00** |

| | Total | Percentage |
|---|---|---|
| Federal Funds | $45,652.00 | 19.00% |
| Match Amount | $200,100.00 | 81.00% |
| Program Income Amount | | |