## Re: Fw: Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

| | |
|---|---|
| From: | grants@ncjrs.gov |
| To: | frednance@clickservices.org |
| Date: | Wednesday, April 28, 2021, 11:00 AM CDT |

**Exhibit 10**

Dear Fred,

Thank you for contacting the Response Center.

This e-mail is in reference to the technical issues you experienced while attempting to apply for the *Second Chance Act Community-Based Reentry Program* (BJA-2021-58002).

Applicants that experience unforeseen JustGrants technical issues beyond their control, which prevent them from submitting their application by the deadline, must contact the JustGrants User Support (https://justicegrants.usdoj.gov/user-support) or the SAM Help Desk (Federal Service Desk) at https://www.fsd.gov/gsafsd_sp to report the technical issue and receive a tracking number. The applicant must e-mail the OJP Response Center at grants@ncjrs.gov **by 11:59 pm Eastern on April 28, 2021 (within 24 hours after the application deadline)** to request approval to submit its application after the deadline. The e-mail to the OJP Response Center *must* include the following:

• Description of the technical difficulties experienced

• Complete timeline of the applicant's submission efforts

• Complete grant application (including all attachments)

• Applicant's DUNS number

• Any JustGrants or SAM tracking number(s)

**Note: OJP does not automatically approve requests to submit a late application.** After OJP reviews the applicant's request, and contacts the JustGrants or SAM Help Desk to verify the reported technical issues, OJP will inform the applicant whether the request to submit a late application has been approved or denied. If OJP determines that the untimely application submission was due to the applicant's failure to follow all required procedures, OJP will deny the applicant's request to submit its application.

The following conditions generally are insufficient to justify late submissions:

• Failure to register in SAM or JustGrants in sufficient time.

• Failure to follow JustGrants instructions on how to register and apply as posted on its website.

• Failure to follow each instruction in the OJP solicitation.

• Technical issues with the applicant's computer or information technology environment, such as issues with firewalls or browser incompatibility.

Please let us know if you have any further questions.

Thank you,

Ken Molter
Customer Service Team Leader

---------------------------------
Learn About Submitting an Application via JustGrants!

Please visit https://justicegrants.usdoj.gov/training-resources/justgrants-training/application-submission for additional information on the Application Submission Process in JustGrants. For the latest information and updates on DOJ's roll out of new grants management and payment management systems, sign up for JusticeGrants Updates emails from the COPS Office, OJP, and OVW at the following link:

https://public.govdelivery.com/accounts/USDOJOJP/subscriber/new?topic_id=USDOJOJP_586
*****************************************************
Disclaimer: The enclosed response may include referrals to non-Federal Government resources.
The resources, and the information contained therein, are only as reliable and complete as their originating source. Responsibility for the quality/accuracy of the information rests with the original source.

On 4/28/21 11:05 AM, Ph.D. Fred Nance Jr. wrote:

> Good morning. I received this information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.
>
> I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT 13324548. Thank you.
>
> This is the message I sent last evening, incident #522329:
>
> I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.
>
> I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!
>
> PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).
>
>
> /s/Dr. Fred Nance Jr.
> Ph.D. Health & Human Services