Request Approval To Submit Grant Application After The Deadline 1st Email

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: grants@ncjrs.gov

Cc: frednance@clickservices.org

Date: Wednesday, April 28, 2021, 04:16 PM CDT

Exhibit 12

Good afternoon. C.L.I.C.K. Services, NFP's accountant for this grant application has a full-time job. This accountant will need to review the "Word" document issued by BJA Help Desk that is attached to see how it works with our grant application. Pursuant to the attached Response Center document, C.L.I.C.K. Services, NFP submits the following and possibly multiple emails because of the Response Center wanting the complete grant application documents/attachments:

Description of the technical difficulties experienced and Timeline of Applicant's Submission Efforts -

I received information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.

I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT 13324548. Thank you.

This is the message I sent last evening, incident #522329:

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen." IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

Complete Grant Application attached
Duns Number - 804422645
New JustGrants Tracking Number - Incident #522698
SAM Tracking Number - INC-GSAFSD5116394

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


4.28.21 Budget Summary Instructions for Match 4.26.21.docx
240.7kB


Trenstr Project Abstract.pdf
106.2kB


Trenstr Project Proposal.pdf
820kB


Trenstr Project Timeline.pdf
304.7kB


4.28.21 JustGrants and SAM Incident Reports.pdf
194.7kB


Logic Model Abstract and Detail.pdf
407.5kB


Resumes.pdf
1MB


Trenstr Exhibits.pdf
3.6MB


Mentoring and Trauma Curricula.pdf
3.5MB


Other MOUs.pdf
4.4MB

# Request Approval To Submit Grant Application After The Deadline 2nd Email

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | grants@ncjrs.gov |
| Cc: | frednance@clickservices.org |
| Date: | Wednesday, April 28, 2021, 04:28 PM CDT |

Exhibit 12

Good afternoon. C.L.I.C.K. Services, NFP's accountant for this grant application has a full-time job. This accountant will need to review the "Word" document issued by BJA Help Desk that is attached to see how it works with our grant application. Pursuant to the attached Response Center document, C.L.I.C.K. Services, NFP submits the following and possibly multiple emails because of the Response Center wanting the complete grant application documents/attachments:

Description of the technical difficulties experienced and Timeline of Applicant's Submission Efforts -

I received information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.

I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT 13324548. Thank you.

This is the message I sent last evening, incident #522329:

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen." IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

Complete Grant Application attached
Duns Number - 804422645
New JustGrants Tracking Number - Incident #522698
SAM Tracking Number - INC-GSAFSD5116394


/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


Letters of Support.pdf
844.9kB


Job Descriptions.pdf
426.3kB


Illinois Qualified Opportunity Zones.pdf
195.9kB


High Poverty Areas.pdf
197kB


FY 2021 thru 2024 DOJ Budget.xlsm
573.8kB


CCDOC C.L.I.C.K. MOA and Validated Emails.pdf
1.5MB


Financial Capability.pdf
595.6kB


Dr. Michelle-Ann Rhoden Neita CV.pdf
245kB


Dr. Fred Nance Jr CV.pdf
161.5kB


Disclosure of Lobbying Activities SF-LLL.pdf
14.6kB


Defy GwG Curriculum.pdf
120.9kB


Contractual Agreements.pdf
677.6kB

Request Approval To Submit Grant Application After The Deadline 3rd Email

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: grants@ncjrs.gov

Cc: frednance@clickservices.org

Date: Wednesday, April 28, 2021, 04:37 PM CDT

Exhibit 12

Good afternoon. This is the last email. I believe included all attachments. I might have missed something but it should be in my JustGrants workspace. C.L.I.C.K. Services, NFP's accountant for this grant application has a full-time job. This accountant will need to review the "Word" document issued by BJA Help Desk that is attached to see how it works with our grant application. Pursuant to the attached Response Center document, C.L.I.C.K. Services, NFP submits the following and possibly multiple emails because of the Response Center wanting the complete grant application documents/attachments:

Description of the technical difficulties experienced and Timeline of Applicant's Submission Efforts -

I received information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.

I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT 13324548. Thank you.

This is the message I sent last evening, incident #522329:

I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen." IT DOES MATCH!!!

PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

Complete Grant Application attached
Duns Number - 804422645
New JustGrants Tracking Number - Incident #522698
SAM Tracking Number - INC-GSAFSD5116394


/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


Certified Standard Assurances Signed.pdf
1.3MB


Certifications Re Lobbying, Debarment, Suspension Signed.pdf
1.4MB


C.L.I.C.K. Articles of Inc. 501c3 Status Registered Office.pdf
2.2MB


4.27.21 DOJ High Risk Grantees.pdf
27.7kB


4.27.21 Indirect Cost Rate.pdf
29.2kB


4.27.21 Research and Evaluation Statement.pdf
26.9kB


4.27.21 Subrecipients.pdf
26.6kB


4.27.21 Tribal Authoriziing Resolution.pdf
30.9kB