## JustGrants Glitches

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: tumia.romero@mail.house.gov; tumia@dannykdavis.com; josie.ware@mail.house.gov; jill.hunter-williams@mail.house.gov

Cc: frednance@clickservices.org         Exhibit 13

Date: Thursday, April 29, 2021, 01:56 PM CDT

Congressman Davis:

Good afternoon. I thought it would be important for me to share some information I was given regarding the glitches in JustGrants. Mr. Al Roddy, an Executive specialist (17 years) with JustGrants, shared the attached document with me. Mr. Roddy informed me many Second Chance Act grant applicants are having problems submitting their information because of the JustGrants glitches in their system; most notably, JustGrants is not informing grant applicants. Mr. Roddy stated to me he pulled my "incident report" from the system because he knew me. I did not know where he met me or how he knew me until this morning. As I was going through my incident reports to JustGrants, I came across an incident report in October of 2020 on my Whistleblower Act claims against DOJ. Mr. Roddy was assigned to my incident report. Mr. Roddy says he had a discussion with me. I do not remember it.

The issue I have attempting to submit my grant application was due to budget items not being presented appropriately in the JustGrants system, which was not my error. The glitch in their system caused the error. JustGrants staff have working knowledge of this glitch and failed to present the issues to grant applicants. Grant applicants can appeal, but how many will bother to go through the processes. The document attached, which was given to me, will solve my problems on appeal.

I have questions: How many grant applicants were disenfranchised and put at a disadvantaged due to glitches in the JustGrants system that JustGrants staff know exist? Since you are the principle author and designer of the Second Chance Act, how will your office handle this issue? I am going to stay in my lane on this one, no social media; as long as JustGrants re-opens my portal and allows me to submit my grant application. The glitch that caused the rejection of my grant application is embodied in the attachment here. I know now why the JustGrants system did not allow my grant application. Second Chance Act grant applicants are not aware of how to get around this budget glitch without this document.

On another note: I received an invite today to be a peer reviewer for the grant I am submitting. Of course, I accepted. My plan is to discuss this glitch issue during the peer consensus call that takes place after grading grant applications. I will not give up my source regarding this document. I will discuss it in an abstract sort of way on how to make things better for grant applicants and JustGrants. I know I cannot save the world, but I can damn sure try to save a few. Excuse my language. If you want to talk about this issue, I can verbally explain and walk you through the nonsense.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning

www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


4.28.21 Budget Summary Instructions for Match 4.26.21.pdf
135.5kB