# C.L.I.C.K. Services, NFP Grant Application Denied Due To JustGrants Glitches

From: Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org)

To: justgrants.support@usdoj.gov; grants@ncjrs.gov

Exhibit 14

Cc: frednance@clickservices.org

Date: Monday, May 3, 2021, 07:11 AM CDT

While under extreme duress, anxiety, and stress, C.L.I.C.K. Services, NFP (C.L.I.C.K.) is upgrading and filing this complaint or "incident" pursuant to the Whistleblower Act. C.L.I.C.K. is filing these incident reports, again, under the protection of the Whistleblower Act to prevent any retaliatory acts or nature thereof against this entity. Exhibit A clearly shows why C.L.I.C.K.'s grant application was denied submission. Exhibit B clearly shows how this JustGrants glitch/error could be corrected, which should have been provided to all grant applicants to avoid what happened to C.L.I.C.K. JustGrants was aware of this particular glitch and did nothing to prevent or correct it.

NCJRS sent C.L.I.C.K. the attached exhaustive list of things (labeled 4/30/21) needed because of what they call "technical" errors. Is NCJRS suggesting or stating C.L.I.C.K. caused or is responsible for these "technical" errors? NCJRS requested a list of things as if they are investigating C.L.I.C.K. instead of fixing the JustGrants system. C.L.I.C.K. will not be the scapegoat in this mater. This is a public interest matter/case.

The email chain attached demonstrates C.L.I.C.K.'s duty reporting the error/glitch in a timely manner and its attempt to correct the error, if given a chance, since obtaining Exhibit B. Yet, since reporting this glitch/error, JustGrants is acting like this is rocket science; sending C.L.I.C.K. through this lengthy processes of proving the glitch. C.L.I.C.K. needs to get this nonsense off its desk so it can concentrate on other business matters. Wherefore, C.L.I.C.K. submits the following documentation attached to support its claims and request its grant application portal re-opened as soon as possible so the processes of submitting is completed. Thank you.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

C.L.I.C.K. Services NFP Submission Denied Ex A.pdf
201.9kB

Consolidated Budget Summary Ex B.pdf
135.8kB

5/22/2021 Yahoo Mail - C.L.I.C.K Services, NFP Grant Application Denied Due To JustGrants Glitches

Email Incident Reports 522329 522349 522698.pdf
577.5kB

Request Approval to ReSubmit Grant Application.pdf
194.2kB

4.30.21 JustGrants Glitch Disenfranchises Grant Applicants.pdf
413.8kB

2/2