Case: 1:20-cv-06916 Document #: 60-17 Filed: 05/23/21 Page 1 of 5 PageID #:1654

# Response to your grant inquiry from the National Criminal Justice Reference Service (NCJRS)

| | |
|---|---|
| From: | grants@ncjrs.gov |
| To: | frednance@clickservices.org |
| Date: | Wednesday, May 5, 2021, 05:04 PM CDT |

Exhibit 16

Dear Sir or Madam,

The Response Center has received your request regarding Office of Justice Programs (OJP) funding, and it is currently being processed. You should receive a response from an Information Specialist within one working day, depending on the complexity of your request.

Thank you.

---------

UPCOMING JUSTGRANTS SITE MAINTENANCE

Due to planned DOJ financial management system upgrades, the Justice Grants System (JustGrants) will be unavailable for users from Friday, May 7, 2021 at 5:30 p.m. ET to Wednesday, May 12, 2021 at 5:30 a.m. ET.

During this time, no grants management or application submission activities will be accessible in JustGrants. If you attempt to access the system, you will receive a service dashboard message.

Access to JustGrants will be restored once the system is back online after 5:30 a.m. ET on May 12, 2021.

To prepare for the system outage, it is advised that any time-sensitive action that needs to be completed in JustGrants is done as soon as possible. Any work on applications that is saved prior to the system being taken offline on May 7, 2021 at 5:30 p.m. will not be lost.


----- Original Message -----
From: "Dr. Fred L Nance Jr., Ph.D." <frednance@clickservices.org>
Sent: Wednesday, May 5, 2021 9:54:36 PM GMT
Subject: Re: Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

>Mr. Ken Molter:
>Good evening. When are you and/or your team going to open my grant application so I can submit it? I submitted sufficient documentation on April 28, 2021, as instructed by your email above, to support the JustGrants system error preventing me from submitting my grant application on April 27, 2021.
>Please provide the reasoning for the delay in opening up my application so I can submit it. On or about April 28, 2021, at 9:31 am, Mr. Al Roddy gave me instructions on how to correct the JustGrants system error in order to submit my application. Here is Mr. Al Roddy information, which was on the email he sent me:
>Al Roddy
>JustGrants Service Desk
>U.S. Department of Justice (DOJ)
>Phone: 1-833-872-5175
>Email: JustGrants.Support@usdoj.gov
>These instructions were not available to me during the submission processes. I started calling the JustGrants service desk on April 27, 2021 around 6:35 pm (CST). I was on hold (#18 in cue) until approximately 10:15 pm (CST). No one responded to my call. After no one responded to my call, I contacted the service desk (Incident #522329 or #522698). As stated earlier, the JustGrants system would not let me submit due to this message: "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen." My federal share did match the consolidated category summary! Please respond and open up my application so I can submit it. Thank you.
>
>/s/Dr. Fred Nance Jr.

>Ph.D. Health & Human Services
>Social Policy Analysis and Planning
>www.clickservices.org
>708-921-1395
>
>NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.
>
> On Wednesday, April 28, 2021, 11:00:39 AM CDT, <grants@ncjrs.gov> wrote:
>
> #yiv0658241986 P {MARGIN-TOP:0px;MARGIN-BOTTOM:0px;}

>Dear Fred,
>
>
>
>Thank you for contacting the Response Center.
>
>
>
>This e-mail is in reference to the technical issues you experienced while attempting to apply for the Second Chance Act Community-Based Reentry Program (BJA-2021-58002).
>
>
>
>Applicants that experience unforeseen JustGrants technical issues beyond their control, which prevent them from submitting their application by the deadline, must contact the JustGrants User Support (https://justicegrants.usdoj.gov/user-support) or the SAM Help Desk (Federal Service Desk) at https://www.fsd.gov/gsafsd_sp to report the technical issue and receive a tracking number. The applicant must e-mail the OJP Response Center at grants@ncjrs.gov by 11:59 pm Eastern on April 28, 2021 (within 24 hours after the application deadline) to request approval to submit its application after the deadline. The e-mail to the OJP Response Center must include the following:
>
>
>
>• Description of the technical difficulties experienced
>
>
>
>• Complete timeline of the applicant's submission efforts
>
>
>
>• Complete grant application (including all attachments)
>
>
>
>• Applicant's DUNS number
>
>
>
>• Any JustGrants or SAM tracking number(s)
>
>
>
>Note: OJP does not automatically approve requests to submit a late application. After OJP reviews the applicant's request, and contacts the JustGrants or SAM Help Desk to verify the reported technical issues, OJP will inform the

applicant whether the request to submit a late application has been approved or denied. If OJP determines that the untimely application submission was due to the applicant's failure to follow all required procedures, OJP will deny the applicant's request to submit its application.
>
>
>
>The following conditions generally are insufficient to justify late submissions:
>
>
>
>• Failure to register in SAM or JustGrants in sufficient time.
>
>
>
>• Failure to follow JustGrants instructions on how to register and apply as posted on its website.
>
>
>
>• Failure to follow each instruction in the OJP solicitation.
>
>
>
>• Technical issues with the applicant's computer or information technology environment, such as issues with firewalls or browser incompatibility.
>
>
>
>Please let us know if you have any further questions.
>
>
>
>Thank you,
>
>
>
>Ken Molter
>
>Customer Service Team Leader
>
>---------------------------------
>Learn About Submitting an Application via JustGrants!
>
>Please visit https://justicegrants.usdoj.gov/training-resources/justgrants-training/application-submission for additional information on the Application Submission Process in JustGrants. For the latest information and updates on DOJ's roll out of new grants management and payment management systems, sign up for JusticeGrants Updates emails from the COPS Office, OJP, and OVW at the following link:
>
>https://public.govdelivery.com/accounts/USDOJOJP/subscriber/new?topic_id=USDOJOJP_586
>****************************************************
>Disclaimer: The enclosed response may include referrals to non-Federal Government resources.
>The resources, and the information contained therein, are only as reliable and complete as their originating source. Responsibility for the quality/accuracy of the information rests with the original source.
>
>
>On 4/28/21 11:05 AM, Ph.D. Fred Nance Jr. wrote:
>
>Good morning. I received this information, which should have been disseminated so grant applicants for the BJA FY 21 Second Chance Act Community-Based Reentry Program would be aware of possible glitches in the system. Due to this glitch I experienced, I could not submit my grant application on April 27, 2021. Grant applicants not knowing this glitch was there are being disenfranchised and put at a disadvantaged for having their grant applications reviewed by BJA and Peer Reviewers. In the message below, it reports BJA "may" open grant applications due to this glitch. How can BJA not open up a grant application processes for this glitch, especially in my case because I

submitted a complaint, incident #522329, before the deadline has passed? This is the information I submitted on April 27, 2021 before the grant application deadline.

>I submitted this message last night, April 27, 2021, regarding an JustGrants error message and system problems issue. I was given incident #522329. I was informed there is a glitch in your system as to the error message I received regarding the submission of my grant application. Please investigate and open my submission grant page up so I can submit my grant application for GRANT 13324548. Thank you.

>This is the message I sent last evening, incident #522329:

>I have been trying to submit my documents for this grant solicitation since 6:15 pm (CST). The JustGrants System would not allow me to submit my documents. I called the support line at 7:40 pm (CST) and was the 18th caller. When my call was answered it was approximately 9:15 pm (CST). A message stated JustGrants was experiencing a system error. This is crazy. I cannot submit my grant application. There is nothing wrong with my grant application. I am attaching a copy of it, which is not all of the grant application. This was all the system would permit printing.

>I kept getting the message "The Federal Estimated Funding (Federal Share) in the Standard Applicant Information screen does not match the Federal Funds in the Consolidated Category Summary screen. IT DOES MATCH!!!

>PLEASE SUBMIT MY GRANT APPLICATION!!! YOUR JUSTGRANTS SYSTEM IS NOT WORKING!!! THE JUSTGRANTS SYSTEM WILL NOT ALLOW ME TO SUBMIT MY GRANT APPLICATION!!! I AM SENDING THIS MESSAGE AT 10:34 PM (CST).

>
>/s/Dr. Fred Nance Jr.
>Ph.D. Health & Human Services
>Social Policy Analysis and Planning
>www.clickservices.org
>708-921-1395
>
>NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.
>
>----- Forwarded Message -----From: JustGrants.Support@usdoj.gov <justgrants.support@usdoj.gov>To: "frednance@clickservices.org" <frednance@clickservices.org>Sent: Wednesday, April 28, 2021, 09:31:23 AM CDTSubject: Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program
>
>DUNS #:804422645
>Award #:Grant13324548
>
>
>
>
>Hello Dr. Nance,
>
> Per our phone conversation, since the application deadline has passed for this solicitation, please contact the Response Center with this ticket #522329 to let them know you missed the application deadline. BJA will contact you if they determine that this solicitation should be reopened. The attached instructions will assist you with entering the match amount correctly so you can submit this application if it is reopened by BJA. If you have any additional match amount issues if the solicitation is reopened, you may open a new Helpdesk ticket so we can assist. Please let me know if you have any questions before this ticket is closed.
>
>
>
>
>
>
>
>
>
>
>
>
>Al Roddy

>JustGrants Service Desk
>U.S. Department of Justice (DOJ)
>Phone: 1-833-872-5175
>Email: JustGrants.Support@usdoj.gov
>Service Desk Hours:
>Monday - Friday 5am-9pm
>Saturday, Sunday, and Federal holidays 9am-5pm
>
>