## Re: Incident# 522329 - BJA FY 21 SCA Community Based Reentry Program

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | grants@ncjrs.gov |
| Cc: | frednance@clickservices.org |
| Date: | Thursday, May 6, 2021, 11:31 AM CDT |

Exhibit 17

Mr. Molter:

Good morning. First, I want to thank you for responding. Second, I am not interested in future grant applications at this time. I want to have equal access to the Second Chance grant application processes I ascribed too, which includes non-discriminatory practices and policies. Third, I have been a Peer Reviewer for Second Chance Act grants since 2009. I get the updates I need. In addition, I am being considered to peer review the Second Chance Act grant applications. My orientation call is June 4, 2021. After the orientation call, we will have access to the grant applications for review. JustGrants has disenfranchised C.L.I.C.K. Services, NFP from this processes. If I am not chosen to peer review the Second Chance Act grant application I was chosen to do via email, I will assume this JustGrants process has discriminated against me and stop my peer review.

Finally, JustGrants is aware of the many "unforeseen technical issues beyond a grant applicant's control." My issue is one of them. My issue is not rocket science. You state my issue is being reviewed by BJA leadership. Are you aware I have a pending lawsuit against DOJ, BJA, OJP? The litigation can be seen and reviewed on my Twitter page at: http://www.twitter.com/clickforjustice. I was a Whistleblower who was terminated.

If C.L.I.C.K.'s issue goes south, I will supplement my litigation. If this is happening to me, it is happening to others. This is a public issue/matter/case. This is why I informed Congressman Danny K. Davis and the Ways and Means Committee/Appropriation Committee. I am not requesting you give me anything except a chance to compete with my peers and colleagues. Grant applicants who have suffered "unforeseen technical issues" with JustGrants and just dropped out after putting detailed and elaborate work must be heard by the public at large and the Congress. JustGrants cannot discriminate and disenfranchise companies and organizations.

Respectfully submitted

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email

message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Thursday, May 6, 2021, 09:20:59 AM CDT, <grants@ncjrs.gov> wrote:

Hello Fred,

Thank you for contacting the Response Center.

The information that you originally provided was forwarded to Bureau of Justice Assistance (BJA) leadership for review on April 29, 2021. Because JustGrants is a new system, BJA is still looking into the technical issues that caused application submission problems. Someone from BJA will be in touch as soon as a decision has been made regarding your application. Unfortunately, we do not have a timeframe as to when to expect this decision.

If you are interested in receiving additional information on future funding opportunities from the Bureau of Justice Assistance (BJA), please visit https://bja.ojp.gov/subscribe to subscribe to the 'NewsfromBJA' newsletter. The 'NewsfromBJA' newsletter contains information about new publications, BJA program highlights, funding opportunities, and other information of interest to BJA's audience.

Finally, you may also want to sign up to receive 'Grants & Funding News' to learn about solicitation releases, funding-related webinars, and more from our federal sponsors. Please visit following web page to subscribe to this newsletter:

https://public.govdelivery.com/accounts/USDOJOJP_COMMS/subscriber/new?topic_id=USDOJOJP_COMMS_25

Please let us know if you have any further questions.

Thank you,

Ken Molter
Customer Service Team Leader

---------------------------------
UPCOMING JUSTGRANTS SITE MAINTENANCE

Due to planned DOJ financial management system upgrades, the Justice Grants System (JustGrants) will be unavailable for users from Friday, May 7, 2021 at 5:30 p.m. ET to Wednesday, May 12, 2021 at 5:30 a.m. ET.

During this time, no grants management or application submission activities will be accessible in JustGrants. If you attempt to access the system, you will receive a service dashboard message.

Access to JustGrants will be restored once the system is back online after 5:30 a.m. ET on May 12, 2021.

To prepare for the system outage, it is advised that any time-sensitive action that needs to be completed in JustGrants is done as soon as possible. Any work on applications that is saved prior to the system being taken offline on May 7, 2021 at 5:30 p.m. will not be lost.

*******************************************************
Disclaimer: The enclosed response may include referrals to non-Federal Government resources. The resources, and the information contained therein, are only as reliable and complete as their originating source. Responsibility for the quality/accuracy of the information rests with the original source.

On 5/5/21 5:54 PM, Ph.D. Fred Nance Jr. wrote:

> Mr. Ken Molter:
>
> Good evening. When are you and/or your team going to open my grant application so I can submit it? I submitted sufficient documentation on April 28, 2021, as instructed by