# C.L.I.C.K. Services NFP Grant Package #13324548

From: Dr. Fred Nance Jr. (frednance@clickservices.org)

To: grants@ncjrs.gov

Cc: frednance@clickservices.org

Date: Thursday, May 13, 2021, 04:55 PM CDT

Exhibit 18

Good evening. When is JustGrants going to open up my grant application for submission?

@POTUS @VP @DOJBJA @AppropsDems @WaysMeansCmte BJA  JustGrants System
youtu.be/CSnd46MKrgA
Please read the narrative for this issue on my YouTube channel; then follow up with this link for the email exchange. America are you ready for the truth.
https://drive.google.com/file/d/1NjfYnDQ0DddDG2OtAml9Vtuh-Ms2IKRH/view?usp=sharing

Sent from my iPhone
Dr. Fred L Nance Jr
PhD Human Services
Social Policy Analysis
708-921-1395
www.clickservices.org