# Fw: DOJ JustGrants Whistleblower Complaint

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | grants@ncjrs.gov |
| Cc: | frednance@clickservices.org |
| Date: | Friday, May 14, 2021, 11:38 AM CDT |

Exhibit 19

Good afternoon. Please be advised: On May 14, 2021, I filed a Whistleblower complaint with the DOJ Office of the Inspector General pursuant to the issues I addressed with JustGrants "unforeseen errors" and the non-actions of re-opening my grant application for submission. I am forwarding the email sent to the Office of the Inspector General.

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

----- Forwarded Message -----
**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**To:** oig.oversight&review@usdoj.gov <oig.oversight&review@usdoj.gov>
**Cc:** Fred Nance Jr. <frednance@clickservices.org>
**Sent:** Friday, May 14, 2021, 11:33:41 AM CDT
**Subject:** DOJ JustGrants Whistleblower Complaint

Mr. M. Sean O'Neill:

I filed a Whistleblower Complaint on May 14, 2021 pursuant to NDAA Whistleblower Act 2013, amended 2016 regarding DOJ JustGrants "unforeseen errors" issues with grant applications. I filed this complaint with you and on the DOJ Whistleblower complaint website online. Here is the link to the email chain between DOJ, JustGrants, and myself: 5.8.21 JustGrants System Glitches Email Chain.pdf





I posted this issue on my social media pages, YouTube Channel and Twitter page. Here is the link:
@POTUS @VP @DOJBJA @AppropsDems @WaysMeansCmte BJA  JustGrants System
youtu.be/CSnd46MKrgA

Please read the narrative for this issue on my YouTube channel; then follow up with this link for the email exchange. America are you ready for the truth. 5.8.21 JustGrants System Glitches Email Chain Redacted.pdf



/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you

> have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


5.14.21 DOJ Whistleblower Complaint Online.pdf
877.5kB


5.14.21 NDAA Inspector General Complaint.pdf
56.2kB