An official website of the United States government
Here's how you know

U.S. Department of Justice Office of the Inspector General

Exhibit 19a

MENU

# Grant Complaint

- **Grant Complaint**
- Grant Information
- Grant Complaint Description
- Complete

☐ Submit complaint anonymously

Please fill in as much information as possible. Mandatory fields are identified by an asterisk (*). If you do not wish to provide contact information, you may submit your complaint anonymously.

## Your Information

Your Title

Dr

Your First Name

Fred

Your Middle Name

Lee

Your Last Name

Nance

Your Suffix (Jr. Sr. IV, etc.)

Jr.

Your Email

frednance@clickservices.org

Your Company Name

C.L.I.C.K. Services, NFP

Your Address

17239 Evans Avenue

Your Address 2

Home

Your City/Town

South Holland

Your State/Province

Illinois

Your ZIP/Postal Code

60473

Your Country

United States

Your Phone

708-921-1395

*Format: XXX-XXX-XXXX*

Your Fax

N/A

 An official website of the United States government
Here's how you know

U.S. Department of Justice Office of the Inspector General

MENU

# Grant Complaint

- Grant Complaint
- **Grant Information**
- Grant Complaint Description
- Complete

## Grant Information

Grant Number

Grant Opportunity #O-BJA-2021-58002; Grant Package #13324548; Case ID# 136012

Grant City/Town

DOJ, BJA, OJP Washington DC

Grant State/Province

District of Columbia

Company/Entity receiving the grant

C.L.I.C.K. Services, NFP

Date and time the incident occurred

04/27/2021



Time the incident occurred

18:34

☑ Is the activity ongoing

DOJ Component

Other – Enter the component in the box below.

Other Component

BJA FY 21 Second Chance Act Community-Based Reentry Program

DOJ Grant Manager Name

N/A

Grant Description ?

O-BJA-2021-58002

< Previous Page Next Page >

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee



An official website of the United States government
Here's how you know

U.S. Department of Justice Office of the Inspector General

MENU

# Grant Complaint

- Grant Complaint
- Grant Information
- **Grant Complaint Description**
- Complete

## Complaint Description

Subject Title

Other…

JustGrants Unforeseen Errors

Subject First

Fred

Subject Middle

Lee

Subject Last

Nance

Subject Suffix

Jr.

Details:

Please provide a description of the facts and circumstances surrounding the reported activities, such as the evidence forming the basis of this report, the names of the individuals involved, dates, location, how the matter was discovered, potential witnesses and their involvement, and any corrective action already taken.

I am Dr. Fred L. Nance Jr. I have a Ph.D. in Human Services with a focus on Social Policy Analysis and Planning from the distinguished and accredited Walden University. I began working on my grant application in early February 2021. I attended 2 webinar sessions given by JustGrants. I put questions in their chat box, which were

< Previous Page Submit

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee

(202) 514-3435

**Department of Justice**
**Office of the Inspector General**

**950 Pennsylvania Avenue, NW Washington, DC 20530-0001**

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap



5/14/2021 Case: 1:20-cv-06316 Document #: 60-21 Filed: 05/23/21 Page 7 of 8 PageID #:1671 Submission Complete | U.S. Department of Justice Office of the Inspector General

An official website of the United States government
Here's how you know

DEPARTMENT OF JUSTICE
OFFICE OF THE INSPECTOR GENERAL

U.S. Department of Justice Office of the Inspector General

MENU

# Submission Complete

- Grant Complaint
- Grant Information
- Grant Complaint Description
- **Complete**

*Thank you for your submission. The Department of Justice, Office of the Inspector General will review your complaint and determine an appropriate course of action. Due to privacy interests, we do not provide complainants with updates on investigative matters. If you identified yourself, you will receive an acknowledgement once a determination has been made.*

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee

https://oig.justice.gov/hotline/grant-complaint/form/confirmation 1/2

5/14/2021 Case: 1:20-cv-06316 Document #: 60-21 Filed: 05/23/21 Page 8 of 8 PageID #:1672 Submission Complete | U.S. Department of Justice Office of the Inspector General

DEPARTMENT OF JUSTICE
OFFICE OF THE INSPECTOR GENERAL

**Department of Justice Office of the Inspector General**

(202) 514-3435

**950 Pennsylvania Avenue, NW Washington, DC 20530-0001**

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap

https://oig.justice.gov/hotline/grant-complaint/form/confirmation 2/2