May 14, 2021

**VIA ELECTRONIC MAIL**

Department of Justice
Office of the Inspector General
M. Sean O'Neill
Assistant Inspector General
Oversight and Review Division

Exhibit 19b

Dear Mr. M. Sean O'Neill:

I am writing you pursuant to the National Defense Authorization Act (NDAA), Whistleblower Protections Act of 2013, amended 2016. I am availing myself to the Whistleblower Act in this "new" complaint. The NDAA protects disclosures of waste, fraud, and abuse in federal contracts, grants, and payments. It protects whistleblowers from retaliation for disclosing: abuse of authority, defined broadly, relating to a federal contract or grant; violations of a law, rule, or regulation related to a federal contract or grant; and violations of requirements for competition for or negotiation of a federal contract.

In order to be protected, a whistleblower must disclose one of the above matters to one of the designated covered persons or bodies, which are: a Member of Congress or representative of a congressional committee, an Inspector General, a Federal employee responsible for oversight at the relevant agency, an official at the Department of Justice (DOJ) or a management official or other employee of the contractor, subcontractor, grantee, or subgrantee who has responsibility to investigate, discover, or address misconduct.

My company, C.L.I.C.K. Services, NFP (C.L.I.C.K.), was in the process of a grant application for the BJA FY 21 Second Chance Act Community-Based Reentry Program. I am the President & CEO of C.L.I.C.K. My grant application was put into the JustGrants system but I could not submit it due to "unforeseen errors" known to JustGrants (emails pg.2. Please review attachments in this email and what I posted on my YouTube Channel and Twitter page, which these posting are incorporated in this email message to you.

I disclosed this information to the Honorable Congressman Danny K. Davis and to the DOJ, BJA, OJP employees and managers in the email interchanges between them and myself, which is included in this email. I have completed this disclosure on the Department of Justice, Office of the Inspector General website under the "Grant Complaints" section. (attached)

Therefore, I respectfully request an investigation into this matter. Thank you.

/s/Dr. Fred L. Nance Jr., Ph.D.
17239 Evans Avenue
South Holland, Illinois 60473
708-921-1395
frednance@clickservices.org