## 2021 Second Chance Act JustGrants Technical Issues Preventing Grant Application Su0bmissions

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | oig.oversight&review@usdoj.gov; grants@ncjrs.gov |
| Cc: | frednance@clickservices.org; tumia.romero@mail.house.gov; tumia@dannykdavis.com; josie.ware@mail.house.gov; jill.hunter-williams@mail.house.gov |
| Date: | Saturday, May 15, 2021, 01:42 PM CDT |

Exhibit 20

Mr. O'Neill:

Good afternoon. This is the problem and solution. Regarding this issue and ongoing DOJ, BJA, OJP complaint, page 3 reports the BJA JustGrants system error. On page 1 & 2 describes the unforeseen technical error of the JustGrants system, which I reported and received notice of a timely report of the issue, specifically, the "Capitalized" statement "Your JustGrants system is not working." Page 6 illustrates the problem. **The problem**: Every time I put the number "750000" in the Federal Funds box of the JustGrants system and clicked on another cell "0.00" populated in the Federal Funds box. I went in the JustGrants system today retrieving "page 6" to demonstrate the JustGrants system's error still exist. **The solution**: JustGrants should correct the "cell" error, and open up my grant application so I can submit it without retaliatory actions. This should have been done upon receipt of my complaint; not 17 days later.

If my grant application cannot be re-opened so I can exercise my right "...competition for or negotiation of a federal contract" pursuant to the NDAA Whistleblower Act, I will proceed in requesting the Honorable Judge Jorge L. Alonso allow me to supplement Federal Complaint 20-cv-06316 to include this issue. The non-actions of the BJA NCJRS leads me to believe there is an ongoing retaliatory action being taken against me for filing Whistleblower Act complaint #20-cv-06316. I have already been injured by the BJA JustGrants System and its employees. Thank you.

Respectfully submitted,

/s/Dr. Fred Nance Jr.
Ph.D. Health & Human Services
Social Policy Analysis and Planning
www.clickservices.org
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

 5.15.21 JustGrants Technical Budget Error.pdf

994.4kB