## JustGrants Faulty Grant Submission Process

| | |
|---|---|
| From: | Dr. Fred L Nance Jr., Ph.D. (frednance@clickservices.org) |
| To: | support@grants.gov |
| Cc: | frednance@clickservices.org |
| Date: | Thursday, May 20, 2021, 10:36 AM CDT |

Exhibit 21

@POTUS @VP @DOJBJA @AppropsDems @WaysMeansCmte BJA JustGrants System unforeseen errors denying applications https://youtu.be/CSnd46MKrgA  Read narrative on my YouTube Channel. Whistleblower complaint filed on the issue below 5/14/21.
https://drive.google.com/file/d/1y33fDuwiJtBrcvEiq4xEMZK6GamN2mO0/view?usp=sharing