## Auto Response - CAS-HHS0000175800

From: Grants.gov (gditshared@servicenowservices.com)

To: frednance@clickservices.org

Date: Thursday, May 20, 2021, 10:38 AM CDT

Exhibit 22

Thank you for contacting the PSC Customer Contact Center support for Grants.gov. Your message has been received and a representative will be in touch with you.

Our hours of operation are 24 hours a day 7 days a week, excluding federal holidays.

Please note that this is an automated acknowledgement. Please DO NOT reply to this message.

Thank you,
HHS


Unsubscribe | Notification Preferences

Ref:MSGPROD9446747_O0JO3yw9CjY565Zl