# Fwd: New and Updated JustGrants Application Submission Training and Resources

| | |
|---|---|
| From: | Randi Nance (randinance@yahoo.com) |
| To: | frednance@clickservices.org |
| Date: | Thursday, May 20, 2021, 05:00 PM CDT |

Exhibit 23

Sent from my iPhone

Begin forwarded message:

> **From:** Justice Grants <justice_grants@public.govdelivery.com>
> **Date:** May 20, 2021 at 3:32:08 PM CDT
> **To:** randinance@yahoo.com
> **Subject: New and Updated JustGrants Application Submission Training and Resources**
> **Reply-To:** justice_grants@public.govdelivery.com

View as a webpage



*On October 15, 2020, the Department of Justice grant making components – the Office of Community Oriented Policing Services (COPS Office), the Office of Justice Programs (OJP), and the Office on Violence Against Women (OVW) – transitioned to one grants management system (JustGrants) for all three grant components and a new payment management system (ASAP).*

*This e-newsletter provides updates and shares information to assist everyone with the transition to these new systems.*



**New and Updated Training and Resources: JustGrants Application Submission**

The JustGrants team has added three new Application Mechanics eLearning videos to its eLearning training series on application submission. The eLearning videos, job aid reference guide, DOJ Application Checklist and other resources provide applicants with information needed to successfully navigate the application submission process.

Specifically, the eLearning videos and other learning resources series explain—

- steps to take prior to applying for funding;

Case: 1:20-cv-06316 Document #: 60-27 Filed: 05/23/21 Page 2 of 3 PageID #:1687

- how to find open DOJ funding opportunities in Grants.gov;
- how to apply for funding using JustGrants;
- the JustGrants roles and their responsibilities and required actions;
- how to navigate and use JustGrants to—
    - submit your application,
    - locate an application,
    - complete the Proposal Abstract and Proposal Narrative,
    - complete the Budget Detail Form,
    - upload attachments, and
    - review, certify and submit an application; and
- where to find additional training materials, job aids and other resources.

**Helpful Tool: DOJ Application Submission Checklist**

We encourage all applicants to use the [DOJ Application Submission Checklist](#) when submitting applications this year.

The checklist covers all necessary steps to complete the two-part application process in Grants.gov and JustGrants. The checklist includes information on—

- how to prepare to apply;
- completing the abbreviated application in Grants.gov;
- entity onboarding and JustGrants access;
- completing, reviewing, certifying and submitting your application in JustGrants; and
- helpful user tips.

**Top Frequently Asked Questions (FAQs) on Application Submission**

Review answers to some of the most [frequently asked questions](#) from the previous "Applicant Mechanics: Submitting an Application" webinars.

**Prepare a Detailed Budget Proposal**

A comprehensive, step-by-step breakdown on how to complete the Budget Detail Form is documented in two JustGrants training resources. Before completing your Budget Detail Form, be sure to watch the JustGrants video ["Completing a Budget Detail Form,"](#) review the [Entering Match Amount in a Budget Quick Reference Guide](#), and the [Application Submission Job Aid Reference Guide](#). Please also be sure to check the solicitation instructions for any guidance on costs or match requirements specific to the funding opportunity

## RESOURCES

- **Justice Grants Website:** Find more information about JustGrants, including training, resources and news and updates.
- **Application Submission Training and Reference Materials**
- **Entity Management Training and Reference Materials**
- **Office of Community Oriented Policing Services Grants**
- **Office of Justice Programs Application Resource Guide**
- **Office on Violence Against Women Fiscal Year 2021 Solicitation Companion Guide**

Do you know someone else who could use this information? They can subscribe to email updates regarding JustGrants at https://public.govdelivery.com/accounts/USDOJOJP/subscriber/new?topic_id=USDOJOJP_586.

You received this email because you are a current or previous grantee or applicant of one or more of the Department of Justice grant making components. Share this link with your colleagues and encourage them to sign-up to receive future updates from Justice Grants.

To manage your subscriptions, login to your Subscriber Preferences page.

GovDelivery is providing this service on behalf of the Department of Justice and may not use your subscription information for any other purposes. For more information, review the Department of Justice Privacy Policy and the GovDelivery Privacy Policy

This email was sent to randinance@yahoo.com using GovDelivery Communications Cloud on behalf of: Department of Justice · Washington, DC