**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice | ) | |
| Assistance, Office of Justice Programs, | ) | Beth W. Jantz |
| EMAGES, Inc., Hattie Wash, Thomas | ) | |
| Bradley, et al. | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

U.S. Attorney John R. Lausch Jr.
Kurt Lindland, Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
Kurt.lindland@usdoj.gov


        PLEASE TAKE NOTICE THAT on May 23, 2021 Plaintiff filed his Motion for Leave to
Supplement Complaint and 27 Exhibits, a copy of which is generated via District Court
operation.


**CERTIFICATE OF SERVICE**

        I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Plaintiff Motion for
Leave to Supplement Complaint and 27 Exhibits by causing true and correct copies of the same
to be sent to you by operation of the court.

**Dated: March 5, 2021**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org