UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) ) | Beth W. Jantz  Courtroom: 1903 |
| Defendants. | ) | |

**NOTICE OF FILING**

U.S. Attorney John R. Lausch Jr.
Kurt Lindland, Assistant U.S. Attorney
219 South Dearborn Street
Chicago, Illinois 60604
Kurt.lindland@usdoj.gov

      PLEASE TAKE NOTICE THAT on May 25, 2021 Plaintiff filed his 2nd Motion for Leave to Supplement Complaint and 3 Exhibits, a copy of which is generated via District Court operation.

**CERTIFICATE OF SERVICE**

      I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Plaintiff 2nd Motion for Leave to Supplement Complaint and 3 Exhibits by causing true and correct copies of the same to be sent to you by operation of the court.

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org