**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| FRED L. NANCE, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 20 C 6316 |
| v. | ) | |
| | ) | Judge Jorge L. Alonso |
| UNITED STATES DEPARTMENT | ) | |
| OF JUSTICE, BUREAU OF | ) | |
| ASSISTANCE, OFFICE OF JUSTICE | ) | |
| PROGRAMS, EMAGES, INC., | ) | |
| HATTIE WASH, and | ) | |
| THOMAS BRADLEY, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

Plaintiff's motions [60, 62] for leave to file a supplemental complaint are denied.

**STATEMENT**

Plaintiff has filed two motions for leave to file a supplemental complaint. Under Rule 15(d), a "court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence or event that happened after the date of the pleading to be supplemented." Fed.R.Civ.P. 15(d).

Plaintiff has not attached a proposed supplemental complaint. That is reason enough to deny the motions. It is not clear from plaintiff's motions what claims he wants to bring or whether such claims would be futile. Plaintiff asserts that he recently had difficulty filing a grant proposal with the government, and his motions suggest he might want to assert a claim against the government under the Federal Tort Claims Act. If plaintiff has not exhausted his administrative remedies, such a claim would be futile.

For these reasons, the motions to supplement are denied.

SO ORDERED.                                         ENTERED:   June 9, 2021

_____
JORGE L. ALONSO
United States District Judge