UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Fred L. Nance Jr. | ) | |
| --- | --- | --- |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) | Beth W. Jantz |
| | ) | |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Plaintiff, Fred L. Nance Jr. pursuant to Federal Rules of Appellate Procedure 3 and 4 hereby appeal to United States Court of Appeals for the Seventh Circuit the attached orders entered in the United States District Court for the Northern District of Illinois, Eastern Division by the Honorable Judge Jorge L. Alonso.

1. Federal defendants' motion to dismiss with prejudice [Dkt. No. 31] granted, Dkt. No. 64 (June 8, 2021);

2. Motions to Supplement Original Complaint [Dkt. Nos. 60 & 62] denied, Dkt. No. 65 (June 9, 2021);

3. Motion to Stay Proceedings [Dkt. No. 66] denied, Dkt. No. 68 (June 15, 2021);

4. Plaintiff Motion under Rule 26 and 56(d) [Dkt. No. 43] denied, Dkt. No. 48 (February 17, 2021).

5. Plaintiff Motion for Sanctions [Dkt. No. 26] denied, Dkt. No. 37 (February 4, 2021); and

6. Plaintiff Motion to Deny Pro Hac Vice [Dkt. No. 9] denied, Dkt. No. 13 (November 20, 2020);

Respectfully submitted,

/s/Fred L. Nance Jr., Ph.D.
Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2021, I electronically filed the foregoing Notice of Appeal with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system. I also certify that I served the foregoing Notice of Appeal on the individuals referenced on the Service List, below by CM/EFC system on June 22, 2021.

## Service List

Adam William Decker

Derrick M. Thompson

Janica A. Pierce Tucker

Kurt N. Lindland