# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Fred L. Nance Jr. ) | |
| ) | Case No. 20 CV 06316 |
| Plaintiff, ) | |
| ) | Honorable Judge: Jorge L. Alonso |
| vs. ) | |
| ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, ) | Beth W. Jantz |
| EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. ) | Courtroom: 1903 |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on June 22, 2021, Plaintiff filed his Notice of Appeal, a copy of which is generated via District Court operation.

## CERTIFICATE OF SERVICE

I, Fred L. Nance Jr. pro se plaintiff, certify on June 22, 2021, plaintiff served the foregoing Plaintiff Notice of Appeal by causing true and correct copies of the same to be sent to the Service List on the Notice of Appeal by operation of the court.

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org