UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| Fred L. Nance Jr. | ) | |
|---|---|---|
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**MOTION TO STRIKE AND REMOVE**

NOW COMES pro se plaintiff, Fred L Nance Jr., requesting this Honorable Court strike and remove Dkt. #70 in this matter. Plaintiff mistakenly filed Dkt. #70 believing it was the Notice of Filing for his appeal. Plaintiff filed his Notice of Filing Appeal, which is Dkt. #71.

Wherefore, plaintiff respectfully request the Clerk of the Court and/or this Honorable Court strike and remove Dkt. #70. Thank you.

Respectfully submitted,


/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org