# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz  Courtroom: 1903 |
| Defendants. | ) | |

## NOTICE OF FILING

PLEASE TAKE NOTICE THAT on June 22, 2021, Plaintiff filed his Motion to Strike and Remove Dkt. #70, a copy of which is generated via District Court operation.

## CERTIFICATE OF SERVICE

I, Fred L. Nance Jr. pro se plaintiff, certify on June 22, 2021, plaintiff served the foregoing Plaintiff Motion to Strike and Remove Dkt. #70 by causing true and correct copies of the same to be sent to the Service List on the Notice of Appeal by operation of the court.

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org