# United States Court of Appeals
**For the Seventh Circuit**
**Chicago, Illinois 60604**

September 1, 2021

**Before**

FRANK H. EASTERBROOK, *Circuit Judge*

MICHAEL S. KANNE, *Circuit Judge*

MICHAEL Y. SCUDDER, *Circuit Judge*



CERTIFIED COPY

| | |
|---|---|
| No. 21-2161 | |
| FRED L. NANCE, JR., | Appeal from the United States District Court for the Northern District of Illinois, Eastern Division. |
| *Plaintiff-Appellant,* | |
| v. | |
| UNITED STATES DEPARTMENT OF JUSTICE, *et al.*, | No. 1:20-cv-06316 |
| *Defendants-Appellees.* | Jorge L. Alonso, *Judge*. |

**O R D E R**

On consideration of the motion to reconsider filed by plaintiff-appellant on August 17, 2021, and construed as a petition for rehearing, all members of the original panel have voted to deny the petition.

Accordingly, the petition for rehearing is hereby DENIED.