# United States Court of Appeals

## For the Seventh Circuit
## Chicago, Illinois 60604

CERTIFIED COPY

A True Copy
Teste:

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

August 4, 2021

*Before:*

**FRANK H. EASTERBROOK,** *Circuit Judge*
**MICHAEL S. KANNE,** *Circuit Judge*
**MICHAEL Y. SCUDDER,** *Circuit Judge*

| | |
|---|---|
| FRED NANCE, JR., | ] Appeal from the United |
|     Plaintiff-Appellant, | ] States District Court for |
| | ] the Northern District of |
| No. 21-2161     v. | ] Illinois, Eastern Division. |
| | ] |
| UNITED STATES DEPARTMENT OF | ] No. 1:20-cv-06316 |
| JUSTICE, et al., | ] |
|     Defendants-Appellees. | ] Jorge L. Alonso, |
| | ]    Judge. |

### O R D E R

On consideration of the papers filed in this appeal and review of the short record,

IT IS ORDERED that this appeal is DISMISSED for lack of jurisdiction.

Generally, an appeal may not be taken in a civil case until a final judgment disposing of all claims against all parties is entered on the district court's civil docket pursuant to Fed. R. Civ. P. 58. *See Alonzi v. Budget Construction Co.*, 55 F.3d 331, 333 (7th Cir. 1995); *See Cleaver v. Elias*, 852 F.2d 266 (7th Cir. 1988).

The district court has not entered a final judgment under Rule 58 in this case, and for good reason. Plaintiff-appellant Fred Nance, Jr.'s case is not at an end. Specifically, in its order of June 8, 2021, the district court granted plaintiff-appellant "leave to file by July 9, 2021, an amended complaint against defendants Wash, EMAGES, Inc. and Bradley, should he so choose. Defendants' deadline to answer or otherwise plead is

-over-

No. 21-2161                                                        -Page 2-

August 6, 2021." Plaintiff-appellant Nance's deadline to file an amended complaint was extended recently, and now is August 30, 2021.

Further, as the governmental appellees point out, appellant has not requested entry of a partial judgment under Fed. R. Civ. P. 54(b).  Plaintiff-appellant Nance must wait until the district court's work is at an end to appeal.