UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz  Courtroom: 1903 |
| Defendants. | ) | |

### NOTICE OF FILING

**TO:** Adam William Decker, Derrick M. Thompson, Janica A. Pierce Tucker, Kurt N. Lindland

Please take notice on December 10, 2021, Plaintiff filed his Motion to Reinstate FTCA Claim with exhibits, copies generated via CM/ECF system

### CERTIFICATE OF SERVICE

I, Fred L. Nance Jr. pro se plaintiff certify on December 10, 2021, I served the foregoing Motion to Reinstate FTCA Claim with exhibit by causing true and correct copies of the same to be sent to you generated via CM/ECF system.

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org