**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

GKJ:HLSwann:hls
157-16-NEW

# EXHIBIT B

October 27, 2021

Fred Lee Nance, Jr. Ph.D.
17239 Evans Avenue
South Holland, IL 60473-3436

Re: Administrative Tort Claim of Fred Lee Nance, Jr. Ph.D.

Dear Dr. Nance:

This is in response to your administrative tort claim dated June 9, 2021, which you submitted to the Office of Justice Programs (OJP). OJP forwarded the claim to this office on September 30, 2021, and we received it on October 1, 2021. This office will be handling your claim and all future correspondence concerning this claim should be directed to it at the address above. We will contact you if further information is needed.

Very truly yours,

HOPE L. SWANN
Paralegal Specialist
Civil Division, Torts Branch