

DEPARTMENT OF JUSTICE | OFFICE OF THE INSPECTOR GENERAL

Exhibit 1

June 8, 2021

Dr. Fred Lee Nance, Jr.
frednance@clickservices.org


Dear Dr. Nance:

Thank you for your correspondence received May 15, 2021. The U.S. Department of Justice (DOJ), Office of the Inspector General, investigates allegations of misconduct by employees and contractors of DOJ, as well as waste, fraud and abuse affecting DOJ programs and operations. After reviewing your complaint, we have determined that the matters that you raised are more appropriate for review by another office within the DOJ. Therefore, we have forwarded your correspondence to:

U. S. Department of Justice
Office of Justice Programs
General Counsel
810 7th Street, N.W.
Washington, DC 20531

Please direct any further correspondence regarding this matter to that office.

Of course, if you have information that involves other allegations or issues regarding DOJ employees, contractors, programs or operations, please feel free to submit that information to us.

Thank you for giving us the opportunity to review your concerns.


    Sincerely,

    Office of the Inspector General
    Investigations Division

June 9, 2021                                          Exhibit 1

U.S. Department of Justice
Office of Justice Programs
General Counsel
810 7th Street, N.W.
Washington, DC 20531

Re: Dr. Fred L. Nance Jr. Whistleblower Complaints and Federal Complaint 1:20-cv-06316

General Counsel:

Good morning. On June 8, 2021, Judge Alonso, in case #20-cv-06316, issued the following language in his memorandum order "For the reasons set forth above, the Court grants the government's motion [31] to dismiss. Plaintiff's FTCA claim is dismissed without prejudice (and without leave to amend). The remaining claims against the government are dismissed with prejudice." I am appealing the ruling on my claims being dismissed with prejudice. I will file my appeal within the 30-day time frame.

Nevertheless, pursuant to the court order stating "…FTCA claim is dismissed without prejudice…." in this matter, I am re-submitting the 3 Whistleblower complaints for April 17, 2020, August 29, 2020, and September 13, 2020, so I can bring it back to the court. On June 9, 2021 I re-filed these Whistleblower complaints with the beginning paragraph "I, Dr. Fred L. Nance Jr., am reporting I filed 3 Whistleblower complaints with DOJ, BJA, OJP. I am filing a FTCA claim and requesting $500,000.00 in damages…." When you read my supplemental complaints filed in this matter against Andre Bethea, one of the BJA employees who are co-defendants but were left out of suit due to being employees of DOJ, BJA, OJP, you will see I increased my asking price to 1.25 million dollars. These numbers originated from the funding amounts of the 2018-2021 grant ($500,000.00) and the 2021-2024 grant ($750,000.00) application I submitted.

I asserted in Count 1 the National Defense Authorization Act of 2013 et seq. and in Count 2 of my original complaint 41 U.S.C. §4712, which states "…An employee of a contractor, subcontractor, grantee, or subgrantee or personal services contractor may not be discharged, demoted, or otherwise discriminated against as a reprisal for disclosing to a person or body described in paragraph (2) 41 U.S.C. §4712(a)(1)." To dismiss my claims with prejudice, the court cited: "Title 28 U.S.C. § 2675(a) provides: An action shall not be instituted upon a claim against the United States for money damages for injury or loss of property or personal injury or death caused by the negligent or wrongful act or omission of an employee of the Government while acting within the scope of his office or employment, "unless the claimant shall have first presented the claim to the appropriate Federal agency in writing and sent by certified or registered mail.""

As you know the DOJ Whistleblower website for submitting claims does not request or infer I should have made a money request. In addition, the language the court used to dismiss my claims against the government was I did not exhaust my administrative remedies. I submitted to the

Exhibit 1

court, and to you here, the letter dated October 13, 2020 from Assistant Inspector General, Oversight and Review Division, M. Sean O'Neill. Basically, if you review the content of the letter, Mr. O'Neill stated "…declined to open a whistleblower reprisal investigation…." Mr. O'Neill exhausted my administrative remedies.

My Whistleblower "supplemental" complaint (attached) dated May 14, 2021 demonstrates my grant application for the BJA FY 21 Second Chance Act Community-Based Reentry Program. My grant application could not be submitted on time due to errors with the JustGrants system. On May 25, 2021 Andre Bethea sent me an email stating "…unfortunately the decision has been made to deny your appeal…." On May 25, 2021 I sent Andre Bethea a responding email stating "…Please be advised: I have added this issue to my present litigation Nance vs. DOJ et al…." I put the issue on my Twitter page. On May 26, 2021 Andre Bethea replied to my email reversing himself stating "…we are pleased to offer additional time to submit/complete your application. This represents a change in our decision as previously communicated…." Mr. Bethea use of the word "our" means there someone else retaliating against me.

DOJ BJA OJP employees Tracey Willis, Andre Bethea, and Michael Dever worked in concert with EMAGES Inc and Hattie Wash to terminate my employment with Grant #2018-CY-BX-0025 for filing Whistleblower complaints. These DOJ employees knew via email I sent them Hattie Wash lied about why she was giving the grant back. Hattie Wash gave the grant back to retaliate against me knowing it would end my employment. The court in 20cv06316 validates this in the memorandum opinion taking all facts submitted by me as true due to motion to dismiss ruling.

Andre Bethea continues the retaliatory acts against me (outlined in the emails attached) by denying access to the peer review of Grant solicitation BJA FY 21 Second Chance Act Community-Based Reentry Program. Review the emails between Bernice Horne, Abitha William and myself. It is my belief Andre Bethea told Bernice Horne and Abitha William of OJP Peer Review Support Services, employed by BETHA Associates, Inc., to reject my participation in the 2021 peer review. In Bernice Horne and Abitha William email they report "…As there are fewer applications going forward to peer review than initially anticipated, we will not need to utilize the total number of peer reviewers invited to participate." If you read the email sent to me on May 26, 2021, the statement given by Bernice Horne and Abitha William is false.

This retaliation is demonstrated by the Supplemental Complaints I filed in 20cv06316 regarding the errors in JustGrants and the email of 6/9/21. It is my belief DOJ BJA OJP will further retaliate against me by denying my grant application for 2021 BJA Community Based Reentry solicitation.

I have been a peer reviewer for Second Chance Act (SCA) grant applications since 2009. I have reviewed over 120 SCA grant applications all across the United States. I wrote and have received, as a partner, 2 previous SCA grants (2010-2012, 2018-2020). I have been sitting on Congressman Danny K. Davis' SCA Advisory Committee since 2007. I wrote some of the language for the SCA bill signed by President Bush on April 10, 2008. My 2021 grant application is almost flawless, if not perfect for funding.

Exhibit 1

If I am denied funding it is because of the retaliatory nature of DOJ BJA OJP employees. This is happening because I did the right thing; reported the possibility of fraud, misappropriation of funds and retaliation via the Whistleblower Act. This is my reward for being honest and having integrity. I have informed Congressman Davis I want to testify before the Ways and Means committee and the Appropriations committee regarding DOJ BJA OJP employees disregard for the Whistleblower Act and the retaliatory nature of their employees. Congressman Davis sits on both committees. Congressman Davis has been informed of violations of Hattie Wash since December of 2019, and of the retaliation I have suffered by the hands of DOJ BJA OJP employees, which is also a requirement for Whistleblower reporting fraud, misappropriation of funds, and retaliation. Therefore, I am seeking a full investigation pursuant to the Whistleblower Act of 2013 et seq. and 41 U.S.C. §4712(a)(1) statute so I can continue my litigation in 20cv06316. I will submit this cover letter to the appellate court with my appeal. Please respond and acknowledge receipt of all materials. Thank you.

Respectfully submitted,

/s/Dr. Fred L. Nance Jr., Ph.D.
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org
www.twitter.com/clickforjustice

cc:     64 Attachments

An official website of the United States government
Here's how you know



U.S. Department of Justice Office of the Inspector General

Exhibit 1

MENU

# Contract or Subcontract Complaint

- **Contract Complaint Information**
- Contract Information
- Contract Complaint Description
- Complete

1 of 4

☐ Submit complaint anonymously

Please fill in as much information as possible. Mandatory fields are identified by an asterisk (*). If you do not wish to provide contact information, you may submit your complaint anonymously.

## Your Company Information

Your Title

```
Dr
```

Your First Name

```
Fred
```

Your Middle Name

```
Lee
```

Your Last Name

```
Nance
```

## Your Suffix (Jr. Sr. IV, etc.)

Jr.

## Your Email

frednance@clickservices.org

## Your Company Name

C.L.I.C.K. Services, NFP

## Your Address

17239 Evans Avenue

## Your Address 2

## Your City/Town

South Holland

## Your State/Province

Illinois

## Your ZIP/Postal Code

60473

## Your Country

United States

## Your Phone

708-921-1395

*Format: XXX-XXX-XXXX*

## Your Fax

N/A

Next Page >

Exhibit 1

## Oversight Work

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

## About

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee

### Department of Justice Office of the Inspector General

(202) 514-3435

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap

6/9/2021                       Case: 1:20-cv-06316 Document #: 160-15 Filed: 02/10/21 Page 8 of 15 PageID #:2518
                                      Case: 1:20-cv-06316 Document #: 41-1 Filed: 01/11/21 Page 3 of 5 PageID #:1753
                                                                    Contract or Subcontract Complaint | United States Department of Justice Office of the Inspector General

🇺🇸 An official website of the United States government
   Here's how you know

 U.S. Department of Justice Office of the Inspector General

Exhibit 1

MENU

# Contract or Subcontract Complaint

- Contract Complaint Information
- **Contract Information**
- Contract Complaint Description
- Complete

2 of 4

## Contract Information

**Company Name**

EMAGES Inc.

**Company City/Town**

Chicago

**Company State/Province**

Illinois

**DOJ Contracting Officer Name**

Tracey Willis

**Contract Number**

2018-CY-BX-0025

**DUNS or TINs Number**

[                    ]

**Contract Type**

[ Second Chance Act Community-Based Adult Reentry ]

Type of contract

**Date and time the incident occurred**

[ 04/17/2020 ]

📅

**Time the incident occurred.**

[      ]

☑ Is the activity ongoing

**DOJ Component**

[ Other – Enter the component in the box below. ]

**Other Component**

[ Second Chance Act Grant ]

< Previous Page          Next Page >

## Oversight Work

[Reports](#)

[Criminal and Civil Cases](#)

[Misconduct Findings](#)

[Ongoing Work](#)

[Recent Updates](#)

[Pandemic Response Oversight](#)

## Resources

[Accessibility](#)

[FOIA](#)

## About

[About the Office](#)

[Meet the Inspector General](#)

[Contracting Opportunities](#)

[Careers](#)

[Contact](#)

## External Resources

[Department of Justice](#)

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee



Exhibit 1

(202) 514-3435

**Department of Justice Office of the Inspector General**

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap



 An official website of the United States government
   Here's how you know

U.S. Department of Justice Office of the Inspector General

Exhibit 1

MENU

# Contract or Subcontract Complaint

- Contract Complaint Information
- Contract Information
- **Contract Complaint Description**
- Complete

3 of 4

## Complaint Description

Please provide additional details about your complaint.

**Subject Title**

Dr

**Subject First**

Hattie

**Subject Middle**

**Subject Last**

Wash

**Subject Suffix**

Details:

Please provide a description of the facts and circumstances surrounding the reported activities, such as the evidence forming the basis of this report, the names of the individuals involved, dates, location, how the matter was discovered, potential witnesses and their involvement, and any corrective action already taken.

I, Dr. Fred L. Nance Jr., am reporting I filed 3 Whistleblower complaints with DOJ, BJA, OJP. I am filing a FTCA claim and requesting $500,000.00 in damages. The following Whistleblower complaints were filed with DOJ, BJA, OJP on April 17, 2020, August 29, 2020 and September 13, 2020. Here is the content of all 3

< Previous Page        Submit

Exhibit 1

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee



**Department of Justice**

(202) 514-3435

# Department of Justice
# Office of the Inspector General

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap

Exhibit 1

6/9/2021 Submission Complete | Department of Justice Office of the Inspector General

Case: 1:20-cv-06316 Document #: 160-5 Filed: 02/10/21 Page 14 of 15 PageID #:2762
Case: 1:20-cv-06316 Document #: 160-5 Filed: 02/10/21 Page 14 of 15 PageID #:2762

 An official website of the United States government
  Here's how you know



U.S. Department of Justice Office of the Inspector General

Exhibit 1

MENU

# Submission Complete

- Contract Complaint Information
- Contract Information
- Contract Complaint Description
- **Complete**

4 of 4

*Thank you for your submission. The Department of Justice, Office of the Inspector General will review your complaint and determine an appropriate course of action. Due to privacy interests, we do not provide complainants with updates on investigative matters. If you identified yourself, you will receive an acknowledgement once a determination has been made.*

**Oversight Work**

Reports

Criminal and Civil Cases

Misconduct Findings

Ongoing Work

Recent Updates

Pandemic Response Oversight

**Resources**

Accessibility

FOIA

Webinar for Grantees: The Audit Process

Whistleblower Rights and Protections

Hotline

**About**

About the Office

Meet the Inspector General

Contracting Opportunities

Careers

Contact

**External Resources**

Department of Justice

Oversight.gov

Council of the Inspectors General on Integrity and Efficiency

Pandemic Response Accountability Committee

Case: 1:20-cv-06316 Document #: 160-5 Filed: 06/10/21 Page 15 of 15 PageID #:1735



**Department of Justice Office of the Inspector General**

Exhibit 1

(202) 514-3435

950 Pennsylvania Avenue, NW Washington, DC 20530-0001

In memory of OIG Special Agent William "Buddy" Sentner

Privacy Policy | Legal Policies & Disclaimers | No Fear Act | Sitemap