UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FRED L. NANCE, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 20 C 6316 |
| v. ) | |
| ) | Judge Jorge L. Alonso |
| EMAGES, INC., ) | |
| HATTIE WASH, and ) | |
| THOMAS BRADLEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER**

The December 10, 2021 order [109] entered mistakenly by a judge who is not assigned to this case is vacated and the case reinstated. Plaintiff's motion [112] to reconsider that order is, thus, granted. The clerk is directed to reinstate defendants' motion [101] to dismiss as a pending motion. Plaintiff's motion [110] to reinstate his claim against the government is taken under advisement. The government is granted until January 22, 2022 to file a response. Plaintiff is granted until January 26, 2022 to file a reply brief.

**STATEMENT**

On December 10, 2021, a judge who is not assigned to this case mistakenly entered an order [109] terminating this case on the grounds that the parties had filed a stipulation of dismissal. The parties to this case have not filed a stipulation of dismissal, and the order was obviously meant for a different case. Accordingly, the order [109] is vacated and this case is reinstated.

SO ORDERED.                                ENTERED:  December 13, 2021

_____
JORGE L. ALONSO
United States District Judge