UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF MOTION FOR LEAVE TO SUPPLEMENT**

NOW COMES, Pro se plaintiff Fred L Nance Jr respectfully requesting to supplement Motions to Reinstate FTCA Claim (Dkt. #110), First Amended Complaint filed on August 16, 2021 (Dkt. #94), and Plaintiff Motion for Leave to Amend Complaint (Dkt. #116). Plaintiff submits the following in support of Motion to Supplement.

1. On or about April 28, 2022, plaintiff received a Certified Letter from the U.S. Department of Justice, Civil Division, stating "…We have reviewed the administrative tort claim you submitted to the U.S. Department of Justice dated June 9, 2021…After careful consideration. it has been determined that your claim is not compensable. Accordingly, your claim must be and hereby is denied.

2. On May 17, 2022, plaintiff sent emails to defendant EMAGES, Inc. and to their lawyers stating plaintiff needed EMAGES to complete the documents for plaintiff request for Student Loan Forgiveness.

3. Plaintiff has not received a response from EMAGES or their attorneys.

WHEREFORE, plaintiff request this Court allow him to supplement his Motion to Reinstate

FTCA claims (Dkt. #110) and Motion for Leave to Amend Complaint against DOJ et al. and the United States (Dkt. #116) with the exhibit Certified Mail receipt for plaintiff's Administrative Tort claim pursuant to Title 28 U.S.C. §2675(a), respectively; and supplement plaintiff's retaliation allegation against defendant EMAGES, Inc. for purposely negating their responsibility to complete OBM No. 1845-0110 Public Service Loan Forgiveness (PSLF) & Temporary Expanded PSLF (TEPSLF) Certification & Application.

Respectfully submitted

/s/Fred L. Nance Jr., Ph.D.
Pro se
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org