**U.S. Department of Justice**

Civil Division, Torts Branch
Federal Tort Claims Act Staff

Post Office Box 888
Benjamin Franklin Station
Washington, D.C. 20044

JGT:GKJ:MMoore:mm
157-16-69193

APR 28 2022

CERTIFIED MAIL - 7018 0360 0000 2632 8444
RETURN RECEIPT REQUESTED

Dr. Fred Lee Nance, Jr.
17239 Evans Avenue
South Holland, IL 60473-3436

Re: Administrative Tort Claim of Dr. Fred Lee Nance, Jr.

Dear Dr. Nance:

We have reviewed the administrative tort claim you submitted to the U.S. Department of Justice dated June 9, 2021, relative to the alleged acts or omissions of employees of the Office of Justice Programs, the Bureau of Justice Assistance, and the U.S. Department of Justice occurring from April 2020 to November 2021. After careful consideration, it has been determined that your claim is not compensable. Accordingly, your claim must be and hereby is denied.

I am required by law (28 C.F.R. § 14.9(a)) to inform you that, if you are dissatisfied with this determination, you may file suit in an appropriate United States District Court no later than six months after the date of mailing of this notification of denial. 28 U.S.C. § 2401(b).

Very truly yours,

JAMES G. TOUHEY, JR.
Director, Torts Branch