UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| United States, Department of Justice, | ) | |
| Bureau of Justice Assistance, Office of | ) | |
| Justice Programs, EMAGES, Inc., | ) | Beth W. Jantz |
| Hattie Wash, Thomas Bradley, et al. | ) | |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT on May 26, 2022, Plaintiff filed his Motion for Leave to Supplement with Exhibits, copies generated via CM/ECF system.

**CERTIFICATE OF SERVICE**

I, Fred L. Nance Jr. pro se plaintiff, certify on May 26, 2022, with Exhibits by causing true and correct copies of the same to be sent to you generated via CM/ECF system.

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org