UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) | Beth W. Jantz |
| | ) | |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF MOTION TO CHANGE TELEPHONIC STATUS HEARING**

NOW COMES, Pro se plaintiff respectfully requesting this Court change the telephonic status hearing date. Plaintiff submits the following in support of changing the date and time.

1. On June 13, 2022, this court issued a Minute Entry stating a telephonic status hearing is set for Thursday, July 14, 2022, at 9:30 am.

2. On June 23, 2022, plaintiff received a public notice stating his organization, C.L.I.C.K. Services NFP, was a grantee for the Illinois Criminal Justice Information Authority (ICJIA) R3 grant.

3. On July 5, 2022, plaintiff received an email from ICJIA stating as of July 14, 2022, at 10:00 am, and every Thursday thereafter until September 15, 2022, there will be a mandatory training for every grantee.

4. On July 4, 2022, plaintiff submitted his status report to the defendants.

Wherefore, plaintiff respectfully requests this Court change the date and time for the telephonic status hearing.

Respectfully submitted

/s/Fred L Nance Jr.
Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org