**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| Department of Justice, Bureau of Justice Assistance, Office of Justice Programs, EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) ) ) ) | Beth W. Jantz

Courtroom: 1903 |
| Defendants. | ) | |

**NOTICE OF FILING**

PLEASE TAKE NOTICE THAT on July 7, 2022, Plaintiff filed his Motion to Change Telephonic Status Hearing, a copy of which is generated via District Court operation.

**CERTIFICATE OF SERVICE**

I, Fred L. Nance Jr. pro se plaintiff, certify I served the foregoing Motion to Change Telephonic Status Hearing by causing true and correct copies of the same to be sent to you by operation of the court.

**Dated: July 7, 2022**

Respectfully submitted,

/s/Fred L. Nance Jr., Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org