# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Fred L Nance Jr

                    Plaintiff,

v.                                             Case No.: 1:20–cv–06316
                                                  Honorable Jorge L. Alonso

Department of Justice, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 25, 2022:

      MINUTE entry before the Honorable Beth W. Jantz: At Plaintiff's request and by agreement of defense counsel, the telephone status set on 09/01/2022 is cancelled and reset to 09/07/2022 at 10:15 a.m. Call in information to remain. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.