UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Fred L. Nance Jr. | ) | |
| | ) | Case No. 20 CV 06316 |
| Plaintiff, | ) | |
| | ) | Honorable Judge: Jorge L. Alonso |
| vs. | ) | |
| | ) | Honorable Magistrate Judge: |
| | ) | Beth W. Jantz |
| EMAGES, Inc., Hattie Wash, Thomas Bradley, et al. | ) | |
| | ) | Courtroom: 1903 |
| | ) | |
| Defendants. | ) | |

### NOTICE OF FILING MOTION

To:

| | |
|---|---|
| Adam Decker | Derrick M. Thompson |
| Taft Stettinius & Hollister LLP | Taft Stettinius & Hollister LLP |
| 111 E. Wacker Drive, Suite 2800 | 111 E. Wacker Drive, Suite 2800 |
| Chicago Illinois 60601 | Chicago Illinois 60601 |
| adecker@taftlaw.com | dthompson@taftlaw.com |

Please be advised that on May 29, 2023, plaintiff filed his Motion for Sanctions with attachments.

### CERTIFICATE OF SERVICE

I, Fred L Nance Jr., pro so plaintiff certify I served the foregoing Motion for Sanctions with attachments by causing a true and correct copy to be filed with the Northern District of Illinois CM/ECF Electronic Document Filing system on May 29, 2023.

Respectfully submitted,

/s/ Fred L Nance Jr.
Pro se plaintiff
17239 Evans Avenue
South Holland, Illinois 60473-3436
708-921-1395
frednance@clickservices.org