# Exhibit A

**Decker, Adam W.**

| | |
|---|---|
| From: | Decker, Adam W. |
| Sent: | Wednesday, March 29, 2023 10:18 AM |
| To: | Dr. Fred L Nance Jr., Ph.D. |
| Cc: | Thompson, Derrick M., Jr. |
| Subject: | RE: Nance v. EMAGES, et al. - Deposition Scheduling |

Good morning Dr. Nance,

To alleviate any pressure on both of our schedules, please let me know what your availability for a deposition looks like April 12–14.

Thank you,
Adam



**Adam W. Decker,** Attorney
Litigation
Direct: 312.840.4440 | Office Ext: 34440
Taft Office: Chicago



Jaffe has joined Taft. Now over 800 attorneys strong.
Learn more **here.**

---

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Tuesday, March 28, 2023 11:52 AM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Thompson, Derrick M., Jr. <dthompson@taftlaw.com>; Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Deposition Scheduling

Come on man, I am good. April 6, 2023 is good. I work better under pressure. I get things done.

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and

its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Tuesday, March 28, 2023 at 09:22:54 AM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:

Good morning Dr. Nance,

Would another day that week be more convenient? Perhaps April 5? It sounds like April 6 is a busy day for you with the judicial meeting in the morning and choir rehearsal in the evening. Additionally, we can look at days during the following week (week of April 10). Please let me know.

Thanks,

Adam

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Tuesday, March 28, 2023 9:05 AM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Thompson, Derrick M., Jr. <dthompson@taftlaw.com>; Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Deposition Scheduling

Good morning. Sorry I missed this message yesterday. As stated before, regarding times, I am available on April 6, 2023 after 11:00 am. I have a 10:00 am judicial meeting on April 6, 2023. I believe it will be short, and no longer than 11:00 am. This is a good day because I have choir rehearsal for our Sunday Easter concert at church later this day.

Regarding parking: I am not sure where this deposition will take place. Is there free parking or will I have to pay parking for 7 hours?

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning

Founder & CEO, C.L.I.C.K. Services

http://www.clickservices.org

http://www.linkedin.com/in/drnance

708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Monday, March 27, 2023 at 11:23:37 AM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:

Dr. Nance,

We will pay for the deposition-related costs and fees (court reporter, etc.), and we are in no way trying to shift those costs to you. As I indicated, I do not believe the deposition will go for the entire seven hours but that is the amount of time the Rules permit and it is more efficient to complete a deposition in one sitting as opposed to reconvening on a later date. That is why I am trying to gauge your availability and ensure that the date we choose is convenient for both of our schedules. If April 6 and 7 are not convenient, please provide an another date that is.

Thank you,
Adam

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Monday, March 27, 2023 10:23 AM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Thompson, Derrick M., Jr. <dthompson@taftlaw.com>; Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Deposition Scheduling

This is a pro bono case for your firm. This means your client, EMAGES Inc., does not have to pay your firm. Yes, I will attend a deposition hearing. This is not a capitol murder case, and some of them do not go to trial. Why are you talking about a deposition for 7 hours? Do not dictate what some judges have decided to make law. This is legislating from the bench.

What you trying to do is make me pay for this deposition. When a judge rules in your favor, you will attempt to tack on the deposition charge against me. This is corruption, at the highest level. This brings social media into play. Judge Leinenweber tried this tactic in Nance vs NBC. Ask him how that worked for him? Judge Leinenweber was totally corrupt in his decision making, but it did not work out like he wanted.

There are a couple of things I learned in my law classes that I hold dear: beware of the person who has nothing to lose; and it is not whether you lose or win, it is how well you play the game. When I lose, I win. When you figure it out, you become a better litigator.

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Monday, March 27, 2023 at 09:47:05 AM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:

Dr. Nance,

I am not being disrespectful. As a plaintiff, you have agreed to comply with the discovery obligations under the Federal Rules. As Defendants, EMAGES and Dr. Wash have fully complied with their obligations. A deposition is a necessary discovery tool to understand the facts of a case that cannot be gleaned from allegations in your complaint, or from emails or other documentary evidence.

If you do not plan on giving your deposition in accordance with the Federal Rules, please let me know sooner rather than later. I will then file a motion seeking the appropriate relief with the Court.

Thank you,
Adam

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Monday, March 27, 2023 9:38 AM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Deposition Scheduling

All my litigation, except discovery, is posted on social media. Everything else is free game. The world needs to know how a pro se litigant is treated in federal litigation; especially the attitudes, behaviors, and character of attorneys and federal judges.

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Monday, March 27, 2023 at 09:34:24 AM CDT, Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org> wrote:

April 6, 2023 is good after 11:00 am. Do what you need to do!! The litigation does not end here! Yes, I understand. I also understand duress and purposeful, intentional malice and nefarious actions, both

for counsel and judges, with tones and attitudes of mischaracterizations. Be very careful how you and this judge you will communicate with each other in violating my rights, keeping in mind emails are legal documents.

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.


On Monday, March 27, 2023 at 09:25:06 AM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:


Dr. Nance,

I'm more than happy to pick another date that week, say April 6 instead. However, you are a plaintiff in a federal lawsuit that you chose to file against my clients. Pursuant to the Federal Rules of Civil Procedure you are required to sit for a deposition and answer any and all of my questions under oath. You do not have the opportunity to dictate the questions I ask other than making formal objections on the record. You also have no say in how long the deposition goes for unless it exceeds seven hours. You are an experienced litigator so you know this full well.

Please let me know if you will take the position outlined below at your deposition. If so, I'm going to bring this to the judge's attention immediately and you will be compelled to sit for your deposition and answer the questions asked. I'd prefer to take care of this without court intervention but will not hesitate to do so.

Thank you,
Adam

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Monday, March 27, 2023 9:12 AM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Deposition Scheduling

Good morning. April 7, 2023 is not going to be a good day. I have obligations with my church. I may not be able to do no where near 7 hours. I did not request Magistrate Judge. I answered no on my application. This case is for Judge Alonso, not a Magistrate Judge.

In a deposition, I am only going to repeat what is on my complaint, nothing else. I am a clinical therapist with a Master Degree. I am not entertaining circular questions or statement. I ask circular questions and rephrase statements and questions.

I have not received a decision on Nance vs United States 22 cv 03861. I am not separating these cases. We can skip this nonsense. I am preparing for the Appellate Court on both cases. So, we can waste time if you want.

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Monday, March 27, 2023 at 08:24:48 AM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:

Good morning Dr. Nance,

Thank you for letting me know. Let's plan on your deposition proceeding on Friday, April 7, at 10:00 a.m. If you are able to travel to the downtown area, we can use one of my firm's conference rooms. As for timeframe, the Federal Rules allow depositions to last up to seven hours on the record (excluding breaks). I don't believe the deposition will last the entire seven hours, but just to err on the side of caution, you should make sure you are available for most of the day that day. If you agree with the date, time, and location, I will issue a formal notice of deposition later today.

Thank you,
Adam

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Friday, March 24, 2023 11:51 AM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Deposition Scheduling

Mr. Decker: Good afternoon. I am not available April 6, 2023. I am available the other days as of this moment. What is the time frame for meeting?

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and

its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Thursday, March 23, 2023 at 01:02:57 PM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:

Good afternoon Dr. Nance,

Hope all is well. Please provide us with your availability to sit for your deposition the weeks of April 3 and April 10. The Magistrate Judge indicated to us during the last status hearing that she would like for your deposition to be completed before the next hearing (4/11), but I don't think she will be upset if it is scheduled shortly thereafter. I am available to discuss further if you would like.

Thank you,
Adam



**Adam W. Decker**
Attorney
ADecker@taftlaw.com
**Dir:** 312.840.4440
**Tel:** 312.527.4000   |   **Fax:** 312.754.2363
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio**
**Download vCard**
**taftlaw.com**



Jaffe has joined Taft. Now over 800 attorneys strong.
Learn more **here.**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.