# Exhibit B

Explore
Settings
Tweet
clickforjustice
@clickforjustice
drive.google.com/file/d/1MBrT4s...
#JudgeJantz signals if I do not respond to the deposition the way their corrupt judicial system wants me to I could lose. I refuse to answer questions not related to my complaint.
drive.google.com/file/d/1pnfvp3...
drive.google.com/file/d/1tZtiVz...
MEIN KAMPF
DIE NATIONAL SOZIALISTI SCHE BEWEGUNG
motherjones.com
Here's what happened after Clarence Thomas' benefactor let scholars dine n...
The leaders of a commission on democracy now say "it was a mistake" to meet at Harlan Crow's mansion.
7:45 PM · Apr 11, 2023 · 5 Views
More Tweets
Don't miss what's happening
People on Twitter are the first to know.
Log in
Sign up
the way their corrupt judicial system wants me to I could lose. I refuse to answer questions not related to my complaint. @TaftLaw
drive.google.com/file/d/1pnfvp3...
drive.google.com/file/d/1tZtiVz...
drive.google.com
2.11.23 Judge Fienerman Resigns After Disgraceful Acts Against Black Woman.pdf
See what's happening
Join Twitter to get the full story with all the live commentary.
Log in
Sign up
Search Twitter
New to Twitter?
Sign up now to get your own personalized timeline!
Sign up with Google
Sign up with Apple
Create account
By signing up, you agree to the Terms of Service and Privacy Policy, including Cookie Use.
Relevant people
clickforjustice
@clickforjustice
Follow
PhD Human Services/Social Policy Analysis; C.L.I.C.K. is an advocate for the socially disenfranchised and disadvantaged; employment policies and practices
What's happening
Formula 1 · May 29, 2022
Monaco Grand Prix 2023
Sports · Trending
Allan Houston
Trending in United States
NIKI
6,181 Tweets
Trending in United States
Ariel
Trending with #LittleMermaid
Show more
Terms of Service Privacy Policy Cookie Policy
Accessibility Ads info More ···  © 2023 X Corp.