# Exhibit C

# Decker, Adam W.

| | |
|---|---|
| From: | Decker, Adam W. |
| Sent: | Tuesday, April 11, 2023 1:16 PM |
| To: | Dr. Fred L Nance Jr., Ph.D. |
| Cc: | Thompson, Derrick M., Jr. |
| Subject: | RE: Nance v. EMAGES, et al. - Notice of Deposition |

We will see you on May 8 at 10am at our office.



**Adam W. Decker,** Attorney
Litigation
Direct: 312.840.4440 | Office Ext: 34440
Taft Office: Chicago

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Tuesday, April 11, 2023 1:14 PM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Thompson, Derrick M., Jr. <dthompson@taftlaw.com>; Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Notice of Deposition

I'm done! I am only answering questions related to the case. I do not recall anything else.

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning
Founder & CEO, C.L.I.C.K. Services
http://www.clickservices.org
http://www.linkedin.com/in/drnance
708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Tuesday, April 11, 2023 at 12:48:27 PM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:

Dr. Nance,

There is a Metra train that runs from the South Holland area and drops off at Millennium Station, which is approximately two or three blocks south of our office. There are also several parking garages near our office, including a publicly accessible one under 111 E. Wacker. You are free to get and/or park here however you please.

Thanks,

Adam

**From:** Dr. Fred L Nance Jr., Ph.D. <frednance@clickservices.org>
**Sent:** Tuesday, April 11, 2023 12:38 PM
**To:** Decker, Adam W. <ADecker@taftlaw.com>
**Cc:** Thompson, Derrick M., Jr. <dthompson@taftlaw.com>; Fred Nance Jr. <frednance@clickservices.org>
**Subject:** Re: Nance v. EMAGES, et al. - Notice of Deposition

For the record, there is no "L" transportation to your location. I am not sure what bus goes to your location. When visited other attorneys at this location, they gave access to their underground parking; and it was paid for by the company. Why is this not the occasion for your company? The other law firm had 5 floors.

/s/Dr. Fred Nance Jr.
Ph.D. Human Services
Social Policy Analysis and Planning

Founder & CEO, C.L.I.C.K. Services

http://www.clickservices.org

http://www.linkedin.com/in/drnance

708-921-1395

NOTICE: If you have received this e-mail message from Dr. Fred Nance Jr., the e-mail message, and any and all attachments transmitted with it are intended solely for the use of the addressee and may contain legally privileged and confidential information. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this email message to the intended recipient, you are hereby notified that any dissemination, distribution, copying, or other use of the message or its attachments is strictly prohibited. If you have received this email message and its attachments if any, in error, please notify the sender immediately by replying to the message and please delete it from your computer. Thank you.

On Tuesday, April 11, 2023 at 11:57:15 AM CDT, Decker, Adam W. <adecker@taftlaw.com> wrote:

Dr. Nance,

Please see the attached notice of deposition for May 8, 2023, at 10:00 a.m. (EST).

Thanks,
Adam


**Adam W. Decker**
Attorney
ADecker@taftlaw.com
Dir: 312.840.4440
Tel: 312.527.4000   |   Fax: 312.754.2363
111 E. Wacker Drive, Suite 2600
Chicago, Illinois 60601-4208

**Taft Bio
Download vCard
taftlaw.com**

This message may contain information that is attorney-client privileged, attorney work product or otherwise confidential. If you are not an intended recipient, use and disclosure of this message are prohibited. If you received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments.