# U.S. District Court for the Northern District Of Illinois
# Limited Attorney Appearance Form As
# Settlement Assistance Program Counsel

Case Title: Nance, Jr. v. Dep't of Justice, et al.   Case Number: 1:20-cv-06316

A limited appearance is hereby filed by the undersigned as settlement assistance program counsel for (indicate the name of the party(s) being represented:

Fred L. Nance Jr.

By filing this appearance, undersigned counsel represents that he/she has not entered into, and will not seek to enter into, any agreement with the party for payment by the party of fees and/or costs.

Attorney name (type or print): Bradley Manewith

Firm: Lichten & Liss-Riordan, P.C.

Street address: 729 Boylston St. Suite 2000

City/State/Zip: Boston, MA 02116

Bar ID Number: 6280535
(See item 3 in instructions)

Telephone Number: 617-994-5831

Email Address: bmanewith@llrlaw.com

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 1/30/2024

Attorney signature: S/ Bradley Manewith
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/10/2015