# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Fred L Nance Jr

                          Plaintiff,

v.                                         Case No.: 1:20−cv−06316
                                                  Honorable LaShonda A. Hunt

Department of Justice, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2024:

      MINUTE entry before the Honorable Beth W. Jantz: Judge Jantz's telephone conference line has changed. For the telephonic status hearing set on 3/14/2024, the parties shall dial 1−650−479−3207 and enter access code 97829499. Mailed notice. (as, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.